

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LTG

*610 Federal Plaza*
*Central Islip, New York 11722*

December 1, 2017

UNDER SEAL
<u>VIA HAND DELIVERY</u>
The Honorable Leonard D. Wexler
United States District Court Judge
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

   Re: United States v. McPartland, et al.
      <u>Criminal Docket No. 17-587 (LDW)</u>

Dear Judge Wexler:

  I write to advise the Court of the names of the Long Island CJA attorneys who would have a conflict of interest if appointed to represent Mr. McPartland:

   Nancy Bartling
   John Carman
   Joseph Conway
   Joseph Ferrante
   Richard Haley
   Edward Jenks
   Kevin Kearon
   Kevin Keating
   Anthony LaPinta
   Robert LaRusso
   Leonard Lato
   Elizabeth Macedonio
   Michael Soroka
   William Wexler

            Respectfully submitted

            BRIDGET M. ROHDE
            Acting United States Attorney

         By: _____
            Lara Treinis Gatz
            Assistant U.S. Attorney
            (631) 715-7913

cc. Larry Krantz, Esq.
   Christopher McPartland