

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD:JLG
F. #2015R01885

*610 Federal Plaza*
*Central Islip, New York 11722*

March 15, 2019

<u>By Hand and ECF</u>

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: United States v. Christopher McPartland and Thomas J. Spota
       <u>Criminal Docket No. 17-587 (JMA)</u>

Dear Judge Azrack:

  The government respectfully writes to request that the attached proposed protective order be entered by the Court. The Suffolk County District Attorney's Office ("SDCA") has produced and/or consented to production of certain documents and electronically stored information ("ESI") contained on hard drives and shared directories believed to have been used by the defendants during their tenure at the SCDA (collectively, the "SCDA Materials").

  Granting the attached protective order will allow the parties to review the SCDA Materials expeditiously, without the need for exhaustive pre-production privilege reviews, and without risking unwarranted disclosure of information concerning ongoing investigations or uncharged individuals, and unrelated matters, that may be contained in the SCDA Materials.

Accordingly, the proposed protective order, which has been signed by all parties and consented to by the SCDA, is respectfully enclosed for the Court's consideration.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:        /s/       
John J. Durham
Lara Treinis Gatz
Justina L. Geraci
Assistant U.S. Attorneys
(631) 715-7851/-7913/-7835

cc: All Counsel of Record (By Email)

JJD:JLG
F. #2015R01885

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

CHRISTOPHER MCPARTLAND and
THOMAS J. SPOTA,

            Defendants.

------------------------------X

STIPULATION AND ORDER

Cr. No. 17-587 (JMA)

WHEREAS, the Suffolk County District Attorney's Office ("SCDA") and Suffolk County, on behalf of the SCDA, have produced and/or consented to the production of certain documents and Electronically Stored Information ("ESI") contained on hard drives and shared directories believed to have been used by the defendants during their tenure at the SCDA (collectively, the "SCDA Materials");

WHEREAS, the SCDA Materials may contain confidential information on cases unrelated to the instant proceeding, including information concerning ongoing investigations and uncharged individuals, and may also include items that are entitled to a claim of privilege or work product protection by the SCDA, or that contain grand jury information;

WHEREAS, in view of the upcoming trial date and the need to obtain and review the SCDA Materials expeditiously, it is not practicable to conduct a review of the

entirety of the SCDA Materials for privilege, grand jury material, and relevance prior to their production;

WHEREAS, granting the attached protective order will allow the parties to obtain and review the SCDA Materials expeditiously, without the need for exhaustive pre-production privilege reviews, and without risking disclosure of grand jury information or information concerning ongoing investigations or uncharged individuals, and matters unrelated to the instant proceedings, that may be contained in the SCDA Materials;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

1. The SCDA Materials may be used by the defendants and their defense counsel in this matter only for purposes of trial preparation, defense at trial against the charges set forth in the above-captioned indictment, and any related appellate matters or other legal proceedings arising from the above-referenced trial.

2. While the defendants shall not be provided with copies of the SCDA Materials, the defendants may review the SCDA Materials at their respective attorneys' offices or elsewhere in the presence of their attorneys.

3. Absent further order of the Court, the defendants and their defense counsel may not disclose or disseminate the SCDA Materials or any copies, notes, transcripts, documents or other information derived or prepared from the SCDA Materials to anyone who has not signed this Stipulation and Order, other than those of defense counsels' legal staff and any potential witnesses, vendors and/or investigators that have been advised of and agreed to be bound by the terms of this Stipulation and Order. If the defendants, their

defense counsel, or anyone else who has received the SCDA Materials from the defendants or their counsel pursuant to the terms of this Stipulation and Order seeks to make further disclosure or dissemination of the SCDA Materials, notice must first be provided to the government and the Court, and such notice must be given sufficiently in advance of the contemplated disclosure or dissemination so as to permit briefing and argument on the propriety thereof.

4. In the event that the parties seek to file SCDA Materials with the Court or otherwise use SCDA Materials during a court proceeding, the parties will comply with Rule 49.1(a) of the Federal Rules of Criminal Procedure, and will ensure that the materials are appropriately redacted to protect confidential information, and will offer the redacted versions of the SCDA Materials into evidence unless it is necessary to offer the unredacted versions, in which case the parties will seek permission from the Court before doing so.

5. The parties will not use or disclose state grand jury materials that may be contained within the SCDA Materials for any purpose unless those materials have been ordered unsealed.

6. If the defendants obtain substitute counsel, the undersigned defense counsel will not transfer any portion of the SCDA Materials or any copies, notes, transcripts, documents or other information derived or prepared from the SCDA Materials unless and until substitute counsel enters into this Stipulation and Order;

7. The defendants and their defense counsel will return to the government all copies of the SCDA Materials provided by the government through discovery in this case at the conclusion of this matter, specifically either within seven days of (a) a verdict of acquittal rendered by a jury, (b) the date of sentencing if no appeal is filed, (c) the issuance of

an appellate decision rendering a final judgment if no collateral attack is filed; or (d) the issuance of a decision rendering a final judgment with respect to a collateral attack.

8. The production of privileged or work-product protected documents, ESI, or information by the SCDA, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

9. Any violation of this Stipulation and Order may result in: (a) the immediate return to the government of the SCDA Materials, and/or (b) contempt of Court or other remedy to be determined by the Court, after reasonable notice to the defendants and an opportunity to be heard.

Dated: Central Islip, New York
March 12, 2019

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

By: _____
John J. Durham
Lara Treinis Gatz
Justina L. Geraci
Assistant U.S. Attorneys

Agreed to by:

_____
CHRISTOPHER MCPARTLAND
Defendant

_____
Larry H. Krantz, Esq.
Bradley Gershel, Esq.
Lisa A. Cahill, Esq.
Attorneys for Defendant MCPARTLAND

4

_____
THOMAS J. SPOTA
Defendant

_____
Alan M. Vinegrad, Esq.
Erin K. Monju, Esq.
Attorneys for Defendant SPOTA

SO ORDERED:

_____
THE HONORABLE JOAN M. AZRACK
UNTIED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK