BEFORE: JOAN M. AZRACK  DATE: 4/1/2019
UNITED STATES DISTRICT JUDGE  TIME: 1:00 PM (20 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 17-CR-587 (JMA)**

**FILED
CLERK**

**DEFENDANT: Christopher McPartland**   **DEF. #: 1**
☐ Present   ☐ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: Larry Krantz**
☐ Federal Defender   ☒ CJA   ☐ Retained

4/1/2019 2:02 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Thomas Spota**   **DEF. #: 2**
☐ Present   ☐ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju**
☐ Federal Defender   ☐ CJA   ☒ Retained

**AUSA: John Durham, Lara Gatz, Justina Geraci**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Paul Lombardi    COURTROOM DEPUTY: LMP

☒ Case Called.    ☒ Counsel present for all sides.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial executed; time excluded from 4/1/2019 through 11/12/2019.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
  ☐ Detention hearing scheduled for  .
☐ Bail hearing held. Disposition:
☒ Next court appearance scheduled for 6/26/2019 at 1:00 PM. The jury selection and trial scheduled for 5/14/2019 is adjourned to 11/12/2019 at 9:30 AM.

Defendant   ☐ Released on Bond   ☐ Remains in Custody.

OTHER: