TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 17 2019 ★

LONG ISLAND OFFICE

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

******************************************

USA

-v-

McPartland & Spota

******************************************

SUBMITTED BY: Plaintiff ☐ Defendant ☐ DOJ ☐
Name: SreeVamshi C. Reddy
Firm Name: _____
Address: _____

Phone Number: _____
E-Mail Address: _____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ☐ NO ☐
If yes, state description of document to be entered on docket sheet:

17-cr-587
Docket Number

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal

_____
_____

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: 14/17/19

S/Joan M. Azrack

U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S
OFFICE _____
DATE

MANDATORY CERTIFICATION OF SERVICE:
A.) ☐ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___ ; or C.) ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

_____        _____
DATE                                    SIGNATURE