TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 01 2019 ★
LONG ISLAND OFFICE



APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

********************************
UNITED STATES

-v.-   17-CR-587
   Docket Number

CHRISTOPHER MCPARTLAND AND
THOMAS J. SPOTA
********************************

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Justina Geraci
Firm Name: U.S. Attorney's Office - EDNY
Address: 610 Federal Plaza
          Central Islip, NY 11722
Phone Number: (631) 715-7835
E-Mail Address: Justina.Geraci@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO ✓
If yes, state description of document to be entered on docket sheet:

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal**

Contains sensitive and personal medical
information and records of a witness

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Central Islip, NEW YORK
       8/1/2019
   s/ JMA

**U.S. DISTRICT JUDGE/**U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE 8/1/2019
                              DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.)___ A copy of this application either has been or will be promptly served upon all parties to this action, B.)___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

8/1/2019
DATE

SIGNATURE