UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                   17-CR-587(JMA)

CHRISTOPHER MCPARTLAND and
THOMAS J. SPOTA,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Michael R. Maffei from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Michael R. Maffei
    United States Attorney's Office (Criminal Division)
    610 Federal Plaza
    Central Islip, New York 11722
    Tel: (631) 715-7890
    Fax: (631) 715- 0006
    Email: michael.maffei2@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Michael R. Maffei at the email address set forth above.

Dated: Central Islip, New York
September 3, 2019

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Michael R. Maffei
Michael R. Maffei
Assistant U.S. Attorney

cc: Clerk of the Court (JMA)