

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD:LTG/JLG
F. #2018R00279

*610 Federal Plaza*
*Central Islip, New York 11722*

September 5, 2019

<u>Via Electronic Mail and ECF</u>

Larry H. Krantz, Esq.
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, NY 10017

Alan M. Vinegrad, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

      Re:    United States v. Christopher McPartland and Thomas J. Spota
               <u>Criminal Docket No. 17-587 (SJF)</u>

Dear Counsel:

      Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

      The enclosed materials have been stamped GJ 00000001.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to call.

                        Very truly yours,

                        RICHARD P. DONOGHUE
                        United States Attorney

By:   /s/ Justina L. Geraci
       John J. Durham
       Lara Treinis Gatz
       Justina L. Geraci
       Assistant U.S. Attorneys
       (631) 715-7851/-7913/-7835

Enclosures

cc:    Clerk of the Court (SJF) (by ECF) (without enclosures)