BEFORE:  JOAN M. AZRACK                                   DATE: 9/11/2019
UNITED STATES DISTRICT JUDGE                     TIME: 11:00 AM  (1 hr)

## CRIMINAL CAUSE FOR MOTION HEARING AND STATUS CONFERENCE

**DOCKET NO. 17-CR-587 (JMA)**

**FILED
CLERK**

9/11/2019 1:53 pm

**DEFENDANT: Christopher McPartland           DEF. #: 1**
☐ Present     ☐ Not present     ☐ Custody     ☒ Bail
**DEFENSE COUNSEL: Larry Krantz, Lisa Cahill**
☐ Federal Defender     ☒ CJA     ☐ Retained

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Thomas Spota                          DEF. #: 2**
☐ Present     ☐ Not present     ☐ Custody     ☒ Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju**
☐ Federal Defender     ☐ CJA     ☒ Retained

**AUSA: Lara Gatz, Justina Geraci, Michael Maffei**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Paul Lombardi          COURTROOM DEPUTY: LMP

☒  Case Called.          ☒  Counsel present for all sides.
☐  Initial Appearance and Arraignment held.
☐  Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐  Waiver of speedy trial executed; time excluded from_through_.
☐  Order setting conditions of release and bond entered.
☐  Permanent order of detention entered.
☐  Temporary order of detention entered.
      ☐  Detention hearing scheduled for_.
☐  Bail hearing held.  Disposition:
☒  Next conference scheduled for 10/2/2019 at 10:30 AM.

Defendant     ☐  Released on Bond     ☐  Remains in Custody.

OTHER:  Oral argument held on motions [59], [60] and [61].  Government response to motion [94] due 9/18/2019. Summary sheet of the case for questionnaire due 9/18/2019. 3500 material to be turned over by 10/9/2019.  Motions in limine due by 10/24/2019.  Responses due by 10/29/2019.  The date for the panel of jurors to fill out the jury questionnaire is advanced to 10/30/2019 at 9:45 AM.  Arguments on motions in limine will be held thereafter. Parties should

be available on 11/5/2019 at 10:00 AM should the Court need additional argument on any motions.  Proposed requests to charge due 11/22/2019.