

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

September 26, 2019

**FILED**
**CLERK**

9/27/2019 9:45 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

<u>**EX PARTE**</u>
<u>**UNDER SEAL**</u>

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
924 Federal Plaza
Central Islip, New York 11722

Re: United States v. McPartland & Spota
<u>Criminal Docket No. 17-CR-587 (JMA)</u>

Dear Judge Azrack:

The government submits this letter to respectfully request permission to disclose the Grand Jury testimony of Detective Brian Draiss to his attorney Kevin Keating, Esq. The transcript will be disclosed for a discrete purpose, namely to allow Mr. Keating to confer with his client concerning upcoming testimony in a state court proceeding. Further, we respectfully request that the Court grant the application with the caveat that Mr. Keating is prohibited from disseminating the transcript, as it contains colloquy with grand jurors. Finally, we request permission to provide this letter to Mr. Keating so that he is aware of this request and the Court's orders, if any.

Thank you for your consideration.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: _____/s/_____
Nicole Boeckmann
Assistant U.S. Attorney
(631) 715-7855

SO ORDERED:

/s/ JMA
_____
JOAN M. AZRACK, U.S.D.J.

9/27/2019