NB:LTG/JLG/MRM
F. #2018R00279

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -                           17 CR 587 (JMA)

CHRISTOPHER MCPARTLAND and
THOMAS J. SPOTA,

                 Defendants.

– – – – – – – – – – – – – – – – –X

## THE GOVERNMENT'S WITNESS LIST

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

Nicole Boeckmann
Lara Treinis Gatz
Justina L. Geraci
Michael R. Maffei
Assistant U.S. Attorney
    (Of Counsel)

What follows is the government's anticipated witness list, current as of today.

1.  Jeremy Bell

2.  Steven Bellone

3.  Kenneth Bombace

4.  Daniel Buckley

5.  George Burke

6.  Michael Burke

7.  Ryan Carey

8.  John Cahill

9.  Stuart Cameron

10. Emily Constant

11. Joseph Conway

12. Barbara Craft

13. Peter Crusco

14. Anthony D'Orazio

15. Brian Draiss

16. John Gallagher

17. Dr. Nina Greif

18. John Hauger

19. James Hickey

20. Edward Jenks

21. Michael Kelly

22. Dr. Vinu Kurian

23. Anthony Leto

24. Chuck Lohmann

25. William Madigan

26. John Meehan

27. Spiros Moustakas

28. Sanjiv Panchal

29. Dr. Shalini Patcha

30. Vincent Posillico

31. Joseph Sawicki

32. Richard Schaffer

33. William Sena

34. Michael Shalley

35. Dennis Sullivan

36. John Toal

37. Richard Tortora

38. Michael Weniger

The government reserves the right to supplement or modify this list.  Furthermore, the government respectfully requests that this witness list be filed under seal at this time.

Dated: Central Islip, New York
        October 23, 2019

                                    Respectfully submitted,

                                    RICHARD P. DONOGHUE
                                    United States Attorney

                        By:     ___/s/_____
                                    Nicole Boeckmann
                                    Lara Treinis Gatz
                                    Justina L. Geraci
                                    Michael R. Maffei
                                    Assistant U.S. Attorneys
                                    (631) 715-7855/7913/7835/7890