

Larry H. Krantz
Marjorie E. Berman

Hugh D. Sandler
*Counsel*

Nicolas J. Rovner

*Of Counsel*
Lisa A. Cahill
Wendy Gerstmann Powell

*Writer's E-mail*
lkrantz@krantzberman.com

DRAFT

October 29, 2019

By ECF and E-mail

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

      Re:    United States v. Christopher McPartland, et al., 17-cr-0587 (JMA)

Dear Judge Azrack:

    On behalf of defendants Christopher McPartland and Thomas Spota, and with the consent of the government, we write to request that the courtroom be sealed for tomorrow's oral argument on the parties' *in limine* motions to admit or exclude evidence.

    The reasons for this request are two-fold. First, the motions cover an enormous amount of otherwise sealed materials and other documents subject to the confidentiality orders in the case. Oral argument will of necessity include extensive reference to these materials. As a practical matter, it will not be possible to successfully navigate through portions of the record that are confidential and those that are not. Second, particularly with jury selection about to begin, we believe that a sealed courtroom is necessary to avoid any prejudicial publicity to both parties, including extensive discussion of potentially inadmissible and prejudicial information that the jury may not otherwise ever read or hear. Such a measure is, we submit, essential to preserve the defendants' constitutional right to a fair trial, as well as the government's similar interest in a fair trial. For all these reasons, we submit that the parties' interests in confidentiality and a fair trial outweigh the qualified First Amendment right of access at this time. *United States v. John Doe*, 63 F.3d 121, 128 (2d Cir. 1995)

    We thank Your Honor for your consideration of this request.

                                      Respectfully submitted,

                                      Larry Krantz

cc:  Counsel for the government (by e-mail)

NY: 1216573-2

747 Third Avenue   32nd Floor   New York, New York 10017-2803   Telephone 212.661.0009   Fax 212.355.5009
140 Grand Street   Suite 705   White Plains, New York 10601-4831   Telephone 914.949.3909
www.krantzberman.com