# EXHIBIT A

Exhibit "A"

# COUNTY OF SUFFOLK
## FINANCIAL DISCLOSURE STATEMENT 2017

### Reporting Year: January 1st 2016 - December 31st 2016

| LAST NAME | FIRST NAME | MIDDLE INITIAL | HOME TELEPHONE (AREA CODE) |
|---|---|---|---|
| McPARTLAND | CHRISTOPHER | A | 631-651-9248 |

| HOME ADDRESS (NUMBER, STREET, APARTMENT NUMBER) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 26 DUNE CT. | NORTHPORT | NY | 11768 |

| MAILING ADDRESS (IF DIFFERENT) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| NOT DIFFERENT | | | |

| AGENCY/DEPARTMENT/OTHER | POSITION/TITLE | COUNTY | BUSINESS TELEPHONE (AREA CODE ) |
|---|---|---|---|
| DISTRICT ATTORNEY'S OFFICE | ADA | SUFFOLK | 631 853 4626 |

| BUSINESS ADDRESS (NUMBER, STREET, APARTMENT NUMBER) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| BLDING 77, Wm LINDSAY County Complex | VETS Hwy | Hauppauge NY | 11788 |

MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ DIVORCED ☐ WIDOW/WIDOWER
☐ DOMESTIC PARTNER ☐ LEGALLY SEPARATED

SPOUSE OR DOMESTIC PARTNER (IF APPLICABLE):

| LAST NAME | FIRST NAME | MIDDLE INITIAL | MAIDEN NAME (WHEN APPLICABLE) |
|---|---|---|---|
| McPARTLAND | EDIE | J | FEWSTER |

LIST BELOW THE NAMES OF ALL UNEMANCIPATED CHILDREN: ☐ NONE

| LAST NAME | FIRST NAME | LAST NAME | FIRST NAME |
|---|---|---|---|
| McPARTLAND | DEIRDRE | | |
| McPARTLAND | BRIDGET | | |
| McPARTLAND | AILEEN | | |

PLEASE CHECK BOX IF YOU ARE FILING A FINANCIAL DISCLOSURE STATEMENT BECAUSE YOU CURRENTLY HOLD, OR ARE A CANDIDATE FOR ELECTION TO, ANY OF THE FOLLOWING OFFICES:

☐ CURRENTLY HOLD ☐ CANDIDATE FOR ELECTION OR RE-ELECTION
☐ CANDIDATE FILLING VACANCY ☐ WRITE-IN CANDIDATE

COUNTY EXECUTIVE
TREASURER
COMPTROLLER
DISTRICT ATTORNEY
CLERK
COUNTY LEGISLATOR _____ DISTRICT
LOCAL POLITICAL PARTY OFFICIAL

*(Cover Page)*

THIS PAGE INTENTIONALLY LEFT BLANK.

# INSTRUCTIONS
### Please read instructions before continuing. Initials are required below.

This Financial Disclosure Statement, hereafter referred to as "form", is compiled of this Instructions Page, Cover Page, and Pages 1-31 which include: Part I, Questions 1-17, Part II, Questions 18-29, Privacy Request, Page 30 and Attestation, Page 31.

1.) The Reporting Year is January 1st, 2016 through December 31st, 2016.

2.) All questions, 1 through 29 and including the cover page, must be answered and form must be notarized. Check boxes when applicable.

3.) **The Cover Page is part of this form and must be completed in its entirety.**

4.) **Whenever a question requires a "value" or "amount", report it as being one of the following categories:**

A = $1,000 to under $5,000       B = $5,000 to under $35,000

C = $35,000 to under $60,000     D = $60,000 to under $100,000

E = $100,000 to under $250,000   F = $250,000 to under $500,000

G = $500,000 or over.

5.) Whenever income is required to be reported herein, the term "income" shall mean the aggregate net income before taxes.

6.) Whenever you are asked to provide an address, the full address is required. A full address includes; Number, Street, City, State and Zip Code (in cases where there is no number please write "No Number").

7.) No abbreviations will be accepted on this form.

8.) If insufficient space is provided please provide a continuation page using the same format.

9.) No other attachments.

10.) All answers must be written clearly and legibly.

11.) Please refer to Chapter 77 of the Statute for definitions.

*Please* initial here that you have read and understand these instructions: _____

# PART I

**QUESTIONS 1 THROUGH 17 ARE TO BE COMPLETED WITH RESPECT TO THE PERSON REQUIRED TO FILE A FINANCIAL DISCLOSURE REPORT.**

## Question 1 – Your County Employment/Services

Report employment or service with the County. Also report the income received from such employment or service during the reporting year.

1. **Position:** Assistant District Attorney

   Name and Address of County Agency: Suffolk County District Attorney's Office
   BLD 77 Wm. Lindsay Cty Complex, Vets Hwy
   Hauppauge NY 11788

   Category of Income: E

2. **Position:** _____

   Name and Address of County Agency: _____

   _____

   _____

   Category of Income: _____

## Question 2 – Identification of Your Non-County Employer or Business

Report any non-County employment and any business you engaged in during the reporting year. Also report if your non-County employment or business: (1) was licensed or regulated by any State or local agency; or (2) had business dealings with, or non-ministerial matters before, a State or local agency.

***If your response to this question is "None", check this box*** ☒

1. **Position**: _____

   Nature of Business or Employment: _____

   Name and Address of Employer or Business:

   _____

   _____

   Check box if your non-County employment or business:

   ☐ was licensed or regulated by any State or local agency; or

   ☐ had business dealings with, or non-ministerial matters before, a State or local agency.

   Name of State or Local Agency (If Applicable): _____

2. **Position**: _____

   Nature of Business or Employment: _____

   Name and Address of Employer or Business:

   _____

   _____

   Check box if your non-County employment or business:

   ☐ was licensed or regulated by any State or local agency; or

   ☐ had business dealings with, or non-ministerial matters before, a State or local agency.

   Name of State or Local Agency (If Applicable): _____

# <u>Question 3 – Positions Held By You</u>

Report each office, position, trusteeship*, directorship and partnership other than political positions, you held during the reporting year, whether compensated or uncompensated. Also report if such office or position was licensed or regulated by a State or local agency; or had business dealings with, or non-ministerial matters before, a State or local agency.

*If your response to this question is "None", check this box*  ☒

1.  **Position**: _____

     Name of Organization: _____

                    Address: _____

                                 _____

     Check box if your non-County employment or business:

     ☐ was licensed or regulated by any State or local agency; or

     ☐ had business dealings with, or non-ministerial matters before, a State or local agency.

     Name of State or Local Agency (If Applicable): _____

2.  **Position**: _____

     Name of Organization: _____

                    Address: _____

                                 _____

     Check box if your non-County employment or business:

     ☐ was licensed or regulated by any State or local agency; or

     ☐ had business dealings with, or non-ministerial matters before, a State or local agency.

     Name of State or Local Agency (If Applicable): _____

* "Trusteeship" means as a member on a Board of Trustees; it does not mean as a trustee of a trust.

# Question 4 – Political Positions Held By You

Report each political office, position, or membership on a political party committee which you held during the reporting year.

*If your response to this question is "None", check this box* ☒

1. **Position:** _____     Check Box if Held in Suffolk County ☐

   Name of Organization: _____


2. **Position:** _____     Check Box if Held in Suffolk County ☐

   Name of Organization: _____


3. **Position:** _____     Check Box if Held in Suffolk County ☐

   Name of Organization: _____


4. **Position:** _____     Check Box if Held in Suffolk County ☐

   Name of Organization: _____


5. **Position:** _____     Check Box if Held in Suffolk County ☐

   Name of Organization: _____

# Question 5 – Your Non-County Income*

Report the nature and amount of any income of $1,000 or more, excluding County salary reported in Question 1, received from each source during the reporting year. For <u>source</u>, list the name of the firm, organization, financial institution, individual, or other entity from which the income was received.

*If your response to this question is "None", check this box*  ☒

1. **Source:** _____ Nature: _____

   Category of Amount: _____

2. **Source:** _____ Nature: _____

   Category of Amount: _____

3. **Source:** _____ Nature: _____

   Category of Amount: _____

4. **Source:** _____ Nature: _____

   Category of Amount: _____

5. **Source:** _____ Nature: _____

   Category of Amount: _____

* "Income" includes, but is not limited to, income from compensated employment, directorships and other fiduciary positions, contractual arrangements, partnerships, honorariums, lecture fees, consultant fees, bank and bond interest, income derived from a trust, and income derived from real estate rents.

# Question 6 – Your Deferred Income

Report any deferred income of $1,000 or more from each source that you earned or derived during the reporting year, but which was paid or will be paid after the close of the reporting year.

*If your response to this question is "None", check this box* ☒

1. **Source:** _____ Category of Amount: _____

2. **Source:** _____ Category of Amount: _____

3. **Source:** _____ Category of Amount: _____

4. **Source:** _____ Category of Amount: _____

5. **Source:** _____ Category of Amount: _____

6. **Source:** _____ Category of Amount: _____

7. **Source:** _____ Category of Amount: _____

8. **Source:** _____ Category of Amount: _____

9. **Source:** _____ Category of Amount: _____

10. **Source:** _____ Category of Amount: _____

## Question 7 – Payments for County-Related Travel

Report if a non-governmental entity or person or a foreign government either paid directly or reimbursed you for travel-related expenses, in an amount of $1,000 or more, for activities related to your official duties with the County.

*If your response to this question is "None", check this box* ☒

1. **Source:** _____

   Description of Expenses Reimbursed: _____

   Category of Value of Reimbursement: _____

2. **Source:** _____

   Description of Expenses Reimbursed: _____

   Category of Value of Reimbursement: _____

3. **Source:** _____

   Description of Expenses Reimbursed: _____

   Category of Value of Reimbursement: _____

4. **Source:** _____

   Description of Expenses Reimbursed: _____

   Category of Value of Reimbursement: _____

5. **Source:** _____

   Description of Expenses Reimbursed: _____

   Category of Value of Reimbursement: _____

## Question 8 – Gifts* To You

Report any gift or gifts you received from the same donor, other than a relative**, in the total amount or with a value of $500 or more.

*If your response to this question is "None", check this box* ☒

1. **Name of Donor:** _____

   Nature of Gift: _____ Category of Value: _____

2. **Name of Donor:** _____

   Nature of Gift: _____ Category of Value: _____

3. **Name of Donor:** _____

   Nature of Gift: _____ Category of Value: _____

4. **Name of Donor:** _____

   Nature of Gift: _____ Category of Value: _____

5. **Name of Donor:** _____

   Nature of Gift: _____ Category of Value: _____

* "Gift" means a voluntary transfer, made gratuitously, of any real or personal property, benefit or gain. A gift may be in the form of money, service, loan, forgiveness of debt, discount travel, or entertainment.

** "Relative" means spouse, domestic partner, parent, grandparent, son, daughter, brother, sister, brother-in-law, sister-in-law, parent-in-law, uncle, aunt, nephew, or niece.

## Question 9 – Your Agreements With Former Employers

Report any agreements that you have with a former employer for the continuation of payments or benefits to you of $1,000 or more. Do not include income from any pension plan.

*If your response to this question is "None", check this box* ☒

1. **Parties to the Agreement:**
   _____
   _____

   Terms of the Agreement:
   _____
   _____

   Category of Value of Payment or Benefit: _____

2. **Parties to the Agreement:**
   _____
   _____

   Terms of the Agreement:
   _____
   _____

   Category of Value of Payment or Benefit: _____

3. **Parties to the Agreement:**
   _____
   _____

   Terms of the Agreement:
   _____
   _____

   Category of Value of Payment or Benefit: _____

4. **Parties to the Agreement:**
   _____
   _____

   Terms of the Agreement:
   _____
   _____

   Category of Value of Payment or Benefit: _____

## Question 10 – Your Agreements For Future Employment

Report any promise or agreement for future employment you have with any person or entity with respect to your employment after leaving your County officer or position.

*If your response to this question is "None", check this box*  ☒

1. **Parties to the Promise or Agreement:**

   _____
   _____

   Terms of the Promise or Agreement:

   _____
   _____

2. **Parties to the Promise or Agreement:**

   _____
   _____

   Terms of the Promise or Agreement:

   _____
   _____

3. **Parties to the Promise or Agreement:**

   _____
   _____

   Terms of the Promise or Agreement:

   _____
   _____

4. **Parties to the Promise or Agreement:**

   _____
   _____

   Terms of the Promise or Agreement:

   _____
   _____

# Question 11 – Your Interest in Government Contracts

Report any interest of $1,000 or more, in any contract made or executed by a State or local government agency.

*If your response to this question is "None", check this box* ☒

1. **Entity Which Held Interest in Contract:** _____

   Your Relationship to Contracting Entity and Interest in Contract:

   _____

   Name of Contracting State or Local Agency:
   _____
   _____

   Category of Value of Contract: _____

2. **Entity Which Held Interest in Contract:** _____

   Your Relationship to Contracting Entity and Interest in Contract:

   _____

   Name of Contracting State or Local Agency:
   _____
   _____

   Category of Value of Contract: _____

3. **Entity Which Held Interest in Contract:** _____

   Your Relationship to Contracting Entity and Interest in Contract:

   _____

   Name of Contracting State or Local Agency:
   _____
   _____

   Category of Value of Contract: _____

# Question 12 – Your Investments in a Business

List the name, address and general description of the business activity or any entity in which you had an investment of $1,000 or more during the reporting year. Exclude investments in securities and real estate.

*If your response to this question is "None", check this box* ☒

1. **Name and Address of Business:** _____

   _____

   _____

   Nature of Business: _____ Category of Value of Investment: _____

2. **Name and Address of Business:** _____

   _____

   _____

   Nature of Business: _____ Category of Value of Investment: _____

3. **Name and Address of Business:** _____

   _____

   _____

   Nature of Business: _____ Category of Value of Investment: _____

4. **Name and Address of Business:** _____

   _____

   _____

   Nature of Business: _____ Category of Value of Investment: _____

# Question 13 – Your Securities*

Report each security having a market value of $1,000 or more which you held at the close of the reporting year. Report the percentage of ownership only if you hold more than 5% of the stock of a corporation.

*If your response to this question is "None", check this box* ☐

1. **Issuing Entity:** ALERIAN     **Type of Security:** Common

   Percentage of Corporate Stock: _____ % Category of Value: A

2. **Issuing Entity:** CITIGROUP     **Type of Security:** Common

   Percentage of Corporate Stock: _____ % Category of Value: A

3. **Issuing Entity:** CHEVRON     **Type of Security:** Common

   Percentage of Corporate Stock: _____ % Category of Value: A

4. **Issuing Entity:** GROWLIFE     **Type of Security:** Common

   Percentage of Corporate Stock: _____ % Category of Value: A

5. **Issuing Entity:** NORTH AMERICAN TANKER **Type of Security:** Common

   Percentage of Corporate Stock: _____ % Category of Value: A

6. **Issuing Entity:** FORD MOTOR COMPANY **Type of Security:** Common

   Percentage of Corporate Stock: _____ % Category of Value: A.

7. **Issuing Entity:** _____ **Type of Security:** _____

   Percentage of Corporate Stock: _____ % Category of Value: _____

8. **Issuing Entity:** _____ **Type of Security:** _____

   Percentage of Corporate Stock: _____ % Category of Value: _____

* "Securities" means stocks (any class), bonds, mutual funds, stock options, warrants, obligations, notes, mortgages (not including on your home), and such other evidences of indebtedness.

# Question 14 – Your Clients or Customers

If you personally provided services to a person or entity, or if you have an ownership interest*
in a firm that provided services to a person or entity, then identify each client or customer to
whom you personally provided services or to whom the firm provided services, for paid
compensation, in connection with: a) a proposed resolution or local law in the County
Legislature b) a contract with the County c) a grant from the County d) or a case, proceeding,
application or other matter, that is not a ministerial matter, before a County agency.

*If your response to this question is "None", check this box*  ☒

1. **Party that Received Services:** _____

   Services Provided: _____

   Description of County Law, Contract, Grant or Proceeding for Which Services Were Provided:

   _____

2. **Party that Received Services:** _____

   Services Provided: _____

   Description of County Law, Contract, Grant or Proceeding for Which Services Were Provided:

   _____

3. **Party that Received Services:** _____

   Services Provided: _____

   Description of County Law, Contract, Grant or Proceeding for Which Services Were Provided:

   _____

* "Ownership Interest" means an interest which exceeds 5% of the firm or an investment of $25,000 in
cash or other form of commitment, whichever is less, and any lesser interest if you are an officer of the
firm or exercise management control or responsibility regarding the firm.

## Question 15 – Your Real Estate

Report any real estate in which you have a vested or contingent interest valued at $1,000 or more.

*If your response to this question is "None", check this box* ☐

1. **Address:** 26 DUNE CT. _____ General Nature: RESIDENCE _____

   NORTHPORT NY 11768 _____ Acquisition Date (MM/YY): 06/04 _____

   Percentage of Ownership: 100 % Category of Value of Property: F _____

   JOINT WITH WIFE SUBJECT TO MORTGAGE

2. **Address:** _____ General Nature: _____

   _____ Acquisition Date (MM/YY): _____

   Percentage of Ownership: _____ % Category of Value of Property: _____

3. **Address:** _____ General Nature: _____

   _____ Acquisition Date (MM/YY): _____

   Percentage of Ownership: _____ % Category of Value of Property: _____

4. **Address:** _____ General Nature: _____

   _____ Acquisition Date (MM/YY): _____

   Percentage of Ownership: _____ % Category of Value of Property: _____

5. **Address:** _____ General Nature: _____

   _____ Acquisition Date (MM/YY): _____

   Percentage of Ownership: _____ % Category of Value of Property: _____

## Question 16 – Money Owed to You

Report each loan, note or account receivable in the amount of $1,000 or more owed to you during the reporting year, _i.e._, who owed you money and how much. Do not include loans to relatives*.

_If your response to this question is "None", check this box_  ☒

1. **Name of Debtor:** _____

   Type of Obligation: _____ Due Date (MM/YY): _____

   Nature of Collateral (if any): _____

       Category of Highest Amount Owed at Any Time During the Reporting Year: _____

       Category of Amount Owed on December 31st of the Reporting Year: _____

2. **Name of Debtor:** _____

   Type of Obligation: _____ Due Date (MM/YY): _____

   Nature of Collateral (if any): _____

       Category of Highest Amount Owed at Any Time During the Reporting Year: _____

       Category of Amount Owed on December 31st of the Reporting Year: _____

3. **Name of Debtor:** _____

   Type of Obligation: _____ Due Date (MM/YY): _____

   Nature of Collateral (if any): _____

       Category of Highest Amount Owed at Any Time During the Reporting Year: _____

       Category of Amount Owed on December 31st of the Reporting Year: _____

* "Relative" means spouse, domestic partner, parent, grandparent, son, daughter, brother, sister, brother-in-law, sister-in-law, parent-in-law, uncle, aunt, nephew, or niece.

## Question 17 – Money You Owe

Report each lender (other than a relative*)

(1)  to whom you owed $5,000 or more for a period of 90 consecutive days during the reporting year; or

(2)  to whom you owe $5,000 or more on the date you file this report.

*If your response to this question is "None", check this box* ☐

1. **Name of Lender:** NATION STAR MORTGAGE

   Name of Guarantor (where applicable): SELF + WIFE

   Type of Liability and Collateral (if any): MORTGAGE FOR RESIDENCE

   Category of Amount: E

2. **Name of Lender:** CHASE

   Name of Guarantor (where applicable): SELF + WIFE

   Type of Liability and Collateral (if any): HELOC

   Category of Amount: E

3. **Name of Lender:** NAVY FEDERAL CREDIT UNION

   Name of Guarantor (where applicable): SELF + WIFE

   Type of Liability and Collateral (if any): CREDIT CARD

   Category of Amount: B

4. LENDER: NAVIENT (SALLIE MAE)
   GUARANTOR: SELF
   TYPE OF LIABILITY: STUDENT LOAN
   CATEGORY: E

* "Relative" means spouse, domestic partner, parent, grandparent, son, daughter, brother, sister, brother-in-law, sister-in-law, parent-in-law, uncle, aunt, nephew, or niece.

5. LENDER: THELLA McPARTLAND
   GUARANTOR: SELF
   LOAN: PERSONAL
   CATEGORY: D

6. LENDER: ANTHONY DORATZIO
   GUARANTOR: SELF
   LOAN: PERSONAL
   CATEGORY: B

7. LENDER: HUNTINGTON BANK
   GUARANTOR: SELF
   LOAN: CAR    CATEGORY: B

8. LENDER: CHASE BANK
   GUARANTOR: SELF
   LOAN: CAR
   CATEGORY: B

## PART II

**QUESTIONS 18 – 29 ARE TO BE COMPLETED WITH RESPECT TO THE FILING INDIVIDUAL'S SPOUSE OR DOMESTIC PARTNER AND/OR UNEMANCIPATED CHILD(REN).**

**ATTENTION:** YOU MUST ANSWER ALL QUESTIONS 18-29. CHECK BOX IF QUESTION IS NOT APPLICABLE.

### Question 18 – Identification of Non-County or Non-State Employer or Business of Your Spouse or Domestic Partner and Unemancipated Child(ren)

Report any non-County employment and any business your spouse or domestic partner or unemancipated child(ren) engaged in during the reporting year.

*If your response to this question is "None", check this box* ☐

*If your response to this question is "Not Applicable", check this box* ☐

1. **Position:** REGISTERED NURSE   Nature of Business or Employment: HOME HEALTH AGENCY

   Name of Spouse/Domestic Partner ☒ or Unemancipated Child ☐: EDIE McPARTLAND

   Name and Address of Employer or Business: VISITING NURSE AND HOSPICE OF SUFFOLK

   505 MAIN ST.

   NORTHPORT N.Y. 11768

2. **Position:** CAMP COUNSELOR   Nature of Business or Employment: SUMMER CAMP

   Name of Spouse/Domestic Partner ☐ or Unemancipated Child ☒: DEIRDRE McPARTLAND

   Name and Address of Employer or Business: SPORTIME

   275 OLD INDIAN HEAD RD.

   KINGS PARK NY 11754

3. **Position:** CAMP COUNSELOR   Nature of Business or Employment: SUMMER CAMP

   Name of Spouse/Domestic Partner ☐ or Unemancipated Child ☒: BRIDGET McPARTLAND

   Name and Address of Employer or Business: SPORTIME

   275 OLD INDIAN HEAD RD.

   KINGS PARK NY 11754

4. POSITION: OFFICE ASSISTANT, NATURE OF BUSINESS: DOCTOR'S OFFICE
   UNIMANCIPATED CHILD: -18- BRIDGET.
   NAME/ADDRESS: DR SUSAN GUNDUZ
   351 LARKFIELD RD.
   EAST NORTHPORT N.Y. 11731

# Question 19 – Positions Held by Your Spouse or Domestic Partner and Unemancipated Child(ren)

Report each office, position, trusteeship*, directorship, and partnership, other than political positions, held during the reporting year by your spouse or domestic partner or unemancipated child(ren) whether compensated or uncompensated. Also report if such office or position: (1) was licensed or regulated by a State or local agency; or (2) had business dealings with, or non-ministerial matters before, a State or local agency.

*If your response to this question is "None", check this box* ☒

*If your response to this question is "Not Applicable", check this box* ☐

1. **Position**: _____

   Name of Organization: _____

   Address: _____

   _____

   Name of State or Local Agency (Where Applicable): _____

   Name of Spouse/Domestic Partner ☐ **or** Unemancipated Child ☐ Position is Held By:

   _____

2. **Position**: _____

   Name of Organization: _____

   Address: _____

   _____

   Name of State or Local Agency (Where Applicable): _____

   Name of Spouse/Domestic Partner ☐ **or** Unemancipated Child ☐ Position is Held By:

   _____

* "Trusteeship" means as a member on a Board of Trustees; it does not mean as a trustee of a trust.

- 19 -

## Question 20 – Income of Your Spouse or Domestic Partner

Report the nature and amount of any income of $1,000 or more, received from each source during the reporting year by your spouse or domestic partner. For source, list the name of the firm, organization, financial institution, individual, or other entity from which the income was received.

*If your response to this question is "None", check this box* ☐

*If your response to this question is "Not Applicable", check this box* ☐

1. **Source:** VISITING NURSE SERVICE Nature: EMPLOYER HEALTH AGENCY
   AND HOSPICE OF NEW YORK
   Category of Amount: E

2. **Source:** _____ Nature: _____
   Category of Amount: _____

3. **Source:** _____ Nature: _____
   Category of Amount: _____

4. **Source:** _____ Nature: _____
   Category of Amount: _____

5. **Source:** _____ Nature: _____
   Category of Amount: _____

# Question 21 – Gifts* to Your Spouse or Domestic Partner and Unemancipated Child(ren)

Report any gift or gifts your spouse or domestic partner or unemancipated child(ren) received from the same donor, other than a relative**, in the total amount or with a value of $500 or more.

*If your response to this question is "None", check this box* ☒

*If your response to this question is "Not Applicable", check this box* ☐

1.  **Name of Donor:** _____

    Name of Recipient: _____

    Nature of Gift: _____ Category of Value: _____

2.  **Name of Donor:** _____

    Name of Recipient: _____

    Nature of Gift: _____ Category of Value: _____

3.  **Name of Donor:** _____

    Name of Recipient: _____

    Nature of Gift: _____ Category of Value: _____

4.  **Name of Donor:** _____

    Name of Recipient: _____

    Nature of Gift: _____ Category of Value: _____

* "Gift" means a voluntary transfer, made gratuitously, of any real or personal property, benefit or gain. A gift may be in the form of money, service, loan, forgiveness of debt, discount travel, or entertainment.
** "Relative" means spouse, domestic partner, parent, grandparent, son, daughter, brother, sister, brother-in-law, sister-in-law, parent-in-law, uncle, aunt, nephew, or niece.

## <u>Question 22 – Interest in Government Contracts of Your Spouse or Domestic Partner and Unemancipated Child(ren)</u>

Report any interest of $1,000 or more held by your spouse of domestic partner or unemancipated child(ren) in any contract made or executed by a State or local government agency.

***If your response to this question is "None", check this box*** ☒

***If your response to this question is "Not Applicable", check this box*** ☐

1. **Individual Which Held Interest In Contract:**

   Spouse/Domestic Partner ☐ <u>or</u> Unemancipated Child ☐: _____

   Entity Which Held Interest In Contract (If Applicable):
   _____
   _____

   Individual's Relationship to Entity (If Applicable): _____

   Name of Contracting State or Local Agency:
   _____
   _____

   Category of Value of Interest: _____

2. **Individual Which Held Interest In Contract:**

   Spouse/Domestic Partner ☐ <u>or</u> Unemancipated Child ☐: _____

   Entity Which Held Interest In Contract (If Applicable):
   _____
   _____

   Individual's Relationship to Entity (If Applicable): _____

   Name of Contracting State or Local Agency:
   _____
   _____

   Category of Value of Interest: _____

## Question 23 – Payment for County-Related Travel to Your Spouse or Domestic Partner

Report if a non-governmental entity or person or a foreign government either paid directly or reimbursed you or your spouse or domestic partner for travel-related expenses of your spouse or domestic partner, in an amount of $1,000 or more, for activities related to your official duties with the County.

*If your response to this question is "None", check this box*  ☒

*If your response to this question is "Not Applicable", check this box*  ☐

1. **Source:** _____

   Description of Expenses Reimbursed: _____

   Category of Value of Reimbursement: _____

2. **Source:** _____

   Description of Expenses Reimbursed: _____

   Category of Value of Reimbursement: _____

3. **Source:** _____

   Description of Expenses Reimbursed: _____

   Category of Value of Reimbursement: _____

4. **Source:** _____

   Description of Expenses Reimbursed: _____

   Category of Value of Reimbursement: _____

5. **Source:** _____

   Description of Expenses Reimbursed: _____

   Category of Value of Reimbursement: _____

## Question 24 – Your Spouse's or Domestic Partner's Investments in a Business

List the name, address and general description of the business activity or any entity in which your spouse or domestic partner had an investment of $1,000 or more during the reporting year. Exclude investments in securities and real estate.

*If your response to this question is "None", check this box*  ☒

*If your response to this question is "Not Applicable", check this box*  ☐

1. **Name and Address of Business:** _____
   _____
   _____

   Nature of Business: _____ Category of Value of Investment: _____

2. **Name and Address of Business:** _____
   _____
   _____

   Nature of Business: _____ Category of Value of Investment: _____

3. **Name and Address of Business:** _____
   _____
   _____

   Nature of Business: _____ Category of Value of Investment: _____

4. **Name and Address of Business:** _____
   _____
   _____

   Nature of Business: _____ Category of Value of Investment: _____

## Question 25 – Securities* Held by Your Spouse or Domestic Partner

Report each security having a market value of $1,000 or more held by your spouse or domestic partner at the close of the reporting year. Report the percentage of ownership only if your spouse or domestic partner holds more than 5% of the stock of a corporation.

*If your response to this question is "None", check this box* ☐

*If your response to this question is "Not Applicable", check this box* ☐

1. **Issuing Entity:** ALERIAN    **Type of Security:** Common

   Percentage of Corporate Stock: _____ % Category of Value: A

2. **Issuing Entity:** CITIGROUP    **Type of Security:** Common

   Percentage of Corporate Stock: _____ % Category of Value: A

3. **Issuing Entity:** CHEVRON    **Type of Security:** Common

   Percentage of Corporate Stock: _____ % Category of Value: A

4. **Issuing Entity:** GMOLIFE    **Type of Security:** Common

   Percentage of Corporate Stock: _____ % Category of Value: A

5. **Issuing Entity:** NORDIC AMERICAN TANKER **Type of Security:** Common

   Percentage of Corporate Stock: _____ % Category of Value: A

6. **Issuing Entity:** FORD MOTOR COMPANY    **Type of Security:** Common

   Percentage of Corporate Stock: _____ % Category of Value: A

7. **Issuing Entity:** _____ **Type of Security:** _____

   Percentage of Corporate Stock: _____ % Category of Value: _____

8. **Issuing Entity:** _____ **Type of Security:** _____

   Percentage of Corporate Stock: _____ % Category of Value: _____

* "Securities" means stocks (any class), bonds, mutual funds, stock options, warrants, obligations, notes, mortgages (not including on your home), and such other evidences of indebtedness.

## Question 26 – Your Spouse's or Domestic Partner's Clients or Customers

If your spouse or domestic partner personally provided services to a person or entity, or has an ownership interest* in a firm that provides services to a person or entity, then identify each client or customer to whom your spouse or domestic partner personally provided services or to whom the firm provided services, for paid compensation, in connection with: a) a proposed resolution or local law in the County Legislature b) a contract with the County c) a grant from the County d) or a case, proceeding, application or other matter, that is not a ministerial matter, before a County agency.

*If your response to this question is "None", check this box*  ☒

*If your response to this question is "Not Applicable", check this box*  ☐

1. **Party that Received Services:** _____

   Services Provided: _____

   Description of County Law, Contract, Grant or Proceeding for Which Services Were Provided:

   _____


2. **Party that Received Services:** _____

   Services Provided: _____

   Description of County Law, Contract, Grant or Proceeding for Which Services Were Provided:

   _____


3. **Party that Received Services:** _____

   Services Provided: _____

   Description of County Law, Contract, Grant or Proceeding for Which Services Were Provided:

   _____


* "Ownership Interest" means an interest which exceeds 5% of the firm or an investment of $25,000 in cash or other form of commitment, whichever is less, and any lesser interest if you are an officer of the firm or exercise management control or responsibility regarding the firm.

## Question 27 – Your Spouse's or Domestic Partner's Real Estate

Report any real estate in which your spouse or domestic partner had a vested or contingent interest valued at $1,000 or more.

*If your response to this question is "None", check this box* ☐

*If your response to this question is "Not Applicable", check this box* ☐

1. **Address:** 2C Dune Ct.        General Nature: RESIDENCE
   Newtonport NY 11768 Acquisition Date (MM/YY): 06/04
   Percentage of Ownership: 100 % Category of Value: F
   JOINT WITH SPOUSE SUBJECT TO MORTGAGE

2. **Address:** _____ General Nature: _____
   _____ Acquisition Date (MM/YY): _____
   Percentage of Ownership: _____ % Category of Value: _____

3. **Address:** _____ General Nature: _____
   _____ Acquisition Date (MM/YY): _____
   Percentage of Ownership: _____ % Category of Value: _____

4. **Address:** _____ General Nature: _____
   _____ Acquisition Date (MM/YY): _____
   Percentage of Ownership: _____ % Category of Value: _____

5. **Address:** _____ General Nature: _____
   _____ Acquisition Date (MM/YY): _____
   Percentage of Ownership: _____ % Category of Value: _____

## Question 28 – Money Owed to Your Spouse or Domestic Partner

Report each loan, note or account receivable in the amount of $1,000 or more owed to your spouse or domestic partner during the reporting year, i.e., who owed your spouse or domestic partner money and how much. Do not include loans to relatives*.

*If your response to this question is "None", check this box*  ☒

*If your response to this question is "Not Applicable", check this box*  ☐

4. **Name of Debtor:** _____

   Type of Obligation: _____ Due Date (MM/YY): _____

   Nature of Collateral (if any): _____

   Category of Highest Amount Owed at Any Time During the Reporting Year: _____

   Category of Amount Owed on December 31st of the Reporting Year: _____

5. **Name of Debtor:** _____

   Type of Obligation: _____ Due Date (MM/YY): _____

   Nature of Collateral (if any): _____

   Category of Highest Amount Owed at Any Time During the Reporting Year: _____

   Category of Amount Owed on December 31st of the Reporting Year: _____

6. **Name of Debtor:** _____

   Type of Obligation: _____ Due Date (MM/YY): _____

   Nature of Collateral (if any): _____

   Category of Highest Amount Owed at Any Time During the Reporting Year: _____

   Category of Amount Owed on December 31st of the Reporting Year: _____

\* "Relative" means spouse, domestic partner, parent, grandparent, son, daughter, brother, sister, brother-in-law, sister-in-law, parent-in-law, uncle, aunt, nephew, or niece.

## Question 29 – Money Your Spouse or Domestic Partner Owes

Report each lender (other than a relative*):

(2)    to whom your spouse or domestic partner owed $5,000 or more for a period of 90 consecutive days during the reporting year; or

(2)    to whom your spouse or domestic partner owed $5,000 or more on the date you file this report.

*If your response to this question is "None", check this box* ☐

*If your response to this question is "Not Applicable", check this box* ☐

1.  **Name of Lender:** NATIONSTAR MORTGAGE

    Name of Guarantor (where applicable): SELF + SPOUSE

    Type of Liability and Collateral (if any): MORTGAGE FOR RESIDENCE

    Category of Amount: E

2.  **Name of Lender:** CHASE

    Name of Guarantor (where applicable): SELF + SPOUSE

    Type of Liability and Collateral (if any): HELOC

    Category of Amount: E

3.  **Name of Lender:** NAVY FEDERAL CREDIT UNION

    Name of Guarantor (where applicable): SELF + SPOUSE

    Type of Liability and Collateral (if any): CREDIT CARD

    Category of Amount: B

* "Relative" means spouse, domestic partner, parent, grandparent, son, daughter, brother, sister, brother-in-law, sister-in-law, parent-in-law, uncle, aunt, nephew, or niece.

# REQUEST FOR PRIVACY

List the question(s), page number(s) and the information that you are requesting be withheld from public inspection and *specify with particularity* the reasons for your request(s).

**A statement that your financial affairs are private will not, without more information, sustain a claim of privacy.**

I HAVE PROSECUTED VIOLENT FELONS, DRUG DEALERS, MEMBERS OF ORGANIZED CRIME AND CORRUPT PUBLIC OFFICIALS. THE RELEASE OF ANY INFORMATION CONTAINED HEREIN WILL JEOPARDISE THE PRIVACY AND SAFETY OF MYSELF AND MY FAMILY. I OBJECT TO THE RELEASE OF ANY INFORMATION. I SEEK AN OPPORTUNITY TO BE HEARD EACH TIME A REQUEST FOR MY INFORMATION IS MADE.

## ATTESTATION

I hereby certify that I have read the foregoing thirty-one-page Statement, plus the cover page and instructions page, and that, to the best of my knowledge and belief, it is true, correct and complete and that I have not and will not transfer any asset, interest or property for the purpose of concealing it from disclosure while retaining an equitable interest herein.

_____
(Signature)

CHRISTOPHER McPARTLAND
_____
(Print Name)

**STATE OF NEW YORK:  COUNTY OF SUFFOLK**

Sworn to before me this _15th_ day of _May_____, 20_17_

_____
Notary Public, State of New York

CYNTHIA Z. SCESNY
Notary Public, State of New York
No. 01SC6074361, Suffolk County
Term Expires May 13, 20 18

(Affix Stamp):