# EXHIBIT A



KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman

Hugh D. Sandler
*Counsel*

Nicolas J. Rovner

*Of Counsel*
Lisa A. Cahill
Wendy Gerstmann Powell

Writer's E-mail
lkrantz@krantzberman.com

October 1, 2019

**REQUEST TO BE FILED UNDER SEAL**

Lara Treinis Gatz, Esq.
Assistant United States Attorney
United States Attorney's Office
610 Federal Plaza
Central Islip, New York 11722

    **Re: U.S. v. Christopher McPartland and Thomas Spota**
     **17-CV-0587 (JMA)**

Dear Ms. Gatz:

  We are writing pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), to advise you that the defendants may call  Dr. Alan Jacobs as an expert witness at the trial in this matter.  His qualifications are reflected in the attached CV.  The following is a summary of the opinions as to which he may testify.  All of these opinions are based on his background, education and experience, as well as his review of James Hickey's medical records for his two hospitalizations (in August 2013 and October 2015).  We reserve the right to supplement this list:

1. His expert opinion, to a reasonable degree of medical certainty, as to the meaning and significance of various aspects of James Hickey's medical records, both from 2013 and 2015, including but not limited to his symptoms and signs documented by physicians upon admission, patient history, symptoms and signs during hospitalization, diagnoses, tests performed, incidents while hospitalized, treatments and medications he received and other procedures employed while hospitalized, and discharge instructions.

2. His expert opinion, to a reasonable degree of medical certainty, as to the effects of alcohol and alcoholism on memory, cognition and brain function generally, as well as his opinion as to how these general principles apply to the likely effects on James Hickey's memory, cognition and brain function, given his history of lifelong alcohol consumption including the quantities of alcohol he consumed for the time periods indicated in the hospital records.  This includes alcohol's known dose-dependent toxic and adverse effects on brain cells and brain function.

3. His expert opinion, to a reasonable degree of medical certainty, as to the nature of a Transient-Ischemic Attack ("TIA"), including that it lasts at most 24 hours and does not cause delirium, or acute confusional states, absent specific medical findings that are not present in James Hickey's medical records.

4. His expert opinion, to a reasonable degree of medical certainty, that the acute or sub-acute symptoms and signs James Hickey experienced in October 2015 (both prior to and during his hospitalization), including hallucinations, confusion, delirium, altered mental state, and related problems with memory, cognition and behavior, were not attributable to a TIA.

5. His expert opinion, to a reasonable degree of medical certainty, that at the time of James Hickey's hospitalization in October 2015, he likely suffered from a neurological disorder known as Wernicke's Encephalopathy. This diagnosis is likely given that the medical records document a specific eye movement disorder (nystagmus), gait imbalance (ataxia) and an acute confusional state (delirium). He will opine that these constitute the classic diagnostic triad of signs indicating a clinical diagnosis of Wernicke's Encephalopathy.

6. His expert opinion, to a reasonable degree of medical certainty, that Wernicke's Encephalopathy involves a gross impairment of memory and cognition, and that it is universally attributed to an acute cerebral deficiency of thiamine.

7. His expert opinion, to a reasonable degree of medical certainty, that Wernicke's Encephalopathy is most commonly caused by chronic alcohol abuse. The reason for this linkage is that chronic alcohol abuse can lead to both a nutritional deficiency of thiamine and a reduced ability of the brain to cope with that deficiency.

8. His expert opinion, to a reasonable degree of medical certainty, that delirium, otherwise known as an acute confusional state, is characterized by a global disturbance in attention, consciousness and cognition, with emotional and/or perceptual effects. Delirium is listed as a diagnosis in the Diagnostic and Statistical Manual of Mental Disorders.

Respectfully Submitted,

Larry Krantz

cc: Clerk of the Court (JMA)

# *CURRICULUM VITAE*

## *Alan R. Jacobs, M.D.*

Address:        120 E. 56th Street, Suite 1040
                NY. NY. 10022

Telephone:      (212) 888-0002
Fax:            (212) 888-1899

E-mail:alanjacobsmd@gmail.com

URL:            www.neuroendocrinology.org

Blog:           blog.alanjacobsmd.com


## EDUCATION

1984- B.A.      Duke University, Durham, NC
1989- M.D.      Duke University, Durham, NC

## POSTDOCTORAL TRAINING

Internships and Residencies:

1989-1990       Intern in Medicine, Columbia-Presbyterian Med Center, NY, NY
1990-1993       Resident in Neurology, New York Hospital-Cornell Med Center, NY

Fellowships:

1993-1994       Fellow in Behavioral Neurology, Beth Israel Hospital, Boston, MA
1994-1995       Fellow in Neuroendocrinology, Beth Israel Hospital, Boston, MA

## LICENSURE AND CERTIFICATION
1990            Diplomate, Federal Licensing Examination in Medicine
1990-           New York License Registration, License No.183799
1993-1997       Massachusetts License Registration No.77739
1994 -          Diplomate, American Board of Psychiatry and Neurology, Certificate
                No.40468

## ACADEMIC APPOINTMENTS

1993-1995       Instructor in Neurology, Harvard Medical School
1995-2001       Assistant Professor of Neurology, Weill Medical College of Cornell
2001-           Assistant Professor of Neurology, SUNY/Downstate Medical Center

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1993-1995 | Attending Neurologist, Beth Israel Hospital, Boston, MA |
| 1995-2001 | Assistant Attending Neurologist, The New York Hospital, New York, NY |
| 2001-2005 | Attending Neurologist, University Hospital of Brooklyn, Brooklyn, NY |
| 2001-2005 | Attending Neurologist, King's County Hospital, Brooklyn, NY |

## AWARDS AND HONORS

| | |
|---|---|
| 1980 | Phi Eta Zeta, Freshman Honor Society, Duke University |
| 1984 | Magna Cum Laude, Duke University |

## COMMITTEE ASSIGNMENTS

Hospital:

| | |
|---|---|
| 1998-2000 | Medical Records Committee, The New York Hospital |
| 2002-2003 | Neurology Resident Applicant Review Committee, SUNY/Downstate |
| 2002-2003 | College of Medicine Interview Committee, SUNY/Downstate |

## PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1990- | American Academy of Neurology |
| 1995- | Association for Research in Nervous and Mental Disease |
| 1996-2000 | Professional Advisory Committee, Epilepsy Society of New York City |
| 1996- | Member, Advisory Board, New York Menopause Center, New York |
| 2000- | Cognitive and Behavioral Neurology Society |
| 2009-2011 | Member, Board of Directors, Alzheimer's Association, Hudson Valley, Rockland/Westchester, NY Chapter |

## RESEARCH FUNDING INFORMATION

Past:   1999-2002   NIH, NIA Co-investigator
Alzheimer's Disease Prevention Trial with Estrogens.
PI, Mary Sano, PhD

2000-2003   NIH     Co-investigator
The Effects of Hormone Replacement on Menopausal Women with
Epilepsy.  PI, Cynthia L. Harden, MD

2002-2004   Alzheimer's Disease Cooperative Study Local PI
A Multi-Center, Randomized, Double-Blind, Placebo Controlled
Trial of Simvastatin to Slow the Progression of Alzheimer's disease.  PI,
Mary Sano, PhD

## PRINCIPLE CLINICAL AND HOSPITAL SERVICE RESPONSIBILITIES

| | |
|---|---|
| 1995-2001 | Director, Neuroendocrine Unit, The New York Hospital, New York, |
| 1995-2001 | Attending Behavioral Neurologist, Cornell Neurobehavior and Memory Disorders Program, New York, NY |
| 1996-1998 | Attending Behavioral Neurologist, Elderserve Memory Disorders Center, Hebrew Home for the Aged at Riverdale, NY |
| 1996-2001 | Attending, Resident's Neurology Clinic, The New York Hospital, NY |
| 2000-2001 | Assistant Director, Cornell Neurobehavior and Memory Disorders Program, New York, NY |
| 2001-2005 | Member, Division of Behavioral and Cognitive Neurology, Alzheimer's Disease and Memory Disorders Center at University Hospital of Brooklyn |

## ADMINISTRATIVE RESPONSIBILITIES

Referee, Journal of Neurology, Neurosurgery and Psychiatry
Referee, Journal of Gender Specific Medicine
Referee, Journal of Clinical and Experimental Neuropsychology

## SELF REPORT OF TEACHING

Local Contributions

Weill Medical College of Cornell

| | |
|---|---|
| 1996-2000 | Neurology and Neuroscience Problem Based Learning Program Faculty Tutor (years 1-5); Case and Examination Writer (parkinsonism) and "Triple Jump" Examiner (years 1-5); Lecturer (Aphasia, years 1-5) 120 medical students (12 per tutorial); 120 medical students (lectures) 12 weeks/year (as Tutor); 6 hours/year (as Case Writer); 1 hour/year (as Lecturer) |
| 1996-1999 | Neurology Physical Diagnosis Course Preceptor for examination of the nervous system (years 1-4) 12-15 medical students 20 hours/year |
| 1996-2001 | Neurology Clerkship (4th Year Students) Supervising attending, one-on-one, in outpatient Neurobehavior Clinic 1 medical student/1 month rotation |

New York-Presbyterian Hospital

| | |
|---|---|
| 1995-2000 | Neurology Consultation Service and Inpatient Ward Attending<br>Consult and Ward Attending<br>2-4 medical students; 2 residents (Consult Attending); 4-8 medical<br>students; 3 interns; 3 residents; 1 chief resident (Ward Attending)<br>1 month/year |
| 1995-2001 | Memory Disorders Program-Weekly Seminar<br>Co-Organizer and Presenter<br>10-20 residents, fellows and faculty members<br>1 hour/week |
| 1996 | Grand Rounds in Neurology<br>"Clinical Issues in Neuroendocrinology" |
| 1996 | Resident's Conference, Department of Medicine<br>"Delirium and Acute Confusional States" |
| 1997 | Women's Neurologic Health Conference<br>"Menopause and Cognition"<br>30-40 faculty members |
| 1999 | Update Your Medicine Course, Department of Medicine<br>"Diagnosis and Management of Dementia"<br>75-100 faculty members |
| 1999 | Resident's Conference, Department of Neurosurgery<br>"Diagnosis and Management of Pituitary Tumors" |

SUNY/Downstate Medical Center

| | |
|---|---|
| 2001- | Neurobehavior Rounds – monthly clinical conference<br>Co-organizer, Lecturer, Bedside rounds<br>10-15 residents and medical students |
| 2002- | Residents' Basic Science Curriculum<br>Co-planner and Co-organizer, Lecturer<br>5-10 residents |
| 2002- | Neurology 3rd year Medical Student Clerkship<br>Oral Examiner<br>5 medical students per rotation |
| 2002 | Neurology Inpatient Ward Service |

|  | Teaching Attending<br>10-15 medical students<br>1 month/year |
|---|---|
| 2003 | Case-Based Learning Conferences<br>Faculty Tutor<br>15-20 medical students |
| 2003- | Neurology Consultation Service<br>Consult Attending<br>5 residents, 2-5 medical students<br>1 month/year |
| 2003 | Neurology Inpatient Ward and Consultation Services<br>Consult and Ward Attending<br>3 residents, 2 medical students<br>July 2003 |
| 2003 | Neurology Department Introductory Neurology Lectures<br>Lecturer<br>7-10 residents<br>1 hour/week; July/August 2003 |

Advisory and Supervisory Responsibilities

Beth Israel Hospital/Harvard Medical School

| 1993-1994 | Medical Student and Resident Supervisor<br>Neurobehavior Rotation in Behavioral Neurology Unit<br>1 student and/or resident/month |
|---|---|

New York Presbyterian Hospital/Weill Medical College of Cornell University

| 1996-2001 | Psychiatry Resident Supervising Attending<br>One-on-one, in outpatient Neurobehavior Clinic<br>1 resident/month, 3-6 months/year |
|---|---|
| 1997-2001 | Geriatric Fellow Supervising Attending<br>One-on-one, in outpatient Memory Disorders Clinic<br>One fellow/month, 3-6 months/year |
| 1997-2000 | Duke Health Careers Summer Intern Mentor<br>1 undergraduate/summer |

2000           Psychiatry Resident Externship, Supervising Attending
               One-on one, in outpatient Neurobehavior Clinic
               One 4th year resident from Boston University for 1 month

SUNY/Downstate Medical Center
2001-          Neurology Resident Supervising Attending
               One-on-one, in outpatient Memory Disorders Clinic
               1 resident/month, 1-3 months per year

2001-          Geriatric Psychiatry Fellow Dementia Rounds
               Supervising Attending
               2-5 fellows, 1 hour/week, every other week

Regional, National or International Contributions

Invited Presentations

1994   Grand Rounds in Neurology
       University of Vermont Medical Center

1995   Behavioral Neurology Unit Rounds
       Beth Israel Hospital, Boston, MA

1996   Grand Rounds in Neurology
       New York Medical College, Valhalla, NY

1999   Grand Rounds in Neurology
       North Shore University Hospital, Manhasset, NY

2000   Psychiatry Grand Rounds
       Bellevue Hospital, New York, NY

2000   Invited Speaker; Public School Nurses' Training Program
       Epilepsy Foundation of New York City

       Moderator; ADAPT:  Alzheimer's Disease Accredited Physician Training
       Program
       Program in Geriatrics/Office of CME, SUNY/Upstate Medical University

2001   Grand Rounds in Neurology
       Health Science Center at Brooklyn, Brooklyn, NY

2001   Psychiatry and Behavioral Sciences Grand Rounds
       Memorial Sloan-Kettering Cancer Center, New York, NY

2001    Invited Speaker; Hormonal Therapy. Complementary and Alternative
        Therapies for Epilepsy. New York University Medical Center, New York, NY

2001    Invited Speaker; Evolving Signs and Symptoms of Alzheimer's disease.
        Faculty-Staff Assistance Program. New York University, New York, NY

2002    Department of Medicine Grand Rounds
        St. Mary's Hospital, Brooklyn, NY

2002    Grand Rounds in Neurology
        Beth Israel Medical Center, New York, NY

2002    Grand Rounds in Neurology
        SUNY/ Downstate Medical Center, Brooklyn, NY

2002    Invited Speaker:  Alzheimer's disease.
        Geriatrics Symposium.  Somerset Medical Center, Somerville, NJ

2003    Grand Rounds in Neurology
        Brookdale Hospital Center, Brooklyn, NY

2003    Department of Medicine Grand Rounds
        Brookdale Hospital Center, Brooklyn, NY

2003    Grand Rounds in Neurology
        Long Island College Hospital, Brooklyn, NY

2003    Department of Medicine Grand Rounds
        St. Vincent's Catholic Medical Center, Brooklyn, NY

2003    Department of Medicine Grand Rounds
        Woodhull Hospital Center, Brooklyn, NY

2003    Department of Neurology Grand Rounds
        Staten Island University Hospital, Staten Island, NY

2004    Department of Medicine Grand Rounds
        Interfaith Hospital, Brooklyn, NY

2004    Department of Medicine Grand Rounds
        Woodhull Hospital Center, Brooklyn, NY

2004    Department of Family Practice Grand Rounds
        SUNY/Downstate Medical Center, Brooklyn, NY

2004    Department of Family Medicine Grand Rounds
        Jamaica Hospital Medical Center, Jamaica, NY

2004    Keynote Speaker 3rd Annual Medical Symposium:  Update on the        Diagnosis
        and Management of Alzheimer's disease.  Alzheimer's Foundation of Staten
        Island, Staten Island, NY

2005    Department of Medicine Grand Rounds
        NYU Downtown Hospital, New York, NY

2006    Department of Neurology Grand Rounds
        SUNY/Stony Brook Medical Center, Stony Brook, NY

2006    Speaker and Moderator.  PET/PET CT Imaging:  Evaluation & Management of
        Alzheimer's Disease.
        College of Physicians and Surgeons of Columbia University
        New York, NY

2006    Presenter/Lecturer.  Alzheimer's Association Dementia Specialist Course.
        Pace University, Mt. Pleasant, NY

2007    Roundtable Discussant.  Hypergraphia and Hypographia:  Two 'Diseases' of the
        Written Word.  Philoctetes Center for the Multidisciplinary Study of Imagination,
        New York, NY

2008    Lecturer.  Public Forum on Healthy Brain Aging.  92nd Street YMCA. New York,
        NY

2008     Lecturer.  The Nature of Dementia in Parkinson's disease.  Ridgefield
         Crossing.  Ridgefield, CT

2008    Department of Geriatrics Clinical Rounds.
        St. Vincent's Hospital, New York, NY

2008     Lecturer.  Healthy Brian Aging.  Chappaqua Library Lecture Series.
         Chappaqua, NY

2009   Invited Speaker.  New Approaches for Brain Fitness.  37th Staying Sharp
         Seminar.  NYU Langone Medical Center.  New York, NY

2009   Invited Speaker.  Dementia Screening.  Putnam Geriatric Committee.
         Carmel. NY.

Invited Speaker.  Understanding Memory and Memory Loss.  Alzheimer's Association Annual
Putnam Spring Seminar.  Putnam Hospital Center.  Putnam, NY.

2009   "Expert Speaker".  Momentum In Science.  "The Alzheimer's Project".
       The Osborn Retirement Community.  Rye, NY

2010   Invited Speaker.  Issues in the Diagnosis and Management of Dementia
       and Alzheimer's Disease.  Northern Westchester Geriatric Committee.  Ossining,
       NY

2010   Grand Rounds in OB/GYN.  Heads and Tales:  An Introduction to Clinical
       Neuroendocrinology.  Putnam Hospital Center.  Carmel, NY

2010   Keynote Speaker.  Alzheimer's Disease: Addressing Behaviors.      Alzheimer's
Association Annual Putnam Spring Seminar.  Mahopac, NY

2010   Invited Speaker. Healthy Brain Aging.  Spring Fund Raising Fashion        Show
for Northern Westchester Hospital Center.  Mount Kisco, NY

2011   Keynote Speaker. Alzheimer's Disease: Coping Skills for the Caregiver.
Alzheimer's Association Annual Putnam Spring Seminar. Carmel, NY

2011   Invited Speaker.  What My Children Should Know.  2nd Annual Senior
Health Fair. Northern Westchester Hospital.  Mount Kisco, NY

2012   Invited Speaker.  The Latest Strides in the Fight Against Alzheimer's
       Disease.  Alzheimer's Association Annual Putnam Spring Seminar.
       Carmel, NY

2012   Invited Speaker. Finasteride, the Post-Finasteride Syndrome and Its Relationship
       to a Case of a Transgender Woman. Anderson Cooper Live.

2013   Keynote Speaker.   Latest Studies & Advances in Alzheimer's Disease.  Hudson
       Valley Alzheimer's Association Annual Spring Seminar.  Carmel, NY.

2014   Keynote Speaker.  Alzheimer's Disease:  What's going on?  Hudson Valley
       Alzheimer's Association Annual Spring Seminar.  Brewster NY.

2016   Invited Speaker. International Society of Hair Restoration Surgery.
Panelist. Post-Finasteride Syndrome.

Web-Based Activities

2009 – Present  Monthly Videoblogger.  The Medscape Neurology Minute.
www.Medscape.com/Neurology.