BEFORE: JOAN M. AZRACK           DATE: 10/30/2019
UNITED STATES DISTRICT JUDGE     TIME: 10:30 AM (1.5 hrs)

## CRIMINAL CAUSE FOR MOTION HEARING

**DOCKET NO. 17-CR-587 (JMA)**

**FILED**
**CLERK**
10/30/2019 3:52 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Christopher McPartland**     **DEF. #: 1**
☐ Present ☒ Not present ☐ Custody ☒ Bail
**DEFENSE COUNSEL: Larry Kranz, Bradley Gershel, Lisa Cahill**
☐ Federal Defender ☒ CJA ☐ Retained

**DEFENDANT: Thomas Spota**     **DEF. #: 2**
☐ Present ☒ Not present ☐ Custody ☒ Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju, Sarah LeMaster**
☐ Federal Defender ☐ CJA ☒ Retained

**AUSA: Nicole Boeckman, Lara Gatz, Justina Geraci, Michael Maffei**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Paul Lombardi     COURTROOM DEPUTY: LMP

☒ Case Called. ☒ Counsel present for all sides.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐ Waiver of speedy trial executed; time excluded from through .
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
    ☐ Detention hearing scheduled for .
☐ Bail hearing held. Disposition:
☐ A further conference is scheduled for

Defendant ☐ Released on Bond ☐ Remains in Custody.

OTHER: Jury panel sworn and questionnaires distributed. Oral argument held on motions. [126] granted as set forth on the record. Transcript sealed. Hearing/argument continued to 11/5/2019 at 10:00 AM.