

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NB:LTG/JLG/MRM  *610 Federal Plaza*
F. #2018R00279  *Central Islip, New York 11722*

October 30, 2019

<u>By Federal Express and ECF</u>

Larry H. Krantz, Esq.
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, NY 10017

Alan M. Vinegrad, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue, 41st Floor
New York, NY 10018-1405

Re: United States v. Christopher McPartland and Thomas J. Spota
Criminal Docket No. 17-587 (JMA)

Dear Counsel:

Enclosed please find a video recording of a May 2015 award ceremony as well as some additional discovery.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/
Nicole Boeckmann
Lara Treinis Gatz
Justina L. Geraci
Michael R. Maffei
Assistant U.S. Attorneys
(631) 715-7855/-7913/-7835/-7890

Enclosures.

cc: Clerk of the Court (JMA) (by ECF) (*redacted*) (without enclosures)