| | |
|---|---|
| BEFORE: JOAN M. AZRACK | DATE: 10/30/2019 |
| UNITED STATES DISTRICT JUDGE | TIME: 1:30 PM (15 min) |

## **CRIMINAL CAUSE FOR JURY SELECTION**

**DOCKET NO. 17-CR-587 (JMA)**

**FILED
CLERK**

10/30/2019 3:53 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Christopher McPartland**     **DEF. #: 1**
☐ Present    ☒ Not present    ☐ Custody    ☒ Bail
**DEFENSE COUNSEL: Larry Kranz, Bradley Gershel, Lisa Cahill**
☐ Federal Defender    ☒ CJA    ☐ Retained

**DEFENDANT: Thomas Spota**     **DEF. #: 2**
☐ Present    ☒ Not present    ☐ Custody    ☒ Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju, Sarah LeMaster**
☐ Federal Defender    ☐ CJA    ☒ Retained

**AUSA: Nicole Boeckman, Lara Gatz, Justina Geraci, Michael Maffei**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Paul Lombardi     COURTROOM DEPUTY: LMP

☒ Case Called.     ☒ Counsel present for all sides.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐ Waiver of speedy trial executed; time excluded from through .
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
    ☐ Detention hearing scheduled for .
☐ Bail hearing held. Disposition:
☐ A further conference is scheduled for

Defendant    ☐ Released on Bond    ☐ Remains in Custody.

OTHER: Jury panel sworn and questionnaires distributed.