AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **NEW YORK**

**FILED CLERK**
11/5/2019 3:59 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

USA
v.
McPartland et al

## EXHIBIT AND WITNESS LIST

Case Number: 17-cr-587 (JMA)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joan M. Azrack | Lara Gatz | Larry Krantz |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/5/2019 | Fred Guerino | Lauren Posillico |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 11/5/2019 |  |  | Dr. Alan Jacobs |
|  | J1 |  | x | x | CV |
|  | J2 |  | x | x | 2013 and 2015 Medical records |
|  | J3 |  | x | x | Chapter on Wernicke Encephalopathy from "Neuroradiology, Spectrum and Evolution of Disease" |
|  | J4 |  | x | x | Article on Wernicke Encephalopathy from StatPearls Publishing |
|  | J5 |  | x | x | Chapter on Alcohol and the Brain from Special Report to the US Congress on Alcohol and Health |
| 1 |  |  | x | x | Article on neurological signs of sleep deprivation |
| 2 |  |  | x | x | Huffington Post Stanford sleep |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1 Pages