

# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman
—————
Hugh D. Sandler
*Counsel*
—————
Nicolas J. Rovner

*Of Counsel*
Lisa A. Cahill
Wendy Gerstmann Powell
—————

*Writer's E-mail*

lkrantz@krantzberman.com

TO BE FILED UNDER SEAL

November 10, 2019

By ECF and E-mail

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

      Re:    United States v. Christopher McPartland, et al., 17-cr-0587 (JMA)

Dear Judge Azrack:

In response to the Court's Order dated November 9, 2019, we advise the Court that we may refer to the following personal information in our opening statement as to Christopher McPartland: (1) his age; (2) marital status and children; (3) that during the late summer 2013 to early winter 2014 (overlapping with the dates of the Loeb suppression hearings), his wife had surgery for breast cancer and his father was hospitalized with lung cancer, both of which kept him out of the office for extended periods of time; and (4) his financial condition in or about February 2016 (as permitted by the Court's Order). All of the above statements will be supported by admissible evidence.

Respectfully submitted,

Larry Krantz

747 Third Avenue   32nd Floor   New York, New York 10017-2803   Telephone 212.661.0009   Fax 212.355.5009
140 Grand Street   Suite 705   White Plains, New York 10601-4831   Telephone 914.949.3909
www.krantzberman.com