GOVERNMENT EXHIBIT
830
17 CR 587 (JMA)

94 699

POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK

INTERNAL CORRESPONDENCE

TO: C.O. INTERNAL AFFAIRS BUREAU

FROM: REPORTING OFFICER

DATE: 9/28/94

COPY TO:

*Needs cards Done 9/29/94 dd*

SUBJECT: INTERNAL AFFAIRS BUREAU ALERT REPORT     ALERT# 94-699

DATE: 9/28/94   TIME: 2315   VIA: PHONE__ LETTER__ PERSON__

TAKEN BY: Lt Desposito   SOURCE (IF OTHER THAN COMPLAINANT): _____

COMPLAINANT: NAME SCPD   D.O.B. ___   PHONE: ___

ADDRESS _____

NATURE OF COMPLAINT: IAB was alerted to the theft of two weapons from the home of Lt Robert Bellatieri & Sgt Jim Burke, 7 Linden St Ronkonkoma. Weapons were taken during a 10-3. No other info is available at this time. Weapons belong to, one each, Burke and Bellatieri. Related CC 94-493422 & 94-493617

9/29/94 - FOR - INFORMATIONAL PURPOSES - [signature]

(LIST ACTION TAKEN ON REVERSE)

BURKE-000875





Legibility Poor for Microfilming

BURKE-000876