BEFORE:  JOAN M. AZRACK                                    DATE: 11/21/2019
UNITED STATES DISTRICT JUDGE                               TIME: 9:30 AM (6.5 hrs)

<u>**CRIMINAL CAUSE FOR JURY TRIAL**</u>

**DOCKET NO. 17-CR-587 (JMA)**

**FILED**
**CLERK**

11/21/2019 4:58 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Christopher McPartland**               **DEF. #: 1**
☒ Present    ☐ Not present ☐ Custody    ☒Bail
**DEFENSE COUNSEL: Larry Kranz, Lisa Cahill, Bradley Gershel**
☐ Federal Defender          ☒ CJA          ☐ Retained
**DEFENDANT: Thomas Spota**                          **DEF. #: 2**
☒ Present    ☐ Not present ☐ Custody    ☒Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju, Sarah LeMaster**
☐ Federal Defender          ☐ CJA          ☒ Retained

**AUSA: Nicole Boeckman, Lara Gatz, Justina Geraci, Michael Maffei**

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: <u>Marie Ann Steiger, Paul Lombardi, Owen Wicker</u>   COURTROOM DEPUTY: <u>LMP</u>

☒     Case called          ☒     Counsel for all sides present

☐     Jury selection continues.          ☐     Voir dire held.

☐     Jury selected and is satisfactory to all sides.

☐     Jurors sworn and trial begins.  Preliminary instructions given.

☐     Government opens.    ☐ Defense opens.

☐     Jury trial begins.    ☒ Jury trial resumes.

☒     Witnesses sworn.          ☒   Exhibits entered into evidence.

☒     Trial continued to <u>11/25/2019 at 9:30 AM.</u>

☐     Government rests.          ☐ Defense rests.

☐      Government summation.      ☐ Defense summation. ☐ Government rebuttal.

☐     Jury charged, alternates excused and deliberations begin.

☐     **Guilty verdict** on count(s) <u>    </u>.

☐     **Not Guilty verdict** on count(s) <u>     </u>.

☐     Jurors polled and excused with the thanks of the Court.

Defendants  ☐ Remains in Custody;  ☒   Continued on Bond.

OTHER: <u>  </u>.