

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NB:LTG:JLG:MRM

*610 Federal Plaza*
*Central Islip, New York 11722*

November 25, 2019

By ECF with Courtesy Copy by email
Judge Joan M. Azrack
U.S. District Court
Eastern District of New York
Federal Plaza, Courtroom 920
Central Islip, New York 11722

      Re:    United States v. Christopher McPartland and Thomas J. Spota
               Criminal Docket No. 17-CR-587 (JMA)

Dear Judge Azrack:

      As requested by the Court, the Government submits this letter to provide the citations and sources of the contents of the Government's Request to Charge, submitted November 22, 2019.

| CHARGE | CITATION |
|---|---|
| Role of the Court | Instruction 2-2: Role of the Court, 1 Modern Federal Jury Instructions-Criminal ¶ 2.01 (2019) |
| Duties of the Jury | Instruction 2-3: Role of the Jury, 1 Modern Federal Jury Instructions-Criminal ¶ 2.01 (2019) |
| Parties Equal Before the Court | Instruction 2-5: The Government as a Party, 1 Modern Federal Jury Instructions-Criminal ¶ 2.01 (2019) |
| Presumption of Innocence and Burden of Proof | Instruction 4-1: Presumption of Innocence and Burden of Proof, 1 Modern Federal Jury Instructions-Criminal ¶ 4.01 (2019) |
| Proof Beyond a Reasonable Doubt | Instruction 4-2: Reasonable Doubt, 1 Modern Federal Jury Instructions-Criminal ¶ 4.01 (2019) |
| What is Evidence? | Instruction 5-4: Testimony, Exhibits, and Stipulations, 1 Modern Federal Jury Instructions-Criminal ¶ 5.01 (2019) |

| | |
|---|---|
| What is Not Evidence? | Adapted From: Instructions 5-1: Marshalling Evidence; 5-3: Questions; 1 Modern Federal Jury Instructions-Criminal ¶ 5.01 (2019), and Instruction 5-4: Testimony, Exhibits, and Stipulations, 1 Modern Federal Jury Instructions-Criminal ¶ 5.02 (2019) |
| Direct and Circumstantial Evidence | Adapted From: Instruction 5-2: Direct and Circumstantial Evidence, 1 Modern Federal Jury Instructions-Criminal ¶ 5.01 (2019), and Instruction 6-1: Inference Defined, 1 Modern Federal Jury Instructions-Criminal ¶ 6.01 (2019) |
| Number of Witnesses and Uncontradicted Testimony | Instruction 4-3: Number of Witnesses and Uncontradicted Testimony, 1 Modern Federal Jury Instructions-Criminal ¶ 4.01 (2019) |
| Rulings by the Court | Adapted From: Instructions 2-8: Conduct of Counsel; 2-2: Role of the Court; 2-3: Role of the Jury, 1 Modern Federal Jury Instructions-Criminal ¶ 2.01 (2019) |
| Witness Credibility- General Instruction | Instruction 7-1: Witness Credibility, 1 Modern Federal Jury Instructions-Criminal ¶ 7.01 (2019) |
| Preparation of Witnesses | Adapted From: S2 Modern Federal Jury Instructions-Criminal ¶ 3.02 (2019). |
| Interest In Outcome | Instruction 7-3: Interest of Outcome, 1 Modern Federal Jury Instructions-Criminal ¶ 7.01 (2019) |
| Expert Testimony | Instruction 7-21: Expert Witnesses Generally, 1 Modern Federal Jury Instructions-Criminal ¶ 7.01 (2019) |
| Law Enforcement Witnesses | Instruction 7-16: Law Enforcement Witnesses, 1 Modern Federal Jury Instructions-Criminal ¶ 7.01 (2019) |
| Particular Investigative Techniques Not Required | Adapted From: S2 Modern Federal Jury Instructions-Criminal ¶ 3.19 (2019). |
| Accomplices Called by the Government | Instruction 7-5: Accomplices Called by the Government, 1 Modern Federal Jury Instructions-Criminal ¶ 7.01 (2019). |
| Accomplices Called by the Defense | Instructions 7-6: Accomplices Called by the Defense, 1 Modern Federal Jury Instructions-Criminal ¶ 7.01 (2019). |
| Un-Indicted Co-Conspirators as Government Witness | Instruction 7-7: Un-Indicted Co-Conspirators as Government Witness, 1 Modern Federal Jury Instructions-Criminal ¶ 7.01 (2019). |
| Witnesses Testifying Pursuant to a Cooperation Agreement | Instruction 7-5: Accomplices Called by the Government, 1 Modern Federal Jury Instructions-Criminal ¶ 7.01 (2019). |
| Government Witness-Not Proper to Consider Guilty Plea | Instruction 7-10: Government Witness- Not Proper to Consider Guilty Plea, 1 Modern Federal Jury Instructions-Criminal ¶ 7.01 (2019). |
| Statutory Immunity of a Government Witness | Instruction 7-8: Statutory Immunity of a Government Witness, 1 Modern Federal Jury Instructions-Criminal ¶ 7.01 (2019). |
| Assertion of a Testimonial Privilege by Witness | Instruction 7-13.1: Assertion of a Testimonial Privilege by Witness, 1 Modern Federal Jury Instructions-Criminal ¶ 7.01 (2019). |

| | |
|---|---|
| Defendant's Right Not to Testify | Instruction 5-21: Improper Consideration of Defendant's Right Not To Testify; 1 Modern Federal Jury Instructions-Criminal ¶ 5.07 (2019). |
| Defendant's Interest if Defendant Testifies | Instruction 7-4: Defendant's Interest if Defendant Testifies, 1 Modern Federal Jury Instructions-Criminal ¶ 7.01 (2019). |
| Date Approximate | Adapted From: S1 Modern Federal Jury Instructions-Criminal 3.08 (2019). |
| Other Persons Not on Trial | Adapted From: 1 Modern Federal Jury Instructions-Criminal ¶ 3.01 (2019); *United States v. McFarlane*, 491 F.3d 53 (2d Cir. 2007); Instruction 6-7: Uncalled Witness Equally Available, 1 Modern Federal Jury Instructions-Criminal ¶ 6.04 (2019). |
| All Available Evidence Need Not Be Produced | Adapted From: 3 Kevin F. O'Malley, et al., Federal Jury Practice and Instructions § 105.11 (5th ed. 2009). |
| Stipulations | Instruction 5-6: Stipulation of Facts, 1 Modern Federal Jury Instructions-Criminal ¶ 5.02 (2019). |
| Charts and Summaries | Instruction 5-12: Charts and Summaries, 1 Modern Federal Jury Instructions-Criminal ¶ 5.05 (2019). |
| Motive | Adapted From: Motive Explained, S1 Modern Federal Jury Instructions-Criminal 5.04 (2019); Instruction 46-59: Intent to Influence Court Testimony, and Instruction 46-60: Intent to Hinder Communication to Law Enforcement, 2 Modern Federal Jury Instructions Criminal 46.09 (2019); Instruction 6-18: Using Motive For Intent, 1 Modern Federal Jury Instructions-Criminal ¶ 6.06 (2019). |
| Guilty Knowledge From Clandestine Behavior | Instruction 6-19: Guilty Knowledge From Clandestine Behavior, 1 Modern Federal Jury Instructions-Criminal ¶ 6.06 (2019). |
| Acting Knowingly and Intentionally | Adapted From: Instruction 3A-1: Knowingly; 3A-4: Intentionally, 1 Modern Federal Jury Instructions-Criminal ¶ 3A.01 (2019). |
| Aiding and Abetting | Adapted From: Title 18 United States Code §2 (a)(b); Instruction 11-2: Aiding and Abetting, 1 Modern Federal Jury Instructions-Criminal ¶¶ 11.01 and 11.02; (2019); United States v. Sampson, 898 F.3d 287 (2d Cir. 2018) (Charge given in Sampson, 13-CR-269 (S-5)(DLI) at 51-53). |
| Count One: Conspiracy to Tamper With Witnesses and Obstruct an Official Proceeding | Adapted From: United States v. Sampson, 898 F.3d 287 (2d Cir. 2018) (Charge given in Sampson, 13-CR-269 (S-5)(DLI) at 39-43); Title 18 United States Code, §§ 1512(b)(1); 1512(b)(2)(A); 1512(b)(3); and 1512(c)(2); and Instruction 19-: Purpose of the Statute, 1 Modern Federal Jury Instructions-Criminal ¶ 19.01 (2019). |
| First Element: Existence of the Agreement | Adapted from: Instruction 19-4: Existence of Agreement, 1 Modern Federal Jury Instructions-Criminal ¶ 19.01 (2019). |

| | |
|---|---|
| Second Element: Membership in the Conspiracy | Adapted from: Instruction 19-6: Membership in Conspiracy, 1 Modern Federal Jury Instructions-Criminal ¶ 19.01 (2019). |
| Object Offense One: Witness Tampering in Violation of 18 U.S.C. §1512(b)(1) First Element: Use of Intimidation or Corrupt Persuasion | Instructions 46-57 and 46-58: Elements of the Offense and Intimidation, Threat, or Corrupt Persuasion, 2 Modern Federal Jury Instructions-Criminal ¶ 46.09 (2019). |
| Object Offense One: Witness Tampering in Violation of 18 U.S.C. §1512(b)(1) Second Element: Intent to Influence Testimony in Court | Instruction 46-59: Intent to Influence Testimony in Court, 2 Modern Federal Jury Instructions-Criminal ¶ 46.09 (2019). |
| Object Offense Two: Witness Tampering in Violation of 18 U.S.C. §1512(b)(2)(A) First Element: Use of Intimidation or Corrupt Persuasion | Instruction 46-59: Intent to Influence Testimony in Court, 2 Modern Federal Jury Instructions-Criminal ¶ 46.09 (2019). |
| Object Offense Two: Witness Tampering in Violation of 18 U.S.C. §1512(b)(2)(A) Second Element: Withhold Testimony from an Official Proceeding | Instruction 46-59: Intent to Influence Testimony in Court, 2 Modern Federal Jury Instructions-Criminal ¶ 46.09 (2019). |
| Object Offense Three: Witness Tampering in Violation of 18 U.S.C. §1512(b)(3) First Element: Intimidation or Corrupt Persuasion | Instruction 46-59: Intent to Influence Testimony in Court, 2 Modern Federal Jury Instructions-Criminal ¶ 46.09 (2019). |
| Object Offense Three: Witness Tampering in Violation of 18 U.S.C. §1512(b)(3) Second Element: Intent to Hinder Communication to Law Enforcement | Instruction 46-60: Intent to Hinder Communication to Law Enforcement, 2 Modern Federal Jury Instructions-Criminal ¶ 46.09 (2019). |
| Object Offense Four: Obstructing an Official Proceeding in Violation of 18 U.S.C. §1512(c)(2) First Element: Obstructing an Official Proceeding | Instruction 46-70: Obstruction of an Official Proceeding, 2 Modern Federal Jury Instructions-Criminal ¶ 46.11 (2019). |

| | |
|---|---|
| Object Offense Four: Obstructing and Official Proceeding in Violation of 18 U.S.C. §1512(c)(2) Second Element: Defendant Acted Corruptly | Instruction 46-71: Defendant Acted Corruptly, 2 Modern Federal Jury Instructions-Criminal ¶ 46.11 (2019). |
| Count Two: Witness Tampering and Obstruction of an Official Proceeding | Adapted From: 18 U.S.C. §1512(b)(1); 18 U.S.C. §1512(b)(2)(A); 18 U.S.C. §1512(b)(3); and 18 U.S.C. §1512(c)(2). |
| Witness Tampering in Violation of 18 U.S.C. §1512(b)(1) | See *supra* re: Witness Tampering in Violation of 18 U.S.C. §1512(b)(1) |
| Witness Tampering in Violation of 18 U.S.C. §1512(b)(2)(A) | See *supra* re: Witness Tampering in Violation of 18 U.S.C. §1512(b)(2)(A) |
| Witness Tampering in Violation of 18 U.S,C. §1512(b)(3) | See *supra* re: Witness Tampering in Violation of 18 U.S,C. §1512(b)(3) |
| Obstruction of an Official Proceeding in Violation of 18 U.S.C. §1512(c)(2) | See *supra* re: Obstruction of an Official Proceeding in Violation of 18 U.S.C. §1512(c)(2) |
| Aiding and Abetting | Adapted From: Title 18 United States Code §2 (a)(b); Instruction 11-2:Aiding and Abetting, 1 Modern Federal Jury Instructions-Criminal ¶¶ 11.01 and 11.02; (2019); United States v. Sampson, 898 F.3d 287 (2d Cir. 2018) (Charge given in Sampson, 13-CR-269 (S-5)(DLI) at 51-53). |
| Count Three: Obstruction of Justice | Adapted From: Instruction 46-3: Official Proceeding, 2 Modern Federal Jury Instructions-Criminal ¶ 46.01 (2019) and Title 18, United States Code §1503(a) |
| First Element: Official Proceeding | Instruction 46-4: Official Proceeding, 2 Modern Federal Jury Instructions-Criminal ¶ 46.01 (2019). |
| Second Element: Knowledge | Instruction 46-5: Official Proceeding, 2 Modern Federal Jury Instructions-Criminal ¶ 46.01 (2019). |
| Third Element: Acted to Obstruct or Impede | Instruction 46-6: Acted to Instruct or Impede, 2 Modern Federal Jury Instructions-Criminal ¶ 46.01 (2019). |
| Aiding and Abetting | See *supra* re: Aiding and Abetting. |
| Count Four: Accessory After the Fact to the Deprivation of Christopher Loeb's Civil Rights | Adapted From: Instruction 12-2: Elements of the Offense, 1 Modern Federal Jury Instructions-Criminal ¶ 12.01 (2019); 18 U.S.C. § 3. |

| | |
|---|---|
| First Element: Commission of the Underlying Offense: Deprivation of a Civil Right in violation of 18 U.S.C. §242; First Element of Deprivation of a Civil Right: 18 U.S.C. §242: The Color of Law | Adapted From: Instruction 12-3: Commission of Underlying Offense, 1 Modern Federal Jury Instructions-Criminal ¶ 12.01 (2019); Adapted From: Instruction 17-3: Color of Law, 1 Modern Federal Jury Instructions-Criminal ¶ 17.01 (2019); 18 U.S.C. § 242. |
| Second Element of Deprivation of a Civil right: Deprivation of a Right | Adapted From: Instruction 17-5: Deprivation of a Federal Right, 1 Modern Federal Jury Instructions-Criminal ¶ 17.01 (2019). |
| Third Element of Deprivation of a Civil Right: Defendant Acted Willfully | Adapted From: Instruction 17-6: Defendant Acted Willfully, 1 Modern Federal Jury Instructions-Criminal ¶ 17.01 (2019). |
| Second Element of Accessory After the Fact: Defendant's Knowledge | Instruction 12-4: Defendant's Knowledge, 1 Modern Federal Jury Instructions-Criminal ¶ 12.01 (2019). |
| Third Element of Accessory After the Fact: Defendant Assisted Offender | Instruction 12-5: Defendant Assisted Offender, 1 Modern Federal Jury Instructions-Criminal ¶ 12.01 (2019). |
| Venue | Instruction 3-11: Venue, 1 Modern Federal Jury Instructions-Criminal ¶ 3.01 (2019). |

| Rules Regarding Deliberations | Adapted From: S2 Modern Federal Jury Instructions-Criminal ¶ 7.01 (2019); Instruction 1-1: Instructions at Beginning of Trial; Instruction 1-2: Contact with Others; Instruction 1-3: Note Taking by the Jury; Instruction 1-5: Anonymous Jury; 1 Modern Federal Jury Instructions-Criminal ¶ 1.02 (2019); and Instruction 2-3: Role of the Jury, 1 Modern Federal Jury Instructions-Criminal ¶ 2.01(2019); and Instruction 9-1:Punishment; Instruction 9-3: Instruction-Right to See Exhibits and Testimony; Instruction 9-5: Instruction-Selection of a Foreperson; Instruction 9-6: Instruction-Sequestration During Deliberations; Instruction 9-7: Duty to Consult and Need for Unanimity, 1 Modern Federal Jury Instructions-Criminal ¶ 9.01, ¶ 9.03, ¶ 9.05, ¶ 9.06. ¶ 9.07 (2019). |
|---|---|

If the Court requires any additional information regarding the above listed citations and references, please contact the undersigned Assistant United States Attorneys.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/_____
Nicole Boeckmann
Lara Treinis Gatz
Justina L. Geraci
Michael R. Maffei
Assistant U.S. Attorneys
(631) 715-7855/7913/7835/7890

cc:    Clerk of the Court (JMA) (by ECF)
       Larry Krantz, Esq. (by email)
       Alan Vinegrad, Esq. (by email)