BEFORE: JOAN M. AZRACK  　　　　　　　　　　　　DATE: 11/25/2019  
UNITED STATES DISTRICT JUDGE  　　　　　　　TIME: 9:30 AM (6.5 hrs)

## CRIMINAL CAUSE FOR JURY TRIAL

**DOCKET NO. 17-CR-587 (JMA)**

**FILED  
CLERK**

**DEFENDANT: Christopher McPartland**　　　　**DEF. #: 1**  
☒ Present　　☐ Not present　☐ Custody　　☒ Bail  
**DEFENSE COUNSEL: Larry Kranz, Lisa Cahill, Bradley Gershel**  
☐ Federal Defender　　　☒ CJA　　　☐ Retained  
**DEFENDANT: Thomas Spota**　　　　　　　　　**DEF. #: 2**  
☒ Present　　☐ Not present　☐ Custody　　☒ Bail  
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju, Sarah LeMaster**  
☐ Federal Defender　　　☐ CJA　　　☒ Retained

11/25/2019 4:58 pm

**U.S. DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
LONG ISLAND OFFICE**

**AUSA: Nicole Boeckman, Lara Gatz, Justina Geraci, Michael Maffei**

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Mary Ann Steiger, Owen Wicker　　COURTROOM DEPUTY: LMP

☒　　Case called　　　☒　　Counsel for all sides present

☐　　Jury selection continues.　　☐　　Voir dire held.

☐　　Jury selected and is satisfactory to all sides.

☐　　Jurors sworn and trial begins. Preliminary instructions given.

☐　　Government opens.　☐ Defense opens.

☐　　Jury trial begins.　　☒　Jury trial resumes.

☒　　Witnesses sworn.　　☒　Exhibits entered into evidence.

☒　　Trial continued to 11/26/2019 at 9:30 AM.

☐　　Government rests.　　☐ Defense rests.

☐　　Government summation.　☐ Defense summation. ☐ Government rebuttal.

☐　　Jury charged, alternates excused and deliberations begin.

☐　　**Guilty verdict** on count(s) ___.

☐　　**Not Guilty verdict** on count(s) ___.

☐　　Jurors polled and excused with the thanks of the Court.

Defendants　☐ Remains in Custody;　　☒　Continued on Bond.

OTHER: _.