BEFORE: JOAN M. AZRACK  DATE: 11/26/2019
UNITED STATES DISTRICT JUDGE  TIME: 9:30 AM (6.5 hrs)

# CRIMINAL CAUSE FOR JURY TRIAL

**DOCKET NO. 17-CR-587 (JMA)**

**FILED
CLERK**

11/26/2019 4:55 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Christopher McPartland**  **DEF. #: 1**
☒ Present  ☐ Not present  ☐ Custody  ☒ Bail
**DEFENSE COUNSEL: Larry Kranz, Lisa Cahill, Bradley Gershel**
☐ Federal Defender  ☒ CJA  ☐ Retained

**DEFENDANT: Thomas Spota**  **DEF. #: 2**
☒ Present  ☐ Not present  ☐ Custody  ☒ Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju, Sarah LeMaster**
☐ Federal Defender  ☐ CJA  ☒ Retained

**AUSA: Nicole Boeckman, Lara Gatz, Justina Geraci, Michael Maffei**

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Mary Ann Steiger, Owen Wicker, Paul Lombardi   COURTROOM DEPUTY: LMP

- ☒ Case called  ☒ Counsel for all sides present
- ☐ Jury selection continues.  ☐ Voir dire held.
- ☐ Jury selected and is satisfactory to all sides.
- ☐ Jurors sworn and trial begins. Preliminary instructions given.
- ☐ Government opens.  ☐ Defense opens.
- ☐ Jury trial begins.  ☒ Jury trial resumes.
- ☒ Witnesses sworn.  ☒ Exhibits entered into evidence.
- ☒ Trial continued to 12/2/2019 at 9:30 AM.
- ☐ Government rests.  ☐ Defense rests.
- ☐ Government summation.  ☐ Defense summation.  ☐ Government rebuttal.
- ☐ Jury charged, alternates excused and deliberations begin.
- ☐ **Guilty verdict** on count(s) ___.
- ☐ **Not Guilty verdict** on count(s) ___.
- ☐ Jurors polled and excused with the thanks of the Court.

Defendants  ☐ Remains in Custody;  ☒ Continued on Bond.

OTHER: .