| UNITED STATES DISTRICT COURT | Filed Under Seal |
|---|---|
| EASTERN DISTRICT OF NEW YORK | |

----------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-                     **ORDER**

                                              17-CR-587 (JMA)

CHRISTOPHER MCPARTLAND, and
THOMAS J. SPOTA,

                           Defendants.

----------------------------------------------------------------------X

**AZRACK, United States District Judge:**

The Court previously explained why redacted versions of the 2011 anonymous letter and Spota's response are both relevant and admissible. Spota's response is also admissible because it is relevant to his intent. These two exhibits are more probative than prejudicial given the redactions to these documents. Spota's response, written on his official letterhead, has substantial probative value. Any potential prejudice has been addressed by the redactions and my instruction to the jury concerning the redactions.[1]

**SO ORDERED.**

Dated: November 18, 2019
       Central Islip, New York

                                                   /s/  (JMA)
                                                   JOAN M. AZRACK
                                                  UNITED STATES DISTRICT JUDGE

---

[1] A copy of the text of this order was provided to the parties on the morning of November 18, 2019, prior to witness testimony.