

Larry H. Krantz
Marjorie E. Berman

Hugh D. Sandler
*Counsel*

Nicolas J. Rovner

*Of Counsel*
Lisa A. Cahill
Wendy Gerstmann Powell

Writer's E-mail
lkrantz@krantzberman.com

December 6, 2019

<u>By ECF (sealed) and E-mail</u>

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

   Re: <u>United States v. Christopher McPartland, et al., 17-cr-0587 (JMA)</u>

Dear Judge Azrack:

  In reviewing the 3500 material for Barbara Craft, it appears that there may be a number of hearsay issues. I will try to work these out with the government over the weekend (if they are amenable), but otherwise would like to address them with the Court before she testifies.

  Thank you for your courtesies.

              Respectfully submitted,

              Larry Krantz

747 Third Avenue 32nd Floor New York, New York 10017-2803 Telephone 212.661.0009 Fax 212.355.5009
140 Grand Street Suite 705 White Plains, New York 10601-4831 Telephone 914.949.3909
www.krantzberman.com