

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NB:LTG:JLG:MRM
F. #2018R00279

*610 Federal Plaza*
*Central Islip, New York 11722*

December 9, 2019

By Hand and ECF

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   United States v. Christopher McPartland and Thomas J. Spota
             Criminal Docket No.: 17-587

Dear Judge Azrack:

      The government writes, in consultation with counsel for both defendants, to respectfully request that the Court direct the Court Reporters correct the errors listed below in the trial transcript in the above-referenced case. Additional requests of this kind will be submitted on a rolling basis moving forward, as the transcripts continue to be reviewed.

| **Date** | **Page** | **Line** | **Reads Now** | **Should Be** |
|---|---|---|---|---|
| 11/14/19 | 71 | 2 | shave | shade |
| 11/14/19 | 79 | 21 | commission | Commissioner's |
| 11/14/19 | 80 | 13 | commission | Commissioner's |
| 11/14/19 | 103 | 13 | Third | First |
| 11/18/19 | 332 | 9 | Ed | Pat |
| 11/18/19 | 337 | 13 | We went on | We were not |
| 11/18/19 | 339 | 1 | '72 | '02 |

| Date | Page | Line | Original | Correction |
|---|---|---|---|---|
| 11/18/19 | 339 | 24 | Ricciardi | Richardi |
| 11/18/19 | 356 | 13 | this other | the Suffolk |
| 11/18/19 | 356 | 21 | November | December |
| 11/18/19 | 357 | 11 | Burke | Buckley |
| 11/19/19 | 409 | 4 | With | We |
| 11/19/19 | 459 | 12 | Willy | Billy |
| 11/19/19 | 487 | 9 | It's – comes in | It covers |
| 11/19/19 | 489 | 6 | criminals | crimes |
| 11/19/19 | 497 | 8 | had | happened |
| 11/19/19 | 498 | 3-4 | controlling the 302s were he ending up? | specifically the 302s had ended up? |
| 11/19/19 | 499 | 7 | We had investigation | We had the investigation |
| 11/19/19 | 501 | 17 | process the | business of the |
| 11/19/19 | 505 | 8 | Legensburg | Regensburg |
| 11/19/19 | 506 | 20 | we needed the | any of the |
| 11/19/19 | 507 | 11 | closing on | closing memo on |
| 11/19/19 | 511 | 12 | new | who |
| 11/19/19 | 515 | 18 | same and | same time and |
| 11/19/19 | 515 | 23 | or served | or who you served |
| 11/19/19 | 516 | 8 | understanding, not | understanding, they were not |
| 11/19/19 | 521 | 19-20 | Terry Merkel | Taryn Merkl |
| 11/19/19 | 522 | 5 | prosecutor | prosecutors |

| | | | | |
|---|---|---|---|---|
| 11/19/19 | 522 | 11 | Attorney conducting? | Attorney's Office conducting? |
| 11/19/19 | 523 | 21 | steps, memorializes | steps.  It memorializes |
| 11/19/19 | 526 | 12 | want us to tell them<br><br>know of their | want them to tell us<br><br>know from their |
| 11/19/19 | 526 | 15 | on conform | or conform |
| 11/19/19 | 534 – 536 | 22 – 17 | *Stricken at sidebar on 11/20/19* | |
| 11/19/19 | 549 | 21 | disseminated even to a state | disseminated beyond even to the state |
| 11/19/19 | 553 | 18 | civil | criminal |
| 11/19/19 | 574 | 25 | like -- | like a smack |
| 11/19/19 | 576 | 19 | criminally the | criminally process the |
| 11/19/19 | 587 | 4 | known | phone |
| 11/19/19 | 606 | 6 | reference that | in reference to that |
| 11/19/19 | 618 | 3 | the retirement | the Sheriff's retirement |
| 11/19/19 | 623 | 19 | much. | much my whole time in Intelligence. |
| 11/19/19 | 630 | 19<br><br>20 | years, the<br><br>start | years, from the<br><br>started |
| 11/19/19 | 632 | 15 | him | them |
| 11/19/19 | 633 | 6 | and | the |
| 11/19/19 | 647 | 3<br><br>10 | there, like<br><br>yourself | there, there's like<br><br>on yourself |

|  |  | 22 | interview, unsuccessful | interview, that we were unsuccessful |
| --- | --- | --- | --- | --- |
| 11/19/19 | 650 | 14 | we | I |
| 11/19/19 | 651 | 22 | I saw Chief | I called Chief |
| 11/19/19 | 652 | 1 | him to be completely | him about something completely |
| 11/19/19 | 652 | 17 | Lent | Leto |
| 11/19/19 | 654 | 3 | Burke, Lieutenant | Burke, and Lieutenant |
| 11/19/19 | 660 | 7-8 | get together | get-togethers |
| 11/19/19 | 661 | 21 | would he | did you |
| 11/19/19 | 663 | 1 | there was | that it was |
| 11/19/19 | 664 | 10 | There was a | It was a |
| 11/19/19 | 669 | 6 | McCormack | McCormick |
| 11/19/19 | 671 | 4 | guidance and | guidance in |
| 11/19/19 | 673 | 2 | kick | kicked |
| 11/19/19 | 678 | 10-12 | *Stricken at sidebar 11/20/19* |  |
| 11/20/19 | 752 | 22 | A. | Q. |
| 11/20/19 | 756 | 19 | McCormack | McCormick |
| 11/20/19 | 757 | 24 | McCormack | McCormick |
| 11/20/19 | 758 | 1, 24 | McCormack | McCormick |
| 11/20/19 | 759 | 2, 7, 18 | McCormack | McCormick |
| 11/20/19 | 764 | 19 | McCormack | McCormick |
| 11/20/19 | 769 | 7 | of | or |

| | | | | |
|---|---|---|---|---|
| 11/20/19 | 783 | 18 | was not nodding | was nodding |
| 11/20/19 | 827 | 16 | you saw you saw | you say you saw |
| 11/20/19 | 830 | 5 | 2015 | 2013 |
| 11/20/19 | 832 | 12 | and targeted | and being targeted |
| 11/20/19 | 850 | 7 | McCormack | McCormick |
| 11/20/19 | 871 | 13 | 2012 | 202 |
| 11/20/19 | 923 | 11 | either | neither |
| 11/20/19 | 938 | 17 | Marine | Green |
| 11/20/19 | 940 | 18 | Marine | Green |
| 11/20/19 | 944 | 15 | Maldonato | Maldonado |
| 11/20/19 | 945 | 9 | Maldonato | Maldonado |
| 11/20/19 | 950 | 11 | GCD | GCB |
| 11/21/19 | 989 | 16, 19 | Sczeny | Scesny |
| 11/21/19 | 993 | 7 | attorney, Chris McPartland | attorney and Chris McPartland |
| 11/21/19 | 994 | 4 | Sczeny | Scesny |
| 11/21/19 | 1029 | 22, 23 | way | wing |
| 11/21/19 | 1030 | 2 | way | wing |
| 11/21/19 | 1085 | 2 | after time | at that time |
| 11/21/19 | 1110 | 3 | you | he |

The government and both defendants' counsel have discussed and agreed upon the above listed requested corrections. Therefore, the parties jointly request these corrections be made to the final trial transcript as soon as possible.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:       /s/
Nicole Boeckmann
Lara Treinis Gatz
Justina L. Geraci
Michael Maffei
Assistant U.S. Attorneys
(631) 715-7855/7913/7835/7890

cc: Clerk of the Court (JMA) (by ECF)
     Alan Vinegrad, Esq. (by email)
     Larry Krantz, Esq. (by email)