BEFORE: JOAN M. AZRACK  DATE: 12/10/2019
UNITED STATES DISTRICT JUDGE  TIME: 9:30 AM (8.5 hrs)

## CRIMINAL CAUSE FOR JURY TRIAL

**DOCKET NO. 17-CR-587 (JMA)**

**DEFENDANT: Christopher McPartland**  **DEF. #: 1**
☒ Present  ☐ Not present  ☐ Custody  ☒ Bail
**DEFENSE COUNSEL: Larry Kranz, Lisa Cahill, Bradley Gershel**
☐ Federal Defender  ☒ CJA  ☐ Retained
**DEFENDANT: Thomas Spota**  **DEF. #: 2**
☒ Present  ☐ Not present  ☐ Custody  ☒ Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju, Sarah LeMaster**
☐ Federal Defender  ☐ CJA  ☒ Retained

**AUSA: Nicole Boeckman, Lara Gatz, Justina Geraci, Michael Maffei**

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Mary Ann Steiger, Paul Lombardi, Owen Wicker    COURTROOM DEPUTY: LMP

☒  Case called  ☒  Counsel for all sides present
☐  Jury selection continues.  ☐  Voir dire held.
☐  Jury selected and is satisfactory to all sides.
☐  Jurors sworn and trial begins. Preliminary instructions given.
☐  Government opens.  ☐ Defense opens.
☐  Jury trial begins.  ☒ Jury trial resumes.
☒  Witnesses sworn.  ☒  Exhibits entered into evidence.
☒  Trial continued to 12/11/2019 at 9:30 AM.
☒  Government rests.  ☒ Defense rests.
☐  Government summation.  ☐ Defense summation.  ☐ Government rebuttal.
☐  Jury charged, alternates excused and deliberations begin.
☐  **Guilty verdict** on count(s) ___.
☐  **Not Guilty verdict** on count(s) ___.
☐  Jurors polled and excused with the thanks of the Court.

Defendants ☐ Remains in Custody;  ☒ Continued on Bond.

OTHER: Defendants move for a judgment of acquittal. Application denied. Defendants renew motion to dismiss Count 3. Decision reserved. Juror number 4 is dismissed and A1 takes her place. Charge conference held.