

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NB:LTG:JLG:MRM
F. #2018R00279

*610 Federal Plaza*
*Central Islip, New York 11722*

December 16, 2019

**By Hand and ECF**

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   United States v. Christopher McPartland and Thomas J. Spota
            Criminal Docket No.: 17-587

Dear Judge Azrack:

      The government writes again, in consultation with counsel for both defendants, to respectfully request that the Court direct the Court Reporters correct the errors listed below in the trial transcript in the above-referenced case.

| **Date** | **Page** | **Line** | **Reads Now** | **Should Be** |
|---|---|---|---|---|
| 11/25/19 | 1278 | 19 | him | in |
| 11/25/19 | 1280 | 5 | reopen | reopened |
| 11/25/19 | 1283 | 7-8 | all of them, Spota and everybody. | all of them.<br><br>*(Remainder was stricken on 11/26/19)* |
| 11/25/19 | 1340 | 17-18 | New Jersey, New Jersey | Newark, New Jersey |
| 11/25/19 | 1350 | 10 | present | presented |
| 11/25/19 | 1370 | 14 | No | Not |

| | | | | |
|---|---|---|---|---|
| 11/25/19 | 1375 | 18 | strip | drip |
| 11/25/19 | 1379 | 19 | interviewing | interview |
| 11/25/19 | 1380 | 1 | strip | drip |
| 11/25/19 | 1387 | 21 | 21-year | 21-year old |
| 11/25/19 | 1388 | 16 | feel | feels |
| 11/25/19 | 1392 | 11 | D/O | R/O |
| | | 12 | by polar disorder | bipolar disorder |
| 11/25/19 | 1395 | 15 | store | score |
| | | 18 | is | has |
| 11/25/19 | 1396 | 18 | and calm | and was calm |
| 11/25/19 | 1397 | 3 | Court | say |
| | | 21-22 | repeat what | repeat of what |
| 11/25/19 | 1403 | 22 | with put | we put |
| 11/25/19 | 1415 | 10 | there | through |
| 11/25/19 | 1423 | 2 | rule | ruled |
| 11/25/19 | 1442 | 18 | auditor | auditory |
| 11/25/19 | 1448 | 20 | by | but |
| 11/25/19 | 1458 | 17 | accuse | acute |
| 11/25/19 | 1478 | 11 | came | became |
| 11/25/19 | 1494 | 11 | that is Mr. | that Mr. |
| 11/25/19 | 1490 | 24 | it's BS investigation | it's a B.S. investigation |
| 11/26/19 | 1555 | 11 | the department | Chris McPartland |

| | | | | |
|---|---|---|---|---|
| 11/26/19 | 1570 | 2 | assaulted | assaultive |
| 11/26/19 | 1586 | 23 | Petty | Peddie |
| 11/26/19 | 1587 | 4 | Joy | Joye |
| 11/26/19 | 1594 | 2 | Did any either | Did either |
| 11/26/19 | 1596 | 3 | discussing possibility | discussing the possibility |
| 11/26/19 | 1640 | 2 | could would do | I would do |
| 11/26/19 | 1650 | 17 | lie the a that | lie at that |
| 11/26/19 | 1653 | 18 | ID | IA |
| 11/26/19 | 1655 | 13 | does | is |
| | | 14 | assign | assigned |
| 11/26/19 | 1674 | 11 | Lake in | Lake Inn in |
| | | 16 | Lake; | Lake Inn; |
| 11/26/19 | 1721 | 23 | melt | met |
| 11/26/19 | 1730 | 25 | McPartland | McCormick |
| 11/26/19 | 1739 | 1 | Windsor | Linzer |
| 12/2/19 | 1847 | 12 | Loeb | McPartland |
| 12/2/19 | 1848 | 20 | civil | civilian |
| 12/2/19 | 1867 | 16 | He | I |
| 12/2/19 | 1884 | 23, 24 | [!EZ SPEAKER 01] | MS. GATZ |
| 12/2/19 | 1886 | 16 | IAD | IAB |
| 12/2/19 | 1888 | 9 | [!EZ SPEAKER 02] | MR. VINEGRAD |
| | | 13 | [!EZ SPEAKER 01] | MS. GATZ |

3

| 12/2/19 | 1891 | 21 | [!EZ SPEAKER 03] | MR. KRANTZ |
|---|---|---|---|---|
| | | 22 | [!EZ SPEAKER 02] | MR. VINEGRAD |
| | | 24 | [!EZ SPEAKER 01] | MS. GATZ |
| 12/2/19 | 1892 | 1 | [!EZ SPEAKER 01] | MS. GATZ |
| 12/2/19 | 1894 | 18, 22 | [!EZ SPEAKER 01] | MS. GATZ |
| 12/2/19 | 1895 | 18, 24 | [!EZ SPEAKER 01] | MS. GATZ |
| 12/2/19 | 1898 | 14 | [!EZ SPEAKER 01] | MS. GATZ |
| | | 17 | [!EZ SPEAKER 03] | MR. KRANTZ |
| 12/2/19 | 1956 | 17 | guy in the neighbor | guy from the neighborhood |
| 12/2/19 | 1956 | 20 | testifying n before | testifying before |
| 12/3/19 | 2001 | 5 | Crawley | Crowley |
| 12/3/19 | 2050 | 9 | someone coming | someone is coming |
| 12/3/19 | 2055 | 14 | calendars | calendar |
| 12/3/19 | 2059 | 15 | Jontri | Johntry |
| 12/3/19 | 2066 | 25 | detective | detectives |
| 12/3/19 | 2161 | 7, 23 | Loeb | McPartland |
| 12/4/19 | 2277 | 3-6 | And I was taken aback. This – the allegations in this case, in the Internal Affairs case, was that Jimmy Burke was performing oral sex on crack-addicted prostitutes. | And I was taken aback. *(Remainder was stricken)* |
| 12/4/19 | 2290 | 21 | that you're protected | that is a protected |

4

| | | | | |
|---|---|---|---|---|
| 12/4/19 | 2368 | 5-8 | He told me he was over the DA's office. They are going to get to the bottom of it. They will pull people over off the road if they have to, but they are going to get to the bottom of it. | He told me he was over the DA's office.<br><br>*(Remainder was stricken, see 2376)* |
| 12/4/19 | 2428 | 15 | Carrie Ann | Kerriann |
| 12/4/19 | 2434 | 1 | special | special assistant |
| 12/5/19 | 2513 | 9 | immediate | media |
| 12/5/19 | 2516 | 24 | immediate | media |
| 12/5/19 | 2525 | 24 | them | him |
| 12/5/19 | 2529 | 12 | into | until |
| | | 18 | approach | approached |
| 12/5/19 | 2563 | 23 | by the necessity | by necessity |
| 12/5/19 | 2594 | 4 | continued continuing | continued |
| 12/5/19 | 2693 | 14 | mine | mind |
| 12/5/19 | 2746 | 23 | We | I |
| 12/5/19 | 2758 | 6 | prosecution | prosecute |
| 12/9/19 | 2804 | 13 | seating | sitting |
| 12/9/19 | 2822 | 11 | own | one |
| 12/9/19 | 2821 | 20 | for bid | forbid |
| 12/9/19 | 2834 | 17 | in proper | improper |
| 12/9/19 | 2840 | 6 | part | place |
| 12/9/19 | 2877 | 9 | correct, D'Orazio | correct, Mr. D'Orazio |

| | | | | |
|---|---|---|---|---|
| 12/9/19 | 2879 | 15 | cord | car |
| | | 21 | that the point | at that point |
| 12/9/19 | 2881 | 6 | through brother | through his brother |
| 12/9/19 | 2883 | 2 | along alone | along that line |
| 12/9/19 | 2886 | 17 | not | note |
| 12/9/19 | 2911 | 24 | hear | here |
| 12/9/19 | 2935 | 25 | we're | were |
| 12/9/19 | 2941 | 3 | Separate | September |
| | | 11 | Where | Who |
| 12/9/19 | 2950 | 4 | those when | those times when |
| 12/10/19 | 2999 | 8 | in short | in a short |
| 12/10/19 | 3015 | 10 | Coin | Coyne |
| 12/10/19 | 3031 | 14 | lawyers | officers |
| | | 15 | ended cooperating | ended up cooperating |
| 12/10/19 | 3032 | 5 | there were officers who | he was one of the officers who |
| 12/10/19 | 3043 | 14 | special | federal |
| 12/10/19 | 3048 | 25 | than | that |
| 12/10/19 | 3050 | 15 | PBS | PBA |
| | | 16, 18 | Coin | Coyne |
| 12/10/19 | 3057 | 9 | was on obstructing | was obstructing |
| 12/10/19 | 3070 | 14 | handful questions | handful of questions |
| 12/10/19 | 3076 | 20 | assistant's | assistance |

6

| 12/10/19 | 3081 | 9 | written | within |
| --- | --- | --- | --- | --- |
| 12/10/19 | 3089 | 22 | provided that | provided to that |
| 12/10/19 | 3091 | 11 | evite | invite |
| 12/10/19 | 3099 | 18 | Merkel | Merkl |
| 12/10/19 | 3100 | 4, 10 | Merkel | Merkl |
| 12/10/19 | 3107 | 2 | weal judge too | weak judge to |
| 12/10/19 | 3116 | 21 | of | or |
| 12/10/19 | 3162 | 16 | Defendant's Exhibit 500 | Defendant's Exhibit 39 |
| 12/10/19 | 3167 | 5 | Alois (ph) | Alluise |
|  |  | 10 | verbal rearrest | burglary arrest |
|  |  | 13 | local | willful |
| 12/10/19 | 3241 | 16 | Defendant's Exhibit 500 | Defendant's Exhibit 39 |

       The government and both defendants' counsel have discussed and agreed upon the above listed requested corrections. Therefore, the parties jointly request these corrections be made to the final trial transcript as soon as possible.

                                                     Respectfully submitted,

                                                     RICHARD P. DONOGHUE
                                                   United States Attorney

By:           /s/
        Nicole Boeckmann
        Lara Treinis Gatz
        Justina L. Geraci
        Michael Maffei
        Assistant U.S. Attorneys
        (631) 715-7855/7913/7835/7890

cc:    Clerk of the Court (JMA) (by ECF)
        Alan Vinegrad, Esq. (by email)
        Larry Krantz, Esq. (by email)