Please provide
Hickey's testimony
Day 2 & 3

*[signature]*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 10 2019 ★
LONG ISLAND

COURT EXHIBIT
1
12/10/19 3:13

Can we Get ~~Kris~~ SPIROS MASAKAS
MUSTAKAS
Testimony

*[signature]*

COURT EXHIBIT
2
12/16/19 4:23

I'd like to look at the video of SPOTA Press conference RE: Leak to Newsday.

*[signature]*

COURT EXHIBIT
3
12/16/19 4:34

We have a verdict

*[signature]*

COURT EXHIBIT
4
12/17/19 10:43

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x
UNITED STATES OF AMERICA

- against -

CHRISTOPHER MCPARTLAND and
THOMAS J. SPOTA,

              Defendants.
---------------------------------x

Final

FILED
IN CLERK
U.S. DISTRICT
★ DEC 13 2019
LONG ISLAND

17-CR-587 (JMA)
**VERDICT SHEET**

*All jurors must agree on the answers to all of the questions. Please indicate your verdict with a check mark (✓).*

### COUNT ONE:
### Conspiracy to Tamper with Witnesses and Obstruct an Official Proceeding

On the charge of conspiracy to tamper with witnesses and obstruct an official proceeding, we the jury find the defendant CHRISTOPHER MCPARTLAND:

    Not Guilty_____    Guilty __✓__

On the charge of conspiracy to tamper with witnesses and obstruct an official proceeding, we the jury find the defendant THOMAS J. SPOTA:

    Not Guilty_____    Guilty __✓__

### COUNT TWO:
### Witness Tampering and Obstruction of an Official Proceeding

On the charge of witness tampering and obstruction of an official proceeding, we the jury find the defendant CHRISTOPHER MCPARTLAND:

    Not Guilty_____    Guilty __✓__

On the charge of witness tampering and obstruction of an official proceeding, we the jury find the defendant THOMAS J. SPOTA:

    Not Guilty_____    Guilty __✓__

**COURT EXHIBIT**
5
12/17/19

1

## COUNT THREE:
## Obstruction of Justice

On the charge of obstruction of justice, we the jury find the defendant CHRISTOPHER MCPARTLAND:

    Not Guilty _____    Guilty __✓__

On the charge of obstruction of justice, we the jury find the defendant THOMAS J. SPOTA:

    Not Guilty _____    Guilty __✓__

## COUNT FOUR:
## Accessory After the Fact to the
## Deprivation of Christopher Loeb's Civil Rights (Assault)

On the charge of being an accessory after the fact to the deprivation of Christopher Loeb's Civil Rights, we the jury find the defendant CHRISTOPHER MCPARTLAND:

    Not Guilty _____    Guilty __✓__

On the charge of being an accessory after the fact to the deprivation of Christopher Loeb's Civil Rights, we the jury find the defendant THOMAS J. SPOTA:

    Not Guilty _____    Guilty __✓__

Dated: December 17, 2019 at 10:40 a.m./p.m.

_____
Foreperson