

Larry H. Krantz
Marjorie E. Berman

Hugh D. Sandler
*Counsel*

Nicolas J. Rovner

*Of Counsel*
Lisa A. Cahill
Wendy Gerstmann Powell

Writer's E-mail
lkrantz@krantzberman.com

April 23, 2020

By ECF

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

Re: United States v. Christopher McPartland, et al., 17-cr-0587 (JMA)

Dear Judge Azrack:

On behalf of defendants Christopher McPartland and Thomas Spota, we write to request that the deadline for filing our reply memorandum of law in connection with our post-trial motions be extended from Monday April 27, 2020, to Friday May 1, 2020. The government has no objection to this request.

Thank you for your courtesies.

Respectfully submitted,

Larry Krantz

747 Third Avenue 32nd Floor New York, New York 10017-2803 Telephone 212.661.0009 Fax 212.355.5009
140 Grand Street Suite 705 White Plains, New York 10601-4831 Telephone 914.949.3909
**www.krantzberman.com**