

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NB:LTG:JLG:MRM
F. #2018R00279

*610 Federal Plaza*
*Central Islip, New York 11722*

October 20, 2020

By ECF

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:     United States v. Christopher McPartland and Thomas J. Spota
>          Criminal Docket No. 17-587 (JMA)

Dear Judge Azrack:

            We write on behalf of the government in the above captioned matter, merely to clarify that, although the government has consented to the defense request for an adjournment related to the filing of their sentencing memoranda (given that the Court is still considering certain outstanding motions relevant to sentencing), the government prefers <u>not</u> to adjourn the defendants' sentencing dates, which are both presently set for November 18, 2020.  The government respectfully submits that such an adjournment may not be necessary, depending on the court's rulings; and moreover, the government intends to quickly respond

to the defense submissions once they are filed.  However, if an adjournment of the sentencing date is required, we ask that it be as brief as possible.

Respectfully submitted,

SETH D. DuCHARME
Acting United States Attorney

By:     /s/
Nicole Boeckmann
Lara Treinis Gatz
Justina L. Geraci
Michael R. Maffei
Assistant U.S. Attorneys
(631) 715-7855/7913/7835/7890

cc:   Larry Krantz, Esq. (via email)
      Alan Vinegrad, Esq. (via email)