

Larry H. Krantz
Marjorie E. Berman

Hugh D. Sandler
*Counsel*

Nicolas J. Rovner

*Of Counsel*
Lisa A. Cahill
Wendy Gerstmann Powell

Writer's E-mail
lkrantz@krantzberman.com

October 22, 2020

By ECF

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

      Re: <u>United States v. Christopher McPartland, et al., 17-cr-0587 (JMA)</u>

Dear Judge Azrack:

    Our sentencing memorandum on behalf of Mr. McPartland is currently due on October 26, 2020. We write to respectfully request that the submission date be adjourned pending the Court's determination of our requests for a hearing, since the resolution of these requests may significantly affect any sentencing submissions we are required to make.

    The government consents to this request.

                              Respectfully submitted,

                              Larry Krantz

cc: All counsel of record (By ECF)

747 Third Avenue   32nd Floor   New York, New York 10017-2803   Telephone 212.661.0009   Fax 212.355.5009
140 Grand Street   Suite 705   White Plains, New York 10601-4831   Telephone 914.949.3909
www.krantzberman.com