

Larry H. Krantz
Marjorie E. Berman

Hugh D. Sandler
*Counsel*

Nicolas J. Rovner

*Of Counsel*
Lisa A. Cahill
Wendy Gerstmann Powell

*Writer's E-mail*
lkrantz@krantzberman.com

February 16, 2021

By ECF

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

Re: United States v. Christopher McPartland, et al., 17-cr-0587 (JMA)

Dear Judge Azrack:

    With the government's consent, we write to request that the schedule for sentencing as to Mr. McPartland be adjusted as follows: (1) defendant's sentencing submission due March 5, 2021; (2) government's opposition due March 19, 2021; and (3) sentencing on a date convenient to the Court in late April 2021.

    We thank the Court for its consideration of this request.

                            Respectfully submitted,

                            Larry Krantz

cc: All counsel of record (By ECF)