**FILED**
**CLERK**
2/22/2021 12:55 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------

UNITED STATES OF AMERICA,

-v-                                                      2:17-cr-00587-JMA

CHRISTOPHER MCPARTLAND, et al.,

    Defendants.

-------------------------------------------------------

## NOTICE OF APPEARANCE

RONALD L. KUBY, an attorney duly admitted to practice as such in the Courts of the State of New York and the United States District Court for the Eastern District of New York, with offices at 119 West 23rd Street, Suite 900, New York, New Yok, 10011, ronaldlkuby@gmail.com, 212-529-0223, hereby appears as counsel for Gus Garcia-Roberts, third-party movant in this matter [Dkt. 208].

                                            Respectfully submitted,

Dated: New York, NY
        February 20, 2021