# LAW OFFICE OF RONALD L. KUBY

Attorneys at Law
119 West 23rd Street, Suite 900
New York, New York 10011

Telephone: (212) 529-0223
Fax: (212) 529-0644
www.kubylaw.com

Ronald L. Kuby
Rhiya Trivedi

Of Counsel
George Wachtel
Leah Busby

FILED
CLERK
2/22/2021 12:55 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Staff
Susan Bailey

Process Server
Luis R. Ayala 1952-2012

February 21, 2021

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY

**Via ECF**

Re: Request of Gus Garcia-Roberts, Third Party Movant, for Unsealing

Dear Judge Azrack:

I represent the Gus Garcia-Roberts, a journalist who requested, on January 10, 2020, that this Court unseal the sealed filings in the above-entitled matter, on the basis that these were public officials and the matter is of intense public interest. This Court directed the parties to respond no later than March 25, 2020. From there, the docket goes silent.

Mr. Garcia-Roberts' April, 2021 deadline fast approaches, and these documents are necessary for him to complete his project. I request your urgent attention to this matter.

I hope that you are well. It would be lovely (but hopefully not necessary in this case) to see you, *ex cathedra*, once again.

Sincerely,

Ronald L. Kuby

cc: lkrantz@krantzberman.com, gershelb@ballardspahr.com, lcahill@lisacahilllaw.co, avinegrad@cov.com, emonju@cov.com, slemaster@cov.com, lara.gatz@usdoj.gov, Nicole.boeckmann@usdoj.gov, johndurham2@usdoj.gov