# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman

Hugh D. Sandler
*Counsel*

Nicolas J. Rovner

*Of Counsel*
Lisa A. Cahill
Wendy Gerstmann Powell

Writer's E-mail
lkrantz@krantzberman.com

March 4, 2021

<u>By ECF</u>

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

Re:   <u>United States v. Christopher McPartland, et al., 17-cr-0587 (JMA)</u>

Dear Judge Azrack:

Your Honor had previously ordered that: "By March 4, 2021, the parties shall file letter briefs, under seal, setting forth: (1) their positions on whether the Court should unseal the sealed filings for Defendants' post-trial motion; and (2) any proposed redactions to those filings."

With the government's consent, and the consent of Mr. Spota, we write to request that the deadline for filing these letters be extended to March 11, 2021, to allow us further time to review the voluminous submissions and to confer with the government as to proposed redactions.

We thank the Court for its consideration of this request.

Respectfully submitted,

Larry Krantz

cc: All counsel of record (By ECF)