**Exhibit C**

## LETTERS OF SUPPORT

Brown, Matt ...................................................................................................1

Colbert, Doug................................................................................................3

Collado, William ..........................................................................................5

Constant, Emily.............................................................................................6

Ewald, Robert ...............................................................................................8

Feldmann, Kathryn .....................................................................................10

Feldmann, Lee .............................................................................................11

Fenster, Harriet ...........................................................................................13

Garrecht, Harrold ........................................................................................15

Rev. Garry, Peter.........................................................................................17

Healy, Marianne ..........................................................................................18

Heilig, Edward .............................................................................................20

Hurley, Joseph.............................................................................................22

Kelly, David .................................................................................................23

Kelly, Mary ..................................................................................................26

Kelly, Moira .................................................................................................28

Kelly, Patricia ..............................................................................................30

McDonnell, Andrew .....................................................................................32

McPartland, Edie .........................................................................................34

Minsch, Lesley.............................................................................................39

Minsch, Michael ..........................................................................................41

Neems, Richard............................................................................................43

Opinante, Philip ...........................................................................................45

Page, Elizabeth ............................................................................................46

Peterson, Julie and Boyd.............................................................................49

Ritzert, Stephanie ........................................................................................50

Sarisky, Christopher.....................................................................................52

Scileppi, Jeremy ..........................................................................................54

Scott, David..................................................................................................57

Stamboulidis, George...................................................................................60

Hon. Tonna, Paul J. .....................................................................................62

Trodden, Brian .............................................................................................63

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York  11722

Re:  United States v. Christopher McPartland, 17-CR-587 (JMA)

Dear Judge Azrack:

My name is Matt Brown. I am currently the CEO of Centro San Antonio, the public improvement district managing placemaking for downtown San Antonio where we focus on making a more beautiful, playful, prosperous and welcoming city for everyone.  In my career, I have been an attorney, inventor, entrepreneur, senior executive at Scholastic and LeapFrog, consultant to startups and Fortune 500s and the Economic Development Director for Santa Fe, NM.  The through line of my career has been to create a more playful and humane world.

I am writing to share my love and admiration for one of my closest friends, Chris McPartland.

Chris and I first became friends in 1983 as freshmen living on the same dorm floor at Georgetown. Being a volleyball playing, new wave geek from California, I was definitely a fish out of water.  Chris was the first person to reach out sincerely (and with a ton of energy and a wicked sense of humor) and invite me to join together on this new college experience.

He was my guide into new cultures that dominated our school, such as East Coast preppy, government, New York and Catholic to name a few. He introduced me to Reggae and Irish music, and I introduced him to punk and surf music.  Then I learned about his passion for fencing and judo. Those sports were not even on my radar. From that moment through today, I see Chris as one of the most inclusive, inquisitive and open-minded people I know.

A couple more memories from our college days. Chris' dorm room is where all of the geeks, nerds, preps, jocks...pretty much everyone gathered there most nights to talk, watch classic shows late night, and cram for tests.  Chris has always been one of those people to embrace everyone and make his home your home.

I was there the moment he met Edie, his college sweetheart, wife and life partner, at the Pub on campus where I was spinning records.  I have spent countless days with the two of them as they transformed from a couple into a loving family where we all have cooked together, watched Pixar movies with our kids, played at the local park, shared favorite recipes from afar, and been there for each other in good times and tough times.

I have a lot of friends who went to law school and know hundreds more through my career. I cannot think of anyone who loved his or her work more, who was more committed to pursuing justice and pushed himself harder to do honorable work. I remember his telling me about the new Democratic DA being elected, and how he expected to be let go as part of a typical transition.  He was humbled and excited when the DA asked him to stay and to move from pursuing organized crime to weeding out political corruption.  And, he remained excited for his entire career based on all of our conversations.

Clearly, his deep drive for justice and fairness was at the core of his excitement for and commitment to the law. I think that drive was imparted primarily from his parents, especially his dad and extended Irish family and roots. His family struggled under the British occupation of Northern Ireland for generations. He immersed me in his family, their stories and history which were always rooted in finding dignity, embracing community and fighting for justice. I admire Chris' hard work, passion for serving community through his work, and moral compass which always points towards compassion and doing what's right and ethical.

One last personal story. I was one of the groom's men in Chris' wedding as he was in mine. When I started to cry saying my vows, I turned to my best man for a tissue. To no avail. An instant later, Chris reached across to hand me his handkerchief. That was a pal indeed in a time of need, albeit, a blessed need. That's Chris. My friend who is incredibly thoughtful and attentive to friends and family, and is dedicated professionally to making his community just, fair and caring.

Respectfully,

6/10/2020

Matthew P. d. Brown
320 Rosewood Ave. San Antonio, TX 78212



May 26, 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Christopher McPartland, 17-CR-587 (JMA)

Dear Judge Azrack,

I write on behalf of Chris McPartland, one of my former Hofstra Law students, whom I taught and supervised in the year-long, Criminal Defense Clinic in 1989-90.

I began my law school teaching career at Hofstra Law School in 1983 after spending eleven years working as a criminal defense lawyer with the New York Legal Aid Society. I remained a full-time member of the Hofstra law faculty until 1993, having gained tenure in 1991, before joining the Maryland Law School faculty where I currently teach as a full-time, tenured professor. While at Hofstra, I directed the Criminal Defense Clinic where each year about 30 students vied for the opportunity to be included among the eight students whom I ultimately selected. Mr. McPartland's work ethic, intelligence, dedication and commitment to ethical representation impressed me immediately and made him an easy selection to be among the eight students chosen.

Mr. McPartland excelled as a clinic student practicing under the Student Practice Order rules. He provided the highest level of client representation while gaining the admiration and respect of his colleagues, supervising faculty and judges. He came to class prepared and ready to challenge speakers, including myself, if any of us made what he considered a sweeping generalization or an inadequate opposing argument. As someone who had only practiced criminal defense, Mr. McPartland provided a welcome balance in highlighting the important role of the conscientious prosecutor serving as a minister of justice. In brief, I valued and learned a great deal from Mr. McPartland. When he decided to join the Suffolk District Attorney's Office, I fully respected his decision and expected he would add significantly to its future successes.

You can imagine my surprise and shock when I first learned about the criminal charges brought against him. I often follow my former students' careers, and took great satisfaction in seeing Mr. McPartland's promotion and rise within the Suffolk DA's Office. I had heard from defense-minded colleagues that Chris was a tough but fair prosecutor, someone who demonstrated compassion and open-mindedness when appropriate but who certainly knew his way around the courtroom and could obtain the conviction and lengthy sentence, when warranted. Hearing about his indictment came as a great shock and surprise.

Of course, I remain hopeful that Mr. McPartland's lawyers will successfully argue he is entitled to reversal or a new trial. But I focus now on his scheduled sentencing and appropriate punishment. Mr. McPartland already has lost two of his most cherished life-long accomplishments, his otherwise excellent reputation and his ability to practice law. I do not live in Suffolk County but am told that his case received front-page and headlined coverage in the media, which no doubt presented him as the public servant who violated the public trust. To someone who has worked 30 years to earn colleagues respect within the bar for administering fair and equal justice, I cannot begin to measure the loss that follows convictions such as these that do great damage to the individual's professional reputation. Nor can I imagine the day-to-day personal pain and loss of standing in the community that Mr. McPartland sustained when he is portrayed as a criminal in the neighborhood where he and his family live and where his children attend school. Beyond reputation, Mr. McPartland's felony conviction likely requires that he lose his license to practice law and earn a living to support his two children and family. Having worked so hard during his years of devoted public service as a prosecuting attorney, Mr. McPartland must now begin a new life as a convicted felon and probably without his law license.

It is extremely sad to see such a highly regarded person as Mr. McPartland, whom I have known as someone of the highest integrity, stand before Your Honor having been convicted of serious crimes. I hope and pray that Your Honor will give full credit to the exceptional professional life he has led, and to recognize what he already has suffered as sufficient punishment. I thank you, Your Honor, for considering these remarks in rendering a just sentence to Mr. McPartland.


Respectfully,


Professor Doug Colbert

Maryland Francis King Carey School of Law
500 West Baltimore Street
Baltimore, Maryland 21215

Ex. C - 4

*Collado & Collado, P.L.L.C.*

William J. Collado, Esq.
John J. Collado, Esq.

**Paralegals**
Estelle Flores
February 16, 2021

**Attorneys at Law**
**14 Washington Avenue**
**Brentwood, New York 11717**
**631. 273.8444**
**Fax 631. 273.8499**
**info@colladolaw.com**

**Areas of Practice**
Accidents
Corporations
Criminal Law
Negligence
Real Estate

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Place
Central Islip, NY 11722

**RE: UNITED STATES V. CHRISTOPHER McPARTLAND**
**DOCKET NO.:17-CR-587(JMA)**

Dear Honorable Judge Azrack:

I have known Christopher McPartland for the past 30 years. As a practicing Criminal Attorney in Suffolk County for the past 38 years, I have had the occasion to have numerous interactions with Christopher.

As a young Assistant District Attorney in the District Court Bureau most of our interactions were in the courtroom conferencing cases. I always found Christopher to be well-prepared, engaging and easy to talk to. While we did not always agree on how a case should be resolved as far as disposing of it, I never questioned his professionalism or integrity in any of our discussions.

Over the years, Christopher moved up in the ranks in the Suffolk County District Attorney's Office where he handled far more serious felony cases. Several times I had the occasion to meet with him in his office to conference cases with the intent of obtaining the most favorable resolution I could get for my client. Christopher was always respectful and willing to listen. He was never dismissive of the argument I was making on behalf of my client, and on occasion he would further investigate my concerns which in some cases allowed us to reach a disposition. Frankly speaking his sense of fairness and compassion were traits that I often witnessed.

Your Honor, I would respectfully ask the court to take into account all the good and unselfish acts by Christopher and to consider the commendatory way he ordinarily conducts his life. Please consider leniency in this case as his family needs him to continue to be a positive force within their household.

Very truly yours,

**COLLADO & COLLADO, PLLC**

By:
**WILLIAM J. COLLADO, ESQ.**

Ex. C - 5

EMILY A. CONSTANT
4 DAVID COURT
PORT JEFFERSON, NY 11777

March 3, 2021

The Honorable Joan M. Azrack
United States District Judge
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack,

Please accept this letter on behalf of Christopher McPartland. As his long time colleague and supervisor I hope to provide Your Honor a more complete picture of his career and professional accomplishments, to assist you in determining an appropriate sentence.

I first met Chris in 1992, when he was reassigned from his position as a line Assistant District Attorney in a trial bureau, to the Public Integrity Unit, where I was then Attorney in Charge. His single assignment was to assist me in a complex and sensitive investigation into the County's controversial decision to move to a self-insured model for the provision of employee health insurance. The lengthy investigation involved multiple interviews of high ranking current and former public officials, dozens of grand jury subpoenas for voluminous documents, a complicated grand jury presentation and the issuance of a special grand jury report. Despite Chris' inexperience with the investigative grand jury process, I found him to be a quick study; creative, thorough, hardworking and eager to learn new skills. Under the glare of the media spotlight and the watchful eye of then District Attorney Catterson, he kept the entire investigative team laughing and never took himself too seriously.

After the conclusion of the health care investigation, we worked in different bureaus and physical office locations until 2003, when I was promoted to Division Chief of Investigations. During the intervening ten plus years, Chris worked in the bureau responsible for organized crime, gangs, narcotics, gambling, human trafficking and other complex criminal schemes. He developed a state-wide reputation as an expert in electronic surveillance, organized criminal enterprises and long-term investigations. Chris led numerous multi-jurisdictional, multi-agency investigations and prosecutions and was cross designated as a Special Assistant United States Attorney more than once. His reputation and skills were such that he was frequently assigned to the most thorny, high profile cases. Some of these cases made him a political target and nearly cost him his job.

From 2003-2017, I interacted with Chris on an almost daily basis. As Bureau Chief of the Government Corruption Bureau, and later as Division Chief of Investigations, after my promotion to Chief Assistant District Attorney, among other tasks, we spent countless hours together reviewing and analyzing cases, dissecting facts and legal issues, dealing with prosecutor and law enforcement personnel issues, drafting policies and procedures for staff, interviewing prospective Assistant District Attorney candidates and reviewing personnel transfer, promotion and salary requests.

I can unequivocally represent to Your Honor that Chris was the hardest working prosecutor I met in my 38 year career. He worked tirelessly and was available 24/7 to the prosecutors and law enforcement officers he supervised. He was a mentor to countless Assistant District Attorney's and police officers, unselfishly sharing his expertise and experience.

We did not always agree, but our spirited discussions about the course of an investigation or prosecution revealed Chris to be a forthright, exacting prosecutor, who never shied away from a difficult decision or case. His recommended course of action was always based on the facts and the applicable law, never personal bias or political expedience. His decisions did not always make him popular, but this was not a criteria he used to exercise his prosecutorial discretion.

I did not socialize with Chris outside of the office and have met his family only a handful of times, but I can attest to his complete devotion to them. He cared for his father over years of debilitating illness and saw his wife through a cancer diagnosis, the death of her father, death of a beloved brother-in-law and the tragic death of their 22 month old nephew. In the early years of his career, Chris was the sole caretaker of his children on weekends, while his wife, a nurse, worked. He took them to countless sporting and other events and is still their biggest cheerleader. Chris' dedication to his job often meant time away from his beloved "girls" but it never diminished his love and care for them.

When Chris needed a loan for attorneys fees, I did not hesitate to give it to him.  I saw the holes in his shoes, his battered mini-van and his worn suits. I knew first-hand the difficulties of supporting a family on Long Island while working in the public sector, going years without raises, even going backwards because of multiple lag payrolls, while expenses soared. I do not and would never resent Chris for needing to borrow that money from me.

For Chris and the entire McPartland family the investigation and prosecution leading to his conviction has spanned almost a decade. During that long and difficult time Chris has lost much- his job, his profession, his reputation, friends, colleagues and now perhaps even his freedom. Nevertheless, he has worked almost continuously at a local liquor store, through a deadly pandemic to support his family. He still maintains his sense of humor, strong faith, and respect for the law and the legal process.

It is said that the biggest difference between justice and mercy is that mercy is never obligatory. However, as Shakespeare wrote, "sweet mercy is nobility's true badge".  Please exercise mercy for Chris.

Respectfully,

/s/
Emily A. Constant, Esq. (retired)

Robert F. Ewald, Esq.
RFEConsulting, LLC
16 Flamingo Drive
Smithtown, New York 11787-3308
(631) 433-8250
rfeconsultingllc@gmail.com

6 March 2020

The Honorable Joan M. Azrack
United States District Judge
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack,

I am writing concerning the sentencing of Christopher McPartland.    By way of
background, Chris and I never served as line Assistants in the same Bureau nor was I ever
his supervisor as a Bureau Chief.  He was, however, the Division Chief of Investigations
for the last 6 1/2 years of my tenure in the Office.  My tenure ended when I retired in De-
cember of 2017 as Chief of the Narcotics Bureau after a thirty-eight (38) year career.
This letter is to express my thoughts for your consideration before imposing sentence.

Although Chris was my immediate supervisor during my last years in the Office,
he did not micro-manage the daily operations of the Bureau.   He did, however, stay
abreast of investigations as they progressed and was always available when the situation
required his input.

However, what made the most significant impression upon me was not his profes-
sional comportment; rather, it was the compassion and empathy he displayed for Assis-
tants dealing with personal family tragedies/illnesses.   What follows is a short summary
of one such occasion; however, it is not the only time he displayed these traits:

Ex. C - 8

A number of years ago an Assistant spoke with me about a family member's illness. Without divulging confidences, it was sudden and significant. At a certain point, Chris joined the conversation and the Assistant related the situation to him. Having experienced something similar, Chris was extremely solicitous and supportive. He subsequently offered assistance with recommendations etc. as well as continued emotional support. This may seem mundane and merely be chalked up as something we would expect from a fellow human being. But we all know that empathy is not a given; and if a supervisor had simply offered perfunctory words of solace, we would have accepted that in the due course of a corporate environment. Chris, however, extended himself with 24/7 availability for which the Assistant is still grateful.

I fully understand that the trial presented an image of Chris; but in the scheme of life, that image was one dimensional. I respectfully ask that you consider these thoughts and sentiments when imposing sentence in his case.

Most respectfully,

Robert F. Ewald

May 30th, 2020

To: The Honorable Judge M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: <u>United States vs. Christopher McPartland, 17-CR-587 (JMA)</u>

Dear Judge Azrack,

My name is Kathryn Feldmann, I am the youngest sister of Edie Fenster McPartland and Chris McPartland's sister-in-law.

I have known Chris since I was in 8th grade when Chris and Edie starting dating at Georgetown University. During that time, I saw Chris as a fun loving, hard-working college student putting himself through school by working multiple jobs and getting the education of a life time that would then propel him into the legal field. Chris instantly became a part of our big family – five girls and our parents. We spent many holidays together and just enjoyed hanging out playing board games, etc. Later, I went to Georgetown with my twin sister and Chris and Edie would visit us. Over the next 5-8 years, Chris put himself through law school in NY and later Chris and Edie married and had 3 beautiful daughters, my nieces – Deirdre, Bridget and Aileen.

Over the years our families have grown and collectively we have 16 children among our five families. Chris has been an amazing uncle to my four kids – Shane, Carter, Garrett and Emily. When our son Garrett passed away in 2008 at an early age, Chris was right there for us and continues to be supportive of us today, even as he has been going through his own hardship of this trial. He never forgets Garrett's birthday or the day Garrett passed away. He has brought a lot of joy to our family with the festive meals he makes for all of us, the family celebrations, holidays and vacations we have enjoyed together.

Professionally, I know how proud he was of the work he was doing to serve the citizens of Suffolk County and being a public servant. He has dedicated his career and life to being an Assistant District Attorney and the task forces he has led. We hope and pray that you will also see the good citizen, dedicated husband and father, and outstanding person that Chris is and we love. The emotional and financial hardship that he, my sister Edie and my three nieces have had to endure the last several years will take many more years to recover from for years to come. We hope that you appreciate all the above and all that Chris has done for his family and our family. We would be grateful for any leniency you can grant him so Chris can pick up the pieces with his family, move forward and reestablish their lives.

Respectfully,

Kathryn Feldmann

Kathryn Feldmann

May 30th, 2020

To: The Honorable Judge M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: United States vs. Christopher McPartland, 17-CR-587 (JMA)

Dear Judge Azrack,

My name is Lee Feldmann, I am 54 years old and live with my wife Kathryn Fenster Feldmann in Millersville, MD. By marriage to Kathryn who is Edie Fenster McPartland's sister, I am Chris McPartland's brother-in-law.

I first met Chris back in 2000 at a Fenster family gathering. Chris and Edie travel to Maryland many times each year to be with family, as 3 of the 5 sisters are located in the Maryland area. Chris was unassuming, casual and very interested to learn about my background and experiences. I enjoyed Chris's passion for cooking and enjoyed discussing some of our favorite foods as well as watching him create some great appetizers and meals for the whole family.

Over the next 2 years before Kathryn and I were married in 2002, there were more opportunities for Fenster family events, where my family was also invited to join. One thing I admired about Chris is that he is very good about putting himself out there to meet new people and learn about their stories. In this regard, he engaged my mother Betty (my father had long ago passed away) and my four brothers Bob, Eric, Chris and Kirk and their wives as if they were old friends. Many times he would share something about them that I had either long forgotten or was unaware of. The feedback from my family was that Chris was a terrific man, very interesting and just as interested in listening, as he was in sharing something about himself, which I have longed believed is one of a person's greatest qualities.

The wedding celebration brought an even larger extended family on both sides, and I observed similar characteristics.  Bob Fenster, the five Fenster sisters father was still alive at the time, and Chris provided great insight on not only how to be a good son-in-law to Bob, but also on how to get Bob talking about the things Bob was interested in. (thus ingratiating myself with Bob) Chris was a good guide in these matters, which I have always appreciated.

Through the birth of our twin boys Shane and Carter in 2003, Chris and Edie came down and helped support Kathryn and myself in the early days by taking shifts in the kitchen, running errands and letting Kathryn and I get out of the house for an hour or two. We were grateful for the relief.

In 2007 when our son Garrett was born, again Chris and Edie and family (Deirdre, Bridget and Aileen) traveled down from Northport, NY to celebrate our new child and once again, pitch-in wherever,

whenever needed. These efforts were not led by Edie or Chris, they each came to us separately with ideas on how they could help throughout the days they were in town.

Our family visited Chris and Edie in July of 2008, and Chris made one of my life-long dreams come true by attending a baseball game at Yankee Stadium, before it was torn down. Chris was able to arrange for a special tour of Monument Park, when we thought we had missed the opportunity after standing in line for a very long time. Chris always went above and beyond to assure his family had a good time when visiting them.

A very short time later in December of 2008, our son Garrett passed away in his sleep, from a undiagnosed heart valve problem. While much of that time is a blur, once again family and friends rushed in from around the country to support our family. (as one might expect) However, Chris and Edie were noticeably devastated as we had just recently visited them in Northport a couple of months prior, and they both enjoyed spending time with Garrett and playing with him. Chris had a particular picture taken with Garrett that he was particularly fond of, and he brought it with him to give to us. Throughout the Memorial Service and cemetery burial, Chris & Edie were rocks for us (visibly saddened) but strong and comforting and very helpful to Kathryn, myself and our 5 year old boys.

Since 2008, The McPartland family, along with one of Kathryn's other sister's Leslie Fenster Minsch – The Minsch Family, have been so dedicated to traveling to Maryland (sacrificing weekends and Holidays in their own towns) to be in Maryland as a priority. Our annual Summer trips to Corolla, NC are always filled with the 10 parents working together as a unit, to insure the special family memories our children have. While all the parents contribute equally, Chris has always been fond of engaging special events for the kids and then at least one special event for the adults. (usually food related, and very unique)

Over the years, Chris will reach out to me to remember our son Garrett during special times of the year, (his birthday, Christmas) Earth Day where we have created a children's environmental education experience in a local county park that they have come down for and helped weed, plant bushes and flowers, and everything or anything else need with Love and emotional support.

I would like to conclude by saying that the past 3 years of this trial have been very difficult for Chris, Edie, Deirdre, Bridget, Aileen and our entire extended family. Our "Fenster" immediate family of 26 adults and children are behind Chris 100%. We hope and pray that you can also see the good in Chris and grant him leniency in his sentence.

Respectfully,

Lee R. Feldmann

May 31, 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York  11722

Re:  United States v. Christopher McPartland. 17-CR-587 (JMA)

Dear Judge Azrack:

I am Chris McPartland's mother in law.  Chris came into my family's life when he met
our daughter Edie at Georgetown University and later married her on March 20, 1993.
I will always remember the day when he asked permission to marry our daughter and
my husband gave him our blessing.  We were thrilled.  Through the years, we have
witnessed that Chris is a man of integrity and has a rigid adherence to the standard of
high values.  I am thankful to be able to share my support for Chris. He is an important
person in his family's life and our extended family's life which includes my four other
daughters, their husbands and their families.

Chris and my daughter Edie have raised their three daughters with moral and ethical
principles.  Their oldest daughter is a graduate of Quinnipiac University, their middle
daughter is a graduate of Pace University and their youngest daughter, who is a rising
high school senior, is being looked at by several colleges for volleyball and academics.
Chris and Edie have taught their daughters the value of education and hard work.  All
three of their girls have balanced their academics with high school and club volleyball.
They learned team work, discipline and time management playing volleyball and
witnessed sacrifice, commitment and love from their parents.

When my husband, Bob, was diagnosed with stage four lung cancer in 2006, Chris had
a deep feeling of compassion and support for his father in law.  Chris was with us when
we were seeking treatment in Williamsburg, VA and then at Georgetown University.
Both treatment centers were unsuccessful and told us that they could not help Bob.
Chris took us to the next step by being able to get us an appointment at Sloan Kettering.
Sloan Kettering was able to help us but encouraged us to move on to Johns Hopkins in
Baltimore which put us closer to our home in Williamsburg.  The clinical trials offered by
Johns Hopkins gave my husband two additional good years of life.  I am forever grateful
for all of Chris' support and love during my husband's illness and when he passed away

on January 26, 2008. Chris was also there for his wife Edie when she was diagnosed with breast cancer. Chris made sure she got to the right doctors and they researched her treatment options together. Chris took care of his 3 daughters and Edie while she recovered from her surgery. Edie has been cancer free for over 5 years now.

Chris has been a part of the Fenster family for the past 35 years. We are a family that has a strong commitment to each other. In total, we are 27 family members; my 5 daughters, 5 son in laws and 16 grandchildren. Despite living 5 hours apart, we spend our holidays, summer vacation, special birthdays and as much time together as possible. This usually means long car rides for Chris, Edie and their girls from Long Island, NY, but they pack up their car and drive south for hours for us to be together. I am so fortunate to have been blessed with Chris and Edie's loving marriage and giving me three beautiful granddaughters. Chris is a humble man and a man of love and justice. I am proud to have him as my son in law. I pray that you can understand how much he means to me and my family and will allow him to continue to be present for his wife; my daughter Edie, his three daughters and our entire extended family.

Respectfully,

Harriet Fenster

Harriet Fenster
11180 Chambers Court Unit N
Woodstock, MD  21163

March 5, 2020


The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York  11722


Re:  United States v. Christopher McPartland, 17-CR-587 (JMA)

Dear Judge Azrack:


It is with great hope and prayer as I write this letter of request to you that I am able to convey how Chris is an important and outstanding member of our community here in Northport.


I have known Chris for half a decade and he is one of the most friendly and concerned members of our community and has been a source of human compassion that I have seen displayed many times.


Chris and his family attend the same church in Northport that I do and numerous times I have witnessed Chris assist some of the elderly members by giving them practical personal and legal guidance and advice. He is always willing to take time out of his day and lend friends and even strangers a hand.


Dog walking in Northport is a past time of many, including Chris. So many times I have seen Chris volunteering to do the task of 'picking up the poop' for some of the elderly dog owners who are not as mobile as he. Very few people go that extra mile to assist other humans.


I realize the above example doesn't sound like an important feature but the human compassion it exemplifies to me is quite unique and obviously a personal observation that shows the depth of his kindness.

Chris is also always willing to offer his guidance and expertise and I have been a beneficiary of such.

I lived in the Northport Fairfield Apartments for a number of years and as their style of doing business was to 'heck with the tenant', I found myself acting as a tenant advocate for the elderly and disabled there because the main office of Fairfield was very unresponsive.

Without going through all the details of the challenge of dealing with Fairfield, I credit Chris who helped advise me as Fairfield was not accepting my rent payments any more because they wanted me out of there as they did not like my advocacy approach.

Chris' practical and legal advice helped me greatly while he refused to even let me pay him.

From what I understand from other community members, as well as church members is that Chris was always willing to help with friendly advice.

So with great prayer and hope, I ask that you not remove Chris from our local community as he is too valuable to our seniors here.

Sincerely,

Harold Fritz Garrecht

April 16, 2020

Dear Judge Azrack,

I am a catholic priest of the diocese of Rockville Centre and have been for over 50 years. Over this half century I have served in 8 parishes on Long Island including St. Philip Neri in Northport.

At St. Philip's where I served from 1997 to 2010 I met Chris McPartland and his family. I found Chris to be a kind and helpful parishioner. He looked to me to baptize his last child and he asked my help to welcome his wife to the Catholic faith by way of her conversion.

I have always remembered Chris to be a serious responsible parishioner as well as a lawyer. He always struck me as the kind of person who would go the extra mile for you if needed.

Like Tom Spota, I have always thought of Chris as a fine, honest, caring gentleman.

Respectfully yours,

Fr. Peter Garry

Rev. Peter Garry

Marianne Healy
183 Sherman Street
Lynbrook, New York 11563
May 21, 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

RE: <u>United States v. Christopher McPartland, 17-CR-587(JMA)</u>

Dear Judge Azrack:

My name is Marianne Healy. I reside in Nassau County with my husband of 30 years, Tim. We have four adult children. I am educator with a BA in English, and an MS in Education and Administration with certifications for both the building and district level. I live and teach in my home district of Lynbrook. I am a middle school English teacher and the Teacher-in-Charge in my building, in Lynbrook terminology a position similar to an assistant principal. I am writing on the behalf of Christopher McPartland.

Let me tell you about the Chris I know, respect, and trust. I met Chris in 2012, as parents of young volleyball athletes on a travel team. Chris's unwavering dedication to family is the single most important facet of his life. Family comes first. This is clearly evident in his commitment to his daughters by encouraging healthy lifestyles for them. As with any travel sport, not only did the players have to be committed to the team, but the parents did as well. Part of the family agreement was that parents would volunteer to chaperone the many travel tournaments.

In 2013, Chris generously jumped right in and took on the responsibility of one of the first travel tournaments to Connecticut. Since he was the first, he set the bar and it was high. During the three-day tournament Chris was in-charge. Chris took charge of his eldest of three daughters and her volleyball commitments while Chris's wife, Edie, was on parent duty with their two younger children and their activities back in New York. Every morning the team would gather in the hotel common area that Chris had transformed, per the coach's request, into a healthy breakfast buffet. Players were not allowed coffee, so Chris brought his own Keurig and to-go coffee cups for the parents of the players. Chris ensured all players left for the playing facilities with plenty of water and Gatorade. This responsibility also required that dinner arrangements were made for the ravenous team - not an easy feat. Chris's friendly, outgoing, and patient demeanor was paramount in everything he did as a dad and team parent.

Chris was the team photographer. One of his pictures is the first one my daughter posted on social media. Chris was the optimistic team cheerleader. Chris was the encouraging sidelines coach even when balls were tipped into his coined expression, the "swimming pool".

Ex. C - 18

Both of our daughters loved the sport, so the following year we found ourselves at tryouts again. As parents, the McPartland's and Healy's were hoping our girls would be on the same team, and they were! Again, being the dependable person, Chris stepped up to the plate to make the experience for his daughter, her teammates, and their parents a memorable one. The ties forged during these times were strong enough to promote friendships between the girls on the team, and their parents, outside of team play. Many of us continue to stay in touch and remain friends to this day.

The McPartland's younger daughters also loved volleyball, so their time with the club would extend several years beyond our participation. I often took it upon myself to introduce Chris and Edie to the parents I knew with younger daughters of the same age. My words, though not verbatim, were "Chris is the best dedicated team dad." The years, months, weeks, and long days we spent together showed Chris to be a supremely devoted and loyal husband and father, but also a most reliable and authentic individual. I am blessed to call him friend.

If you have any further questions that I can answer, please feel free to contact me at my mailing address above or by cell (516) 263-0258.


Respectfully yours,

Marianne Healy

Marianne Healy

Ex. C - 19

**Edward G. Heilig, Esq.**
4250 Veterans Memorial Highway
Suite 111E
Holbrook, NY 11741


May 27, 2020


The Honorable Joan M. Azrack
United States District Judge
United States Courthouse
100 Federal Plaza
Central Islip, New York  11722

      Re: <u>United States v. Christopher McPartland  17-CR-587 (JMA)</u>


Dear Judge Azrack:

      I respectfully write this letter in support of Christopher McPartland, who will be appearing before Your Honor for sentencing. As a fellow prosecutor who worked with Chris over many years, I have come to know the true measure of the man that Chris is and as such I truly believe he deserves leniency from the Court.

      I have known Chris since he first started with the District Attorney's Office in Suffolk County. The man I met was an intelligent, caring and thoughtful prosecutor who, through hard work and discipline, elevated himself within the D.A.'s Office. Chris became very knowledgeable in wiretap investigations and conducted many successful prosecutions of members of organized crime and gangs. All of this good work was done under the highest ethical and professional standards, something that Mr. McPartland demanded from all who worked on an investigation with him, including police detectives and fellow prosecutors.

      In the years that I have known Chris, I have found him to be a deeply dedicated husband and father. I watched him, along with his wife, raise three beautiful daughters who have excelled in all that they do. This is truly a testament to the man he is. I watched him endure heartbreaking family medical issues that could have easily destroyed a lesser person but with Chris' perseverance the family endured through those difficult times. Indeed, Chris has always availed himself to help others in need. When my brother passed away in the early 2000's, Chris was there to help not only me and my family but my brother's wife and two young children who were in need of both emotional and financial support.

      I know of many other instances of Chris volunteering and helping others in need and I am sure that you will hear about many of them in other letters. That is what he does – that is who he is. He is also dedicated to his family in ways we are all too familiar with. I have seen Chris leave

a meeting early because he had to get on the road to take one of his daughters to an out of state volleyball tournament – he did not want her to be late or miss the pre-game warmups because he knew how much it meant to her. Chris has sacrificed a lot for his family and they are all better off as a family as a result of those sacrifices.

Thank you for your time in reading this letter and I hope that I have conveyed the true essence of the man that Christopher McPartland is and I trust that you will show him leniency in your sentencing.

Respectfully,

Edward G. Heilig

# Joseph Hurley Architects

June 1, 2020

107 NE 44th Street
Seattle, WA 98105
josephhurleyarchitects.com
jhurley@ josephhurleyarchitects.com
c.   206.890.0000

---

June 1, 2020

Hello Judge Azrack,

I met Chris McPartland over thirty years ago when we were sophomores at Georgetown University, and he has been my great friend ever since. Chris was smart and funny and kind, but also polite and respectful to everyone he encountered – like someone born 50 years earlier than he had been.  Even at age 19, Chris had a seriousness and gravity about him that was striking, and as I grew to know him it became clear where it came from; his deeply held sense of right and wrong and his immutable loyalty to those he loved.

I have a fair number of friends and acquaintances in the area, but when my 20-year-old brother moved to New York in 1990, I only gave him one name, and told him: If anything happens and you need help, this is the man to call. My son is now 17 and wants to go to NYU. If (against all odds) he is accepted to attend in the fall of 2021, the name I will give him is the same: Chris McPartland.

Thanks, and best regards,
Joe Hurley

Ex. C - 22

June 8, 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Christopher McPartland, 17-CR-587 (JMA)

Dear Judge Azrack:

I am writing in reference to the pending sentencing of my close friend, Christopher McPartland. By way of background, I currently work as a private security consultant with T&M Protection Resources, LLC. I previously served for 23 years with the New York City Police Department, including more than 10 years with the Counterterrorism Bureau following the 9/11 attacks. I retired from the NYPD with the rank of Assistant Commissioner, Counterterrorism.

I have known Chris since 1997 when we moved into our first home, which was around the corner from Chris and his family. I consider that move to be one of the most fortuitous occurrences of my life. Chris and Edie's oldest daughter, Deirdre, was born one month to the day before my oldest, Patricia. They were about 18 months old then and became fast friends. Parents often become friends with the parents of their kids friends by default. This was no exception, but it wasn't just the kids driving the relationship. Chris and I clicked very quickly as did Edie and my wife, Mary. It's a good thing the girls liked each other because they were going to spend a lot of time together whether they wanted to or not.

Our families have been more or less joined at the hip since then. We've taken many joint vacations with our extended families, including grandparents.   We celebrate holidays, birthdays, and other special occasions together. Chris and Edie always insist on inviting my widowed mom to Christmas Eve at their house. Chris and I have been together through good and bad. We've celebrated promotions and graduations and we've helped clean out backed up septic systems. No matter what the situation, I've always known I could count on Chris for help, whether it be his wise counsel, help with a car breakdown on the side of the road, or help moving something heavy. Chris is the type of solid, dependable friend everyone should be so lucky to have. We share a passion for good food and cooking. For me, cooking a great meal for friends and family is an expression of love. Our families have shared many great meals together and I look forward to many more.

Chris is the quintessential family man. I never saw someone more proud to drive a minivan! He is kind, generous, and selfless. He is a moral person of deep Catholic faith. He is a patient person who will listen to a friend's problems and offer sound advice. Perhaps the thing I admire most about Chris is how he interacts with others. He always asks questions, especially when he meets new people. He is curious and interested. He want to get to know people so he asks about them rather than talking about himself. That is a quality of Chris's that I try to emulate.

The McPartland's three daughters all excelled at volleyball. In addition to the Northport High School team, they all played on travel teams. Aileen still does. Since they started playing on the travel team, it's been tough for Chris and I to get together on weekends during the season. Chris has spent countless weekends accompanying his daughters to tournaments in places near and far, often while Edie worked weekends for the Visiting Nurse Service. While some might see all those weekends over all those years as lost time when Chris could not do what he wanted, I'm sure he doesn't see it that way. The McPartlands are incredibly close to each other and I know Chris valued that time he spent helping his daughters pursue their passions.

Chris has been a devoted son to his parents. Chris's father battled severe illness for many years and was in and out of hospitals. Chris was always there, driving his dad in and out of Manhattan to get him the best medical care possible. Chris did a lot of research and became a real patient advocate for his dad. Chris's dad passed away a few years ago and Chris is now the sole relative living near his mom, who is in good health but is getting up there in age. Chris spends a lot of time with his mom, often picking her up from her home in Huntington so she can spend time with him and his family in Northport.

This case has been incredibly difficult for Chris's family and friends. For his mom, his wife, and his daughters, seeing the news media portrayal of the son/husband/father they know and love is incredibly difficult. They all put on a brave face, but I can only imagine what it is like for Aileen to go to school everyday when everyone reads and sees the news accounts about her dad. Northport is a small, tight knit community and Chris is well-known here.

Chris has already paid a great price. A skilled and dedicated prosecutor is now working in a retail store in town. This is a tremendous waste of his talents and passion. The financial impact has been massive. In addition to the significant loss of income over several years, Chris was just shy of the time he needed to qualify for full New York State pension benefits when he was terminated. Chris certainly could have done well financially in the private sector but he chose to remain a prosecutor. His plan to serve his community and retire with a civil service pension is gone.

Chris handles the stress amazingly well. He doesn't show it much, but it must be so difficult to worry about being imprisoned and not being there for his mom, his wife and his daughters. His mom will need more care and help over the coming years, not less. Aileen still has a year of high school before graduation and then hopes to attend college. This case has already ruined Chris's professional life and devastated his finances. His imprisonment would have an outsized impact on his mom, wife, and three daughters who depend on him.

When our kids were young, I faced my share of risk as a police officer in New York City, from many years on patrol to being blocks away when the World Trade Center came crashing down. Once I got to know Chris, I didn't worry so much about what would happen to my family if something happened to me. I knew that Chris would be there for my family if I couldn't be. I knew he would watch over them and provide fatherly support to my daughters. I don't know what more one could say in praise of someone other than that. I'd trust Chris with my life and with the lives and well-being of my precious family.

I hope this letter give you a sense of Chris as a man and friend. We happened to both work in law enforcement, but that is not the basis of our friendship. We're close friends because we share the same values, passions, and sense of humor. I admire Chris greatly as both a man and a friend.

Respectfully,

David Kelly
56 Eatons Neck Road
Northport, NY 11768

June 6, 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

RE: United States v. Christopher McPartland, 17-CR-587 (JMA)

Dear Judge Azrack:

I am writing to you in support of my friend Christopher McPartland. My husband David Kelly and I have known Chris and his wife Edie since October 1997 when we moved into a house in Northport a block away from the McParland's. Our oldest children are one month apart and we clicked right away. By the time Chris's oldest daughter's Deirdre's second birthday in February we were good friends.

Our families have been very close since then. We are a both a family of girls. Our children regard the McPartland family as their Northport relations and call themselves god sisters of Deirdre, Bridget and Aileen because I had the honor of becoming their youngest daughter Aileen's godmother. We've gone to church together, shared many evenings in each other's houses throughout the year, shared the girls sporting events together, spent many Christmas Eves and New Year's Eves together and went on family vacations to Block Island together.

Chris is a deeply moral family man with a generous and giving nature. I have witnessed numerous times that Chris's wise advice has been sought out by members of our Northport community. I myself have often relied on Chris for advice whether it was for help dealing with the factions of parents in the PTA when I was co-chair, or deciding on the advisability of going to graduate school to become a teacher at 50 (I decided to do it). Chris spent many hours going through options with me and weighing variables. Chris is always generous with his time and attention. My husband and children also seek Chris out when they need advice.

Chris's devotion to his family is unparalleled. As he once told me "one life, one wife." As a nurse, his wife Edie often worked weekends when the children were young and Chris would show up everywhere with two then later all three little girls and a huge diaper bag filled to the brim with the needs and snacks for the day. This black quilted bag had a gold chain that I used to tease him about and he took it with his usual grace and self-effacing sense of humor. I've even seen him competently pin up the girl's hair into buns for their Irish dancing competitions. He is a devoted girl dad. As the children grew older, Chris has immersed himself in every interest of theirs and supported them at every turn. Chris was devoted to his father when he was alive, seeking out treatment in Manhattan for his dad's complicated medical conditions and he is now extending that loving care to his mother.

Chris is an outstanding man and I am proud to be his friend and to be such good friends with Edie and his children. I only hope the love and support of our family has helped Chris, Edie and the children in this

difficult circumstance they are in. I look forward to many more years of sharing life with Chris and Edie, watching our children continue to grow and become independent and sharing in all the new family experiences to come.

Respectfully,

Mary Kelly

56 Eaton's Neck Road
Northport, NY 11768

June 8th 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: <u>United States v. Christopher McPartland, 17-CR-587 (JMA)</u>

Dear Judge Azrack:

My name is Moira Kelly and I am currently studying psychology at UMass Amherst. I have known Chris for my entire life as our families became very close friends when we lived down the block from each other; a bond that has only strengthened through the many wonderful vacations and memories we shared together. For me, Chris is like a second father, someone that lives their life with an integrity I admire and aspire to have, someone who I can lightheartedly joke with but also go to for advice in tough situations. Most importantly however, someone who cares so deeply for others.

One of my earliest memories of Chris highlights to me this care, as well as his ability to make anyone smile and just know what to say or do to make them feel better. I was three and our families had been out on a picnic, where I was excitedly bouncing on the bench so much so that I hit my chin and knocked my teeth clean through my tongue. I remember sitting in the hospital on the verge of tears having just gotten my stitches, when Chris came in with a smiley face ice pack saying that well if I couldn't smile myself, my ice pack buddy could do it for me. Which raised me out of my stupor state to challenge that I could absolutely smile, instantly feeling a thousand times better to be laughing with him.

Our families also took vacations to Block Island together many years, which I have countless amazing memories from, one that sticks out when thinking about what a genuine person he is and how assured in himself. We used to do bonfires on the beach, where we would swim and jam to some Jimmy Buffet while eating lobsters. Naturally being younger myself- along with my sister Patricia, Bridget and Aileen- didn't like the idea of eating that at all, therefore we got pizza of all things. We got a large one for us to share and Chris got his own personal pizza as he was not in the mood for lobster. We had insisted Chris sit on the side of the fire with us and made it the "pizza side versus the lobster side", while really just adults versus kids. To which Chris excitedly exclaimed, finally I get to sit with the cool people. Then he looks in his box to find his personal pizza about the size of a small paper plate, claiming it looked like a frisbee which caused much laughter and jokes to ensue. I also have vague memories of the outdoor concerts they used to have there and Chris picking me up to dance and spin me around so I could see. I remember just feeling completely at ease and safe being around him.

A final story sticks out to me about his personality and how he goes all in and commits to making things unforgettable. It was the great wasabi incident. Chris and my father both love to cook, therefore we often have large dinners together. This one created and centered around a food channel show claiming most wasabi you buy is actually not wasabi, and going on to highlight these farmers in california that were growing their own. Chris had contacted these farmers and asked if they could ship some of the wasabi

root to him for this dinner and then created a whole night around it. We watched clip and then had all asian cuisine inspired dishes, along with Japanese beverages and themed plates and chopsticks. And of course all of us trying to figure out how to use the special wasabi grinder to eat it, to which our verdict was real wasabi is indeed far superior. The whole night that Chris built for us, the food, the music, the conversation, everything just radiated love and how deep the connection that is between us all runs.

Spending time and talking to Chris is unendingly positive, each and every time I never want leave or be anywhere else in the world, it's just a state of complete contentment. He's one of the most amazing down to earth people I have ever met and such a role model to me. Even as we sat around their living room this past Christmas Eve, talking about the case and what was to come, emotions were running high in all of us however I never saw his light or hope and optimism go out. It was all rather turned into a heartfelt, unifying and almost uplifting moment; which I think is a truly amazing thing.

Respectfully,

Moira Kelly

Moira Kelly
56 Eatons Neck road, Northport NY 11768

June 9th 2020

The Honorable Judge Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Christopher McPartland, 17-CR-587 (JMA)

Dear Judge Azrack:

I am writing in reference to the pending sentence of Christopher McPartland, a close family friend. In the way that many cultures consider adults who are friends of a family to be informal "aunties" and "uncles," Chris and his wife, Edie, have always been an aunt and uncle to me and my younger sister Moira. His oldest daughter Deirdre, who is my age, has been my closest and best friend ever since our families moved around the block from each other in 1997, when we were only 18 months old. We are god-sisters officially, bound together by the Catholic faith that has been a foundation of both of our families. Throughout my life, Uncle Chris has loved me, supported me, and made me feel at home whenever I saw him.

Our families have shared so much over the years, from multigenerational vacations to Block Island to Christmas Eve celebrations to joint birthday parties. Chris has been a constant presence in my life, and I've always known him to be a loving, decent, smart man, one who loves his family fiercely and will always protect them. Some of my earliest memories include him: making up silly shows with my sister and his daughters for Christmas Eve after-dinner entertainment, which he always loved and wanted to capture in photographs and home videos, serving us a delicious dinner proudly during one of our impromptu dinner parties, piling all of us kids into the back of his minivan for an ice cream run on a hot summer day. For me, Chris has always been a safe space, someone to trust with anything and everything.

One time when I was young, Moira split her tongue open on a nail on a picnic table. My parents took her to the ER while I stayed with the McPartlands. Chris helped me, Deirdre, and Bridget (his youngest, Aileen, was just a baby) make a get well sign for my sister, and he made sure I wasn't too freaked out by the situation. That's how it's been for pretty much my entire life: our families support each other through life's many unpredictable ups and downs. If I'm not with my parents, I'm with Chris and Edie, and I always know that everything will be fine.

Chris has always been supportive of my interests, as well, which, for an artistic kid constantly making up stories, was so special. I started writing novels in middle school, and I remember very vividly when I sat Chris down at his dining room table and talked for at least an hour about my first work-in-progress. Chris didn't dismiss my ambitions; he and his family have always been there for me when it comes to my greatest passion. Now, as a working novelist, he's immensely proud of me, and I treasure that. That is the sort of person that Chris is: always interested in other people, engaged and asking questions, and eager to tell a story. He's always supported me, supported my sister in her interests, and of course loves and supports the ambitions and interests

of his three daughters. From cheering on Deirdre and I every weekend when we played soccer together, as well as helping to coach the team, to taking Aileen to every one of her volleyball tournaments, he's been there for his family and for us.

I hope this has helped give you a further glance into Chris's character. He is truly one of the best people I know, and as I reach the edge of my mid-twenties, I know that I want to be like him when I grow up. He's always been a role model to me. If I can be even half as kind, supportive, and upstanding as him, I'll be grateful. Thank you so much for your time.

Sincerely,

Patricia Kelly
56 Eatons Neck Rd
Northport, NY 11768

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip
New York 11722                                          31st May 2020

Ref:  United States v Christopher McPartland

Dear Judge Azrack,

Chris McPartland is a cousin of mine, being the second son of my first cousin Ronald
McPartland. Chris I have known since he was a child and first visited ireland with his
grandmother, my aunt.

Despite the Atlantic separating us, my family have always been close to the McPartlands.
The link with Ireland has always been strong and keeping the connection has always been
important both to the McPartlands and their relations in Europe.

Chris spent some time persuing his studies at Trinity College in Dublin, where he studied
hard and at the same time managed to absorb and delight in his cultural heritage. His
intellegence, enthusiaism and social skills made him very popular. He always had a very
good well rounded personality.

Finances were not easy for Chris in his student days, but through hard work in jobs, while
never neglecting his studies, he valiantly achieved his goals.

At a time when he could have expected to find life getting a little easier, fate dealt him a
tough blow. Shortly before his marriage to his beautiful and caring wife Edie, his father
Ronald was struck down with cancer of the larynx. This necessitated many serious surgical
procedures and left Ronald seriously incapacitated and very irasible for the following 23
years, until his death in 2015.

To say that Ronald was difficult, is putting it mildly. While obviously allowances must be
made for him on account of his poor health, by any standards he was tough going. A man of
very conservative views, who found it impossible to see the views of others or agree
amicably to differ. He was also, I believe, a very strict disciplinarian in the home. He was a
bitter man which was understandable. After working hard in the automotive industry for
many years, due to external forces, his business failed. This affected him greatly, leaving him

possibly with a sense of wothlessness in the prime of life, and for which he attempted to compensate by being authoritarian with his sons and by drinking to excess.

Chris's mother, Thecla is a saint. She was a devoted wife to Ronald for over fifty years. She was constantly by his side through good times and bad and was truly devoted to him. An excellent mother, she has always maintained a beautiful and loving home for her family.

Chris has always been by her side. Never more than a phone call away, he was always available to help with his father, take him to medical appointments, attend to him in hospitals and no doubt help financially on occasions. This he always did out of a sense of duty to his father and love for his mother. In doing this, Chris on many occasions was receiving verbal abuse for his trouble from his father, but he never shirked what he saw as his duty.

Kindness is also a big part of Chris's character. Despite the fraught relationship with his father, on the occasion of his parents Golden Wedding anniversary, Chris, Edie and his daughters gave a surprise party to mark the occasion, which I flew over to attend. Chris always makes every effort to be kind. He was the one who was always there, with the support of Edie to do what he could for his parents. The burden fell on his shoulders as his older brother Terence had little contact with his family for many years.

Chris and Edie kindness also extends beyond the immediate family circle. A grand nephew of my own, a young man from Spain, spent two years recently in Brooklyn studying movie production. Despite the current pressures the McPartlands are under, they opened their home to this young man, a long way from his own family, showing him the best of American generosity and Irish hospitality. He was included in all family festivities.

Finally mention must be made of Chris's three young daughters. They are without exception credits to their parents, excellent students and great sports women. The stress of the current situation must be difficult for them in the extreme.

In reaching your decision on sentencing, I humbly request that you take into consideration the good points in Mr McPartland's character and the effect the sentence will have not alone on his life, but on those who love him and depend on him.

Yours respectfully


Andrew L. McDonnell

August 31, 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Christopher McPartland, 17-CR-587 (JMA)

Dear Judge Azrack,

I am writing to you today to inform you and the Court as to the character of my husband and father of our children, Christopher Andrew McPartland. I have known Chris since 1984. We met as students at Georgetown University. We married in 1993. We have 3 children Deirdre (24), Bridget (22), and Aileen (17). I am a Registered Nurse and currently employed at the Visiting Nurse Service and Hospice of Suffolk as the Staff Development Coordinator. I have worked at this agency for over 20 years and practiced nursing for 34 years. We reside in Northport, New York. Both Chris and I have been active members of our community serving our church St. Philip Neri R.C. through religious education and fund raising committees and our school District, as well as youth sports. We are rooted deeply into our community.

I was drawn to Chris very quickly after our first introduction at Georgetown University in 1984. He demonstrated qualities as a friend and then boyfriend that I wanted to be around. He showed me great kindness and respect. He has a great sense of humor and wit, as well as a positive outlook on life. But it was his intelligence and great desire to study and understand history and justice that stood out the most to me.

Chris's family background, led him to study at Georgetown University. Chris is the second son of Ronald and Thecla McPartland. He comes from a family devoted to their Catholic faith. His parents were born and raised in NYC from 2 very different family backgrounds.

His Mother Thecla is the 12th child of a family of 14 children. Her mother was raised as an Orthodox Jewish woman who converted to Catholicism after marrying her husband who was Catholic. She was deeply devoted to her faith and raised her family on these principles. Thecla had 6 brothers who served in WWII. The youngest brother Andrew just passed at 96 years of age, Chris's namesake and Godfather. Chris's mother to this day speaks of how her mother's and father's faith kept them, the family of 16 together during good and bad times. Her mother had to go it alone when her husband passed when Thecla was only 14 years old, she lived to 99 years old. She had a family over 70 grandchildren and over 100 plus great children. To this day, Thecla prays the rosary and shares her faith and strong principles with our daughters and us. She has been a rock of support.

Chris's father Ronald (Ron) was a first generation Irish American. His parents left Ireland in the 1920s to get away from extreme poverty and religious discrimination as they were both Roman Catholics. His mother was from Dublin and his father from the North of Ireland. Chris's father was an only child who embodied the American Dream for his parents to live in a country of freedom, equal justice, opportunity for education, a prosperous career and religious freedom. Ron successfully graduated from St. John's University. Chris's family background of these values of ethics, justice and religious freedom, freedom of expression are deeply rooted in him.

At Georgetown University, we had the great privilege to study and be exposed to the Jesuit education that highlights the development of critical thinking through the humanities, philosophy and theology along with the commitment to the service of faith and promotion of justice. Chris had a thirst for studying and understanding history, inequities of justice and discrimination and how to develop himself to be a part of a positive force to participate in a resolution. He had the opportunity to study under Otto Hentz, S.J. (Society of Jesus) to help explore

Ex. C - 34

and develop his individual critically appreciative awareness of the religious dimension of human existence and assisting in reflecting upon his experience and understanding in that enlarged context of the human condition in the world. Chris's mentor was famed WWII Polish Resistance fighter Jan Karski. Both of these men had a profound impact on Chris and the further formation of his deep sense of justice for all races, religions and cultures.

During his junior year, Chris studied abroad at Trinity College in Dublin. His studies focused on Irish history. It was a time of fun, excitement, hard studies, and then great distress and loneliness. He was exposed firsthand to the war in Northern Ireland. At times, he suffered verbal and physical abuse from Bristish military units because he was Catholic. While he was there, his father lost his job. He was told that there was no more money and he would have to support himself. This was devastating and frightening news. He was to complete the year on his own financially and they would send him a plane ticket home when he was done. Chris attempted to find employment as an American student but could not. He was able to secure a loan from the Bank of Ireland and finished his year successfully. He spent his entire summer working with his Uncle Andrew and was able to earn the money he needed to pay off the loan. He went onto his senior year going to school fulltime and working equally full time, if not more to support himself and he successfully graduated from Georgetown University.

His studies at Georgetown along with his family background and personal experience of suffering the ugly impact of discrimination and injustice influenced his desire to study the law. He was admitted to Hofstra University Law School 1987. He distinguished himself in the school's Criminal Justice and Constitutional Litigation Clinic. He, among other students and under the supervision and guidance of the faculty Prof. Doulas Colbert and Prof. Alan Levine defended a homeless man who was arrested in Long Beach for trespassing into an abandoned building December 27, 1989 on a night of extreme life threatening frigid temperatures. He successfully developed a defense strategy for the defendant that actually caught the attention of the New York Times, Newsday and the Associated Press on the plight of homelessness in Long Beach at that time and the District Attorney requested for the case to be dropped. I personally remember Chris putting himself outside in the extreme cold temperatures to experience the peril this man experienced, looking for the defendant in abandon buildings, under road underpasses, along the beach so he could interview him and help prepare his defense. I remember his hours of research, writing, preparing a challenge argument against trespassing into an abandon building when there was no other shelter to seek for the man's survival. This is an example of my husband's sense of fairness, empathy and drive for justice. He successfully graduated from Hofstra. It was incredibly proud moment for his parents and myself. He worked hard as every law school student does. He supported himself through student loans, part time jobs. Throughout the entire 3 years his father remained without a job and no means to contribute towards the finances of the education. So for Chris, this degree was extremely special and very personal hard won achievement.

Chris went on to establish himself in his law career. He was drawn to the Prosecution side of law and was hired by Suffolk County District Attorney's Office. This was another significant achievement for him as he wanted to work in the judicial system that is fair and non-discriminatory. He distinguished himself as smart, resourceful, talented orator and writer. He had many successes and advanced in his career. A career we were very proud of. I would say the crowning achievement was when the Morgenthau Award was bestowed upon my husband Chris in 2013 by the New York State District Attorney's Association, named after Manhattan District Attorney Robert M. Morgenthau, which is presented to a prosecutor whose "professional accomplishments, honesty, integrity, and commitment to the fair and ethical administration of justice" merit statewide recognition. This award embodies my husband to this day. As he got up on the Dais to accept the award, he told me how honored and humbled he was to stand by Mr. Morgenthau to receive this award before his peers. I was sitting in a grand room surrounded by his peers from New York state as he received a standing ovation. I was moved and humbled by the experience and so proud of Chris.

As our life moves on, he helps countless friends who were burdened by sudden illnesses and deaths in families. Chris truly lives his life with love in his heart, charity and empathy for his fellow man. He learned this and

stayed committed to these principles that his family, Catholic faith, the Georgetown Jesuit mission imparted in him and his inherent good nature. He had a dear friend and colleague whom was diagnosed with melanoma. They shared the same Catholic faith, Chris gave this man his personal rosary beads, he prayed for and with this man. I am happy to inform you he survived the cancer. He had another dear friend whose father was on his deathbed for days in the hospital; Chris would go there nightly after work to sit vigil at the bedside until he passed. Chris was a great support to his dear friend and the surviving spouse. Finally his best friend from Hofstra Law School and the Best Man at our wedding suffered countless illnesses, surgeries and near death. Chris was with him all the way bringing to him to the hospital, home from the hospital, doctor's appointments and provided friendship and fellowship.

I was a young girl of the age of 20 when I met Chris, he was just 19. I knew when I met him he was special and wanted to spend the rest of my life with him and have a family with him because I knew from the beginning he would a committed husband and father. We were so fortunate to have 3 healthy children. There is no doubt as to his love and loyalty to me and our children's well-being. We were committed as a couple to raise our children at home and with our faith. In order for us to achieve this, for me to stay at home to raise the kids, we took on quite a challenging schedule. Chris worked Monday through Friday at a very demanding job and I worked every Saturday and Sunday 12 hour shifts as a nurse. We kept up this schedule for over 10 years but it was worth it so the kids could be with their parent's every day. I have very funny stories of Chris's weekend duties and adventures with our kids. He didn't stay home and sit them in front of the TV and wait for mommy to get home. He would take them to museums such as the Guggenheim, American Museum of National History, The Metropolitan Museum of Art, LI Children's Museum, Duck's Baseball games, and the Aquariums. I usually would get a call mid-morning from him asking for what he should pack for the day because he was going on these field trips. Mind you the girls were 7, 5, and less than one years old. I would hold my breath until I got home to find everyone safe and sound and hear all the fun they had that day. Chris wanted to impart his sense of curiosity, imagination, and experiences with art and history to our girls. As they got older and more involved in Youth Sports, he would be on the soccer fields going to the 2 older girls games with a toddler in tow and with my knock off Chanel styled diaper bag on his shoulder. Our friends who were also doing the same without the toddler would smile and report back to me how he never missed a step, sunscreen, snacks, baby bottles, and toys to keep Aileen occupied. Sundays were very important to Chris, I would have to go off to work, but he would pack up his family and bring them to Mass. We wanted them in church learning and experiencing their faith. This is the father he is, totally committed to his children.

As our girls got older, our oldest caught the volleyball bug. This started a 10 year commitment on our part. All three girls played club volleyball from the ages of 10-20. This required countless hours of driving to practice, attending regional tournaments throughout NY, CT and NJ. This became his pride and joy to spend this time with them at practices and on the road. Our girls have a very deep bond with Chris. It is special. They totally trust their father. Chris knew this was time he would never get back and didn't want to miss any of it.

The arrest, indictment, trial and verdict have been very difficult and humiliating for our children. There has been fear, uncertainty, and sadness for them, Chris and myself. They are very proud of their father, they love him deeply and know him to be a good and ethical man. But, I am proud to say because of his hard work and my mine during this time, he and I kept a strong and positive outlook to help our children forge their futures. Our two oldest daughters have graduated in 2020 in the midst of our family crisis and the pandemic, Deirdre with Her Doctorate of Physical Therapy and Bridget with her Bachelor of Arts degree in Finance. Our youngest daughter Aileen is a rising high school senior and applying to college and being recruited to play volleyball. This has not been an easy task with the stress Chris has been under but he always rises to the occasion to care for his family, lead his family and protect his family.

I want to also inform you that during all the years I have described above, it was not without other concurrent hardships and challenges. Chris's father started out in his life with a lot of hope and promise. He was a smart man, also full of humor and wit. But he was a by nature a difficult man, selfish, harsh to his sons and wife and

over time developed an alcohol problem. He was abusive to Chris's mother and to Chris as well. His brother left the home at the age of 18 years old and never returned. Chris was left with the brunt of trying to keep his parents together, helping them financially. His father developed laryngeal cancer just after Chris graduated from law school and just before we married. He was unemployed with no medical insurance and had a major operation to remove the cancer and was left without a voice box and a stoma in the neck to breathe through. He also had to undergo radiation. This is obviously a very disfiguring operation. He was left with extraordinary medical bills and again the unemployed. Despite the years of abuse of his father, Chris stood by his father and mother helped them through the medical and financial crises which consumed years of his time. It caused him great emotional distress and sadness which to this day he lives with. His father passed and Chris continues to be the sole caregiver to his wonderful mother. He is all she has (along with myself and her granddaughters). Her other son during the long time of his father's illness and since his death has never returned. But because of Chris's sense of family and deep loyalty and ability to forgive, he never strayed away of caring for his father and mother. He never will.

Finally, I am going to close with the last examples of Chris's love, compassion, sense of duty, sense of ethical values. I am from a large family. I am fortunate. We are close, love to be with one another, and help each other. My parents were blessed with 5 girls, 5 son inlaws and 16 grandchildren. They all love Chris. He is fun, loves to cook for 30 people, loves to tell stories, provide to help my nieces and nephews regarding school, history, and forging their futures. Sadly our family has befallen tragedy as well. My father was diagnosed with stage 4 lung cancer at the age of 72. He resided in Williamsburg, VA with my mother. We were desperate to get the best medical care for my father. Chris, through his experience in caring for his dad was able to get him into Memorial Sloan Kettering 6 weeks before our scheduled appointment. It led us to Johns Hopkins in Baltimore to their premier cancer center. It was a rough go, we lived in New York and my parents in Williamsburg. Chris was part of many trips over the 2 and a half years to get my father to treatments, doctors follow ups, at my dad's bedside in out of state hospitals. But during that time my father had more than a year of good quality of life, he was living when is 15th grandchild was born. He was originally predicted to live only 6 months. You have read the letter from my sister Kathryn and her husband Lee. They sadly lost their child Garrett at the age of 20 months to sudden crib death. Again, Chris was by their side during this tragic loss providing comfort. I also befell the hand of cancer in 2013, I was diagnosed with breast cancer. Again, no stone was left unturned by Chris to get me the best medical care, shepherd me through my mastectomy and recovery and keep our family going. Our children were a rising freshman in college, junior in HS and 8th grader. I am a grateful 7 year survivor of cancer. Finally, my sister Elizabeth lost her husband Glenn just shy of the age of 50 to leukemia. Chris has been a source of comfort and guidance to her and their 3 children. Chris always was there for my family. I have so much gratitude for his strength and support. These were very difficult times for me.

I need to share with you the true personal and private pain that Chris has been going through for the past 3 years since the arrest, indictment and conviction. Initially, he had to secure a legal defense team to represent him. This was no easy task and so frightening of course as his liberty was at stake. Chris has been without a meaningful income for 3 years at a time when our children have been in graduate school and undergraduate and preparing for our third child to go to college. Honestly, Chris knows what we have lost financially will never be regained and the future finances of our family are questionable at best. This worries him terribly. He has had to endure countless new articles and News 12 reports of the legal situation which has reached so many of our neighbors and his family members in the community. As I mentioned Chris worked so hard to achieve his law degree and had a 20 year plus career, he now is working essentially as a store clerk for minimum wage in a liquor store. He is of course under threat of losing his law license. He has had to encounter our neighbors and at times old colleagues in this store and it has caused him sadness, humiliation, and pain. He has had to explain to the ones he loves this situation which makes very little sense to us as to what he has been accused. He has had to endure his community of legal peers, former colleagues say terrible things about him and some actually have expressed their glee of his personal pain. We experienced a personal attack on the night of my birthday 2 years ago in a restaurant when a man, associated with the prosecution, came up to him and say "I can't wait to see you go to jail." Recently at the beginning of September, he was with 2 of our girls at Robert Moses beach and an unknown woman came up to him and started harassing him about inaccurate news reports. She actually started filming him and he had to cautiously deal with the woman in

order to protect our children. He worries terribly about the future of his family, me, the girls and his mother if he does go to jail and how we will manage. He suffers from insomnia, he now has high blood pressure, he has relies on more alcohol to try to relax and escape, he can't even really socialize to get relaxation. He works and comes home to the only safe place there is. He is constantly working, researching to find a way to secure his family. It is horrible for him. It is horrible for me to watch him suffer this way. The sadness he experiences is profound. I know he is worried more for us than himself, which makes his suffering worse.

It has been hard. Especially these last 3 years for my family. We have had a lot of loss but even with Chris's personal hardships, he always shows up and never burdens others with his problems. He is a good man through and through. I know it, his family knows it, my family knows it, his children know it and his friends know it. I knew when I was 20 years old, I met an extraordinary person and wanted to share my life with him. I would not change anything. I love my husband and will support him through to whatever the end result is and then welcome him home to our future whatever it may be.

It is a scary time for me personally. I have a lot of sadness, anxiety and fear. We are under a lot of financial burden. Chris has lost his career and reputation he worked hard for, he has neighbors and friends who know him well and support him but others in our community shun him. Chris has chosen me to speak for our family, his children and his mother. Although, the girls and his mom would write their own letters with many of the same examples that I have given as well as their own unique experiences, he would not ask them to do so. He is broken hearted and did not want to subject them to this process. It is too painful.

Dear Judge Azrack, I hope through this letter you have had an opportunity to see the whole man Chris is. I ask you very respectfully and humbly for leniency in his sentence.

Respectfully,

Edie McPartland

Edie McPartland
26 Dune Court
Northport, NY 11768

June 3, 2020

The Honorable Joan M Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:  United States v. Christopher McPartland, 17-CR-587(JMA)

Dear Judge Azrack:

My name is Leslie Minsch and I am honored to say Chris McPartland is one of my brother-in-laws.

Chris has been a part of our family since the day he met our oldest sister Edie at Georgetown University.  I have known him for over 35 years.  We started as fellow Hoya Saxas and became fast friends and eventually family.

Chris has a special way of making you feel welcomed.  As a young freshmen at GU, I was very shy and intimidated by the school and student body.  He immediately put my fears to rest by dropping by my freshmen dorm with a big smile and lots of words of encouragement.  He introduced me to friends and showed me around campus and all the fun hang outs.  He guided me through the grueling process of picking classes and securing them the day we were allowed to register (which was no easy task given it was before online registration existed).  He embodied the spirit of Georgetown University.  He was giving and kind, worked extremely hard both in class and on the job as he was solely responsible for financing his education.  Everyone loved Chris.  He is extremely loyal and generous with his time and resources.  He would give you the last dollar in this wallet and not think twice about it.  I cherish our Georgetown memories and always think fondly of him in them.

But thankfully, it didn't end there.  He married our sister Edie and instantly became more like a brother to us.  Little did he know what he was getting into with 5 girls so close in age (less than 6 years between our sister Edie and our youngest sisters Kathryn and Liz who are identical twins).  He experienced many milestones with us.  From proms, graduations, birthdays, anniversaries, weddings, baptisms and baby showers, he was there.  He brought the fun to every gathering always helping where needed, engaging in thoughtful conversation and providing much needed male company to our father who was clearly outnumbered.

Over the years, we have experienced many wonderful celebrations and sadly some unexpected painful losses.  In the year 2008, we lost the oldest member of the family, our father, at the beginning of the year to Lung Cancer and then the youngest member of our family, our nephew Garrett to late onset SIDS.  We then lost our brother-in-law Glenn who was married to our younger sister Liz to Leukemia.  In between all this, Edie was diagnosed with Breast Cancer.  Chris was a tremendous source of strength and courage through this all.  He was integral in securing an appointment at MSK for our father when all hope was lost which eventually led our

Ex. C - 39

dad to Johns Hopkins which gave him 2 additional years of life for which we will be forever grateful. He remained calm and strong for his girls when Edie was diagnosed with Breast Cancer and underwent surgery and treatment who thankfully is now cancer free. He helped my sister Liz while she was caring for her husband Glenn during his battle and provided tremendous support to our sister Kathryn and her husband Lee when they unexpectedly lost their precious son Garrett.

But despite everything, we have enjoyed so much laughter and joy when we gather as a family. Chris loves planning and preparing many of our meals. He brings new meaning to the phrase Bon Appetite with his culinary wonder and delicious creations. All made from the heart. We treasure those times together and always look forward to the next one. We have traveled so many paths, unexpected turn of events and milestones. I cannot imagine any one of them without Chris.

Chris is a very kind, caring, considerate man who has brought so much love and joy to our family. He is a husband, a father, son, brother-in-law, son-in-law, uncle and friend to us all. Our boys treasure their time with their Uncle Chris as do my husband and I. He has a heart of gold and wants nothing but the best for those around him. He gives you his undivided attention and makes everything around him better through his presence. My family and I cherish every moment of Chris with his 3 beautiful daughters and our sister Edie. He is the rock and foundation for so many, has touched the lives of those around him and has so much more to give. This is my brother-in-law Chris of whom I am honored and proud to call family.

Respectfully,

Leslie Minsch
100 Old Stage Coach Road
Basking Ridge NJ 07920

The Honorable Joan M. Azrack                    June 3, 2020
United States District Judge
Eastern District of New York
Long Island Courthouse
100 federal Plaza
Central Islip, New York 11722

    Re: <u>United States v. Christopher McPartland, 17- CR-587</u>
(JMA)


Dear Judge Azrack:


My name is Mike Minsch and I am very proud to call Chris McPartland my
brother in law. Having grown up with two sisters who are wonderful family, it
was special for me to have someone that was more like a brother, and that is
Chris.

Not only is he family, but also truly a great friend. I have known Chris for 28
years, having met him early on when dating my wife, Leslie.  He is a very loyal,
caring, family man who would do anything to help out a friend or someone in
need.  What struck me first when I met Chris was his sincere and honest
interest in people.  An introduction to him led to a broad conversation of
interests, passions and life pursuits, not just a casual hello and goodbye. This
deep interest in those around him shows just how much he really cares and
appreciates what is important to them and their lives.  And what is most
important in life for most of us- family, friends and faith.  I remember well after
he met my father, who was also an attorney, for the first time how much respect
and care he showed for him. Likewise, my father was very impressed at the
intellectual curiosity Chris demonstrated and his sincere interest in learning
more about my father's life and career in law.  This is a great example of how
much respect Chris has for people, family and for the legal profession that he
has demonstrated so much talent and dedication for throughout his entire
education and career.

Chris is not motivated by money or power. He has driven a mini van or a Ford
wagon for as long as I can remember.  He lives in a modest house in a modest

neighborhood on Long Island. Like many parents, he is highly motivated and concerned about his children's well being. He has been there every step of the way, raising them to be hard working, caring & respectful young women. He has helped put them through college and supported them with love, kindness and inspiration for the future. He has been faithfully married to his loving wife Edie for 27 years, who has been through her own health challenges over the last few years, now a breast cancer survivor. Edie is a wonderful mother to their three girls. They met in college at Georgetown University and have never looked back. He has cared for his older parents for many years, helping his father through to the end in his declining health. Chris is motivated by truth, justice and doing what is right by his fellow citizen.

As a family of 25 now with all the nieces, nephews and brother/sister in laws, we all cherish the time we get to spend together. Chances are excellent that Chris will be leading the charge to make the big meal, as he loves to cook. He is Uncle Chris to my three boys, who cherish their time spent with him at any family gathering. We have been though so many wonderful and some tragic times together as a family over the years. Chris has always served as an inspiration, bringing out the best in all of us and everyone around him. He is loyal, faithful and true to his fellow man. I am very proud to call Chris my brother in law.

Respectfully,

Mike Minsch
100 Old Stagecoach Road
Basking Ridge, New Jersey 07920

May 27, 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York   11722

Re: United States v. Christopher McPartland, 17-CR-587 (JMA)

Dear Judge Azrack:

I am writing on behalf of Christopher Mc Partland, who was a good friend of
my father Richard Neems and our family. Since my father cannot speak for
Chris, I am writing for him. My dad was with the Suffolk County Police
Department for 36 years. I myself have been a firefighter with the FDNY for
the past fifteen years. I know Chris as a friend of my parents and a close
associate of my father.

During his long career with the SCPD, my father was transferred to the
Suffolk County's DA's office where he began work with the Rackets
Bureau. My father was taught by the best detectives in the department and
he soon became a highly respected investigator. He had a real talent for
reading people, not only good people but seasoned Mafia associates. My
father worked closely with many of the ADA's who were an integral part of
solidifying the cases he spent many hours investigating. Chris Mc Partland
was one of them.

My dad started working with Chris in 1993. While he was not always
trusting of lawyers, he was comfortable working with Chris. He was sure
Chris was a "regular" guy and a good person. Working together, they put
many high-profile mobsters behind bars. While my dad knew the police
side of things, Chris had the legal side locked down. This" symbiotic"
relationship continued beyond their jobs.

Most of my father's close friends were police officers, but he had no qualms
about adding Chris who was "from the other side" into his circle. Chris, his
wife Edie, and his three daughters were part of family gatherings and

parties at our house. I knew him as a trusted friend and colleague of my father. Often, I would run into Chris in Northport Village or at the local supermarket. Whenever we talked, the conversation always reinforced my perception of his kindness and integrity. When my father was in the hospital, Chris was there for us and continued to be there after he died. It might be a brief text checking in or a visit during which he would share the stories of the cases they worked together.

My father was an excellent judge of character and could immediately sense "a good man". My father held Chris McPartland in high regard as a husband, father, loyal friend, and trusted colleague. If he were here, he would be writing this now.

Respectfully,

Richard G. Neems

Richard A. Neems
15 Surrey Lane
East Northport, NY 11731

**Philip N. Opinante, LCSW**
400 Autumn Drive
East Meadow, New York 11554
516-672-8342

April 30, 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Christopher McPartland, 17-CR-587 (JMA)

Dear Judge Azrack:

I am writing to you on behalf of Chris McPartland who is appearing before your court. For 36 years, I worked in NYC as a clinical social worker providing individual, group and crisis intervention counseling. For approximately 10 years, I have known Chris through the Sportime Volleyball Club where I have been the President and Co-director, and where I have seen Chris' three daughters grow up into team leaders both on and off the courts, a testament to their dedicated parents.

Over the years at Sportime VBC, I often interacted with Chris at great length, and I have become very familiar with his nature and his personality. Throughout our friendship, I have come to know Chris as being immensely dedicated to his family. He always impressed as being the consummate model parent among many hundreds of our club parents. He regularly exhibited a respectful, friendly, supportive, conscientious and courteous demeanor while maintaining an excellent rapport throughout his many relationships with numerous club parents, as well as with all of our coaches and directors. He consistently created healthy and positive connections with various team members, and he was always inspirational while encouraging them to put forth their best efforts.

Chris perpetually presented a high degree of integrity and honesty throughout our friendship and in all of his associations at Sportime VBC. I can say without any doubt that Chris is a trustworthy person of temperate habits and of sound moral character. It is my sincerest hope that the court takes this letter into consideration on behalf of Chris.

Respectfully,

Philip N. Opinante

President - Sportime VBC

Ex. C - 45

June 8, 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York  11722

Re:  United States v. Christopher McPartland. 17-CR-587 (JMA)

Dear Judge Azrack:

My name is Elizabeth Page and I am one of the four sister in laws of Chris McPartland who is married to our oldest sister Edie. Our family is 5 sisters and we are 6 years apart from the oldest to the youngest. Edie turned 6 years old the day after me and my twin sister Kathryn were born on December 12, 1969. Chris and Edie started dating while they were in college at Georgetown University. I was about 15 years old when I first met Chris. I can remember how much fun we had when Chris would come visit our home in Maryland. We would all play board games and just laugh together. I admired and looked up to Chris and my sister Edie. They were both so committed to their education and careers. Edie graduated from Georgetown with her nursing degree and Chris went on to law school at Hofstra University. Chris is only five years older than me, but when I was younger and even now, I always felt safe when Chris and Edie were around and knew they would take care of me. We are a close knit family and that closeness expanded to our husbands and children as we each started our own families. Once each of us was married, we became a family of 28 people; 5 sisters, 5 husbands, 7 nieces, 9 nephews and my parents. Chris means the world to all of us and we love him dearly.

Chris is a family man and deeply loves my sister Edie and his three daughters. Chris puts his family first and devotes his time and energy to them. All three of his daughters played volleyball and he loved watching them play and taking them to tournaments regardless of how far they had to drive. He knew nothing about the sport until they started to play it and he embraced it 100%. His youngest daughter Aileen will be a senior in high school and still plays volleyball. Aileen's goal is to play volleyball in college and Chris is helping her navigate the recruiting process. He has spent hours researching information and she needs him over this next year to help her finalize her college plans. He did the same for his older two daughters when they were researching colleges. They both ended up picking their schools for academics only and Chris is so

Ex. C - 46

proud of their accomplishments. Chris also supports my sister Edie 100% with her nursing career and as a mother. In the earlier years of Edie's career, she had to work on the weekends. Chris would be home caring for his three daughters while Edie was caring for her patients. Another example of Chris' devotion was while my sister Edie went through treatment for breast cancer. She was cancer free by her 50th birthday on December 13 and Chris threw a surprise 50th birthday party for her when our family was gathered for Christmas. It was a sweet and happy moment that culminated after months of stress and uncertainty.

Chris is a devoted son. Chris' father was not a healthy man in his later years and Chris was right by his side with anything he needed. After Chris' dad passed away, his mom wanted to continue to live in her home. Chris is always looking after her and brings her to their home before snow storms, hurricanes or any other type of bad weather so she is safe. Since she lives alone, he makes sure she has want she needs especially recently with the current COVID-19 pandemic. Chris's mom depends on Chris and needs him as she continues to age. She also loves spending time with her son and his family. They make sure she is actively involved in their lives.

Chris is a genuine, sincere person who loves our extended family and cares about the wellbeing of all of us. When we are together as a big family, Chris makes sure he is engaged in one on one conversations to really find out how someone is doing. He is also a great cook and loves to cook special food for all of us. Chris and Edie have made it a priority throughout their marriage to travel from New York to Maryland, Williamsburg and North Carolina where most of our family gatherings take place. The cousins all know each other so well because they do not let distance or time deter them from coming. We all trust and depend on each other. Since we are a big family, we have a lot of happy celebrations, but we've also experienced a lot of sadness and difficult times through the years. Our nephew Garrett passed away unexpectedly in his sleep at the age of 20 months in December 2008 and my husband, Glenn, passed away from acute myeloid leukemia in August 2017. Chris, Edie and their daughters were the last family members to say good bye to Glenn before he passed away. They have taken care of me and my children with their love and support. I am forever grateful.

Chris is a good, honest person and we love him dearly. My sister Edie, his three daughters, his mom and all of our extended family need him. I pray he can continue to be present in our lives and actively participate in the next phases of life for each of his daughters. All three of them are getting ready for big changes. Deirdre has one last clinical to complete before she graduates from her 6 year undergraduate/masters physical therapy program. The clinical was delayed due to COVID-19. Bridgett just virtually graduated from Pace University in May 2020 and has a delay in her business

career due to COVID-19.  And, as I mentioned above, Aileen is starting her senior year in high school and is applying to colleges for both academics and volleyball.  Lastly, my sister Edie needs her husband to help her with the emotional and financial needs of their family.  After learning more about Chris and the person he is, I pray you will consider granting him leniency so he can actively be present for his family.

Sincerely,

Elizabeth Page

Elizabeth Page
10132 Bracken  Drive
Ellicott City, MD  21042

June 8, 2010

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York  11722

Re:  United States v. Christopher McPartland, 17-CR-587 (JMA)

Dear Judge Azrack,

My name is Julie Peterson and my husband is Boyd Peterson.  I am a Registered Nurse for White Oak Medical Center in the Critical Care Department.  Boyd is a Project Manager for T&A Contractors which is a local builder.

We have known Chris since college.  We were first introduced to Chris when he started dating my sister Edie in 1984.  Edie and Chris got married in March of 1993 and Chris has been with our family since.

Chris easily fit into our family because he is very loving, caring and supportive.  Even though Chris and his family lives in New York, we are constantly getting together for holidays, vacations, birthdays and special celebrations.  Chris is known for his outstanding cooking, conversation and fun.  We all have children who are close in age and Chris makes every effort to get to know all 13 of his nieces and nephews.  He has attended many of their sporting events, confirmations and graduations.  Chris is very proud of their accomplishments.

Chris is a committed and loving father.  Although Chris' career as a lawyer required enormous hours of his time, he always made time for his family.  Chris was the team father for all three daughter's travel volleyball teams for over twelve years.  Chris loves his wife Edie.  He is very proud of Edie's love and her commitment to raising their three daughters and to her career as a Nurse.

Chris is also very caring and supportive.  When my father was diagnosed with stage IV lung cancer, Chris took it upon himself to assist our family in finding the best Oncologist.  He spent countless hours researching the best options which landed my father at Johns Hopkins University Hospital in a clinical trial significantly extending his time with us.

We are very fortunate to have Chris as part of our family!

Respectfully,

Julie Peterson          Boyd Peterson

3609 Chateau Ridge Drive

Ellicott City, MD 21042

March 18, 2020


The Honorable Joan M. Azrack
US District Judge
Eastern District of NY
Long Island Court House
100 Federal Plaza
Central Islip, NY 11722


Re: United States v. Christopher McPartland, 17-CR-587-(JMA)


Dear Judge Azrack,


My name is Stephanie Ritzert and Chris McPartland and I are cousins.  Our moms were sisters in a close-knit family of 14 brothers and sisters. I have a Masters in Science of Teaching as well as a minor in Kinesiology (similar to physical therapy). I retired last year having taught for 33 years, most of it working with disenfranchised students.


Growing up I fondly remember playing with Chris and his brother when my mother visited her sister.  I remember Chris as being the caring younger brother who became upset when he perceived others were being picked on.  I was always struck by the empathy Chris exhibited for others at that young age. I have seen that empathy time and again at recent family funerals (Chris spending time talking with aunts, uncles, and our many cousins and their families).


In many ways I feel that Chris has many of the same characteristics as teachers.  He has compassion and empathy to help those less fortunate than himself.  He wants to see others around him succeed and he teaches through example.  For Chris, family is the most important.  His wife (she is a nurse) and his three daughters do everything together.  His youngest daughter (still in high school) plays on a volleyball team and Chris has gone to virtually all of her games.  His other two daughters also played volleyball when they were in high school (both are in college currently).  He went to their games also, and on the way to the games would pick up his elderly mother so she could see her granddaughters in action.  It can be said he is one proud papa.


His compassion doesn't stop with his immediate family.  He routinely takes time to be with his mother, making sure she has the required necessities.  He will take

her food shopping (she lives alone) and takes her to many doctor appointments.  I have never heard him complain about helping his mom.  He does enjoy surprising her with her favorite pastry when he comes, always a rare treat for her.

His dad died about 5 years ago after a long battle with cancer.  During that time Chris would take his dad to many doctor appointments, bring food to the house for his mom, and help out with whatever needed to be done.  He would spend time with his dad, which gave his mom much needed respite for herself.  After his dad died, Chris continually and routinely sees his mother.  He spends time talking with her, taking her out to dinner with his family as well as bringing her to his house to spend holidays.  To teach (compassion) by example is one of the greatest gifts Chris has instilled in his daughters.

Chris enjoys cooking (BBQ, trying new recipes with many ingredients, and desserts with flair).  One of his simple thrills is to cook for his wife whom he adores, and of course, his daughters, their boyfriends, and the endless stream of girlfriends that girls seem to have.  I have heard (from his mom, my Aunt) that summers can be great fun with a few neighbors joining in the mix of teenagers and, of course, Chris' cooking.  Laughter is the best medicine.

Chris' mother, who is well into her 80's, loves and believes in her son and depends heavily on him at this stage of her life.  With two daughters in college and a third soon to follow, the financial burden that will soon confront his family will be devastating.   It is my hope that the court will recognize Chris' devotion to his family and will exercise leniency wherever possible.

Respectfully,


Stephanie Ritzert
5212 NE Alameda St
Portland, Oregon 97213

May 27th, 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York  11722

   Re:  United States v. Christopher McPartland, 17-CR-587 (JMA)

Dear Judge Azrack,

I have known Chris McPartland for most of my life.  We have been friends since childhood and both raised families in Northport where we both currently reside.

I have lived on Long Island my entire life, first attending Hofstra and few years later Touro Law.  While practicing law was not my path, I used my law degree to build a career on Wall St as a workout and restructuring banker.  I left the corporate world nine years ago and made a conscious decision not to return in exchange for more time with my family and a better quality of life.  Today, I am an independent consultant working for the Space Force as a member of General Raymond's Spaceport of the Future Task Force working on commercialization and infrastructure strategies for the nation's launch sites at Cape Canaveral and Vandenberg AFB.

Given how long Chris and I have known each other, I have numerous instances that I can relay speaking to Chris' character and it starts with the day I met him.

Chris and I attended different junior high schools in the South Huntington District, Chris at Stimpson JHS and I was at Memorial JHS.  When we were in 9th grade, the Stimpson German Language teacher put together a class trip to Germany and opened it up to students at Memorial JHS.  Since I was the only student to join the trip from Memorial JHS, I did not know any of the teachers or any of the students.  Chris was the only person to come over to me while we were waiting to board the plane, he welcomed me to the group and we have been friends ever since.

We remained close throughout High School and our careers took us in different directions but the universe brought us full circle and we both settled in Northport and raised our families not far from each other.  While we do not spend a lot of time together as life pulls us in different directions, he remains one my closest friends.

I also know that his time with his family is extremely important.  A big reason we never saw each other much is that he was constantly running around to volleyball tournaments or other activities his girls were involved in.   His dedication to family also extended to caring for his sick father for many months before he passed which required numerous hospital visits and managing family affairs and caring for his mother.

He has always put his family first through all of life's challenges and it is something I have witnessed over the years and truly admire.

Both he and I are avid NY Jets fans.  We commiserate during each losing season about how frustrating it is.  He always said that the best part about Sundays in the fall is having his girls sitting next to him on the couch watching the game together in their Jets jerseys yelling at the TV.

Coming from strong Irish Catholic roots, his faith and church have always been very important to him. While I am catholic myself, I have been less involved in our church but when I do attend, Chris and his family are always there.

I have known Chris for most of my life.  We live in the same community and he is still loved by his neighbors and friends.  He continues to do whatever he can to support his family, taking a job as a retail store clerk to make what little money he can in these tough times.   Regardless of the burden, he continues to have a positive attitude and remains strong for his family to this day.  Adversity often brings out the best and worst in people.   My opinion of Chris as a father and friend has not changed, in fact I would say that this proceeding has only reinforced and strengthened my perspective.

The man has lost his career.  What little economic gain he had from a career as a public servant has been wiped out and replaced with mountains of legal debt required for his defense.  His family has suffered public humiliation from a very lengthy public proceeding.  He has effectively been serving a sentence from the day this proceeding began.

Your Honor, I respectfully request that all of these facts be seriously considered when making your decision on sentencing.

Respectfully,

Christopher Sarisky

7 Woodhull Ct., Northport, NY 11768

Jeremy J. Scileppi, Esq.
10 Winmere Place
Dix Hills, NY 11746
June 11, 2020

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. McPartland,
17-CR-0587 (JMA)

Dear Honorable Azrack:

I am an attorney who has previously appeared in your Court in connection with some civil
matters while I was employed by the Nassau County Attorney's Office in 2018 and 2019. Prior
to my service for Nassau County I was employed in the Suffolk County District Attorney's
Office from May 1998 until May of 2018, and in the Dutchess County District Attorney's Office
from January of 1990 to May of 1998.

I became acquainted with Christopher McPartland in 1998 when I was hired by Suffolk County
District Attorney's Office and assigned to work in the Rackets Bureau. Christopher McPartland
was a very active and well-regarded Assistant District Attorney in that Bureau who always took
time to mentor the Assistant District Attorneys assigned there in the proper ways to plan and
conduct investigations. Christopher McPartland always provided valuable guidance on how to
effectively interact with the assigned police personnel. Chris was well respected by the assigned
attorneys and had excellent rapport with the detectives and investigators who worked in that
Bureau. Christopher McPartland was always a unifying force in the competitive and sometimes
contentious interplay between the attorneys and the assigned detectives. Christopher McPartland
was fiercely dedicated and knowledgeable about the work that was assigned to that particular
part of the District Attorney's Office which consisted of the investigation of organized criminal
enterprises and traditional vice crimes like gambling rings, loan sharking and extortion schemes,
chop shops, and the activities of gangs. The investigation and prosecution of those types of cases
usually involved the use of cooperators, confidential informants, undercover detectives,
consensual and court-authorized recording devices, and wiretaps to capture evidence. During the
years 1998 to 2001, Christopher McPartland was involved in some of the most sensitive
organized crime and public integrity cases that were being investigated and prosecuted during
the tenure of then District Attorney James Catterson. Although Christopher McPartland was
involved in many high-profile and time-consuming matters during this time period, he often
made himself available to the other less experienced members of the attorney and police staff in
order to guide them through the necessary steps to obtain successful results in investigations and

Page Two                                        Hon. Joan Azrack
June 11, 2020                                    United States District Judge

any subsequent prosecutions. Chris McPartland always gave the Suffolk County District
Attorney's Office and the lawyers that worked with him whatever assistance they needed and
was always helpful to me in strategizing cases that I was assigned to prosecute.

When Thomas Spota became District Attorney of Suffolk County in 2002, all of the members of
the Office had to demonstrate their skills and dedication to the mission of the Office. As I am
sure you are aware, in New York State Assistant District Attorneys have no vested rights
associated with their employment, they cannot collectively bargain, and serve solely at the
pleasure of the elected District Attorney. Christopher McPartland had no difficulty establishing
a position in the new administration because he was quickly recognized as a knowledgeable and
committed prosecutor. In the earliest years of the Spota administration Christopher McPartland
was promoted to increasingly demanding assignments in recognition of his experience and
capabilities. I can assure you that on any occasion when an inexperienced lawyer or overzealous
detective suggested using any tactics that were improper, Christopher McPartland would dispel
any such notion and explain the serious consequences of any behavior that bordered on the
unethical.

Of course, Assistant District Attorneys are usually constrained by the facts and information that
is disclosed to them by the detectives that are actually working the cases, interacting with the
witnesses and the subjects of the investigation. In my experiences working with him on many
different cases Christopher McPartland always conducted himself in an ethical and forthright
manner. Christopher McPartland's advice was frequently sought by the investigators and
detectives assigned to work on cases he was involved in during this time period. I am unaware of
any occasion when Christopher McPartland influenced a police officer to misrepresent their
observations or interactions with a witness or the subject of any criminal investigation. In my
experiences working on cases with him, Christopher McPartland always knew where the ethical
boundaries were and was cautious not to tread close to the line.

Throughout the tenure of District Attorney Spota, Christopher McPartland continued his record
of prosecuting criminal conduct, solving complex legal issues and mentoring less experienced
attorneys in the intricacies of long term investigations and the use of various investigative tools
and resources. Around 2012, Christopher McPartland was given the responsibility to oversee all
investigative bureaus in the Suffolk County District Attorney's Office. This was a position of
great responsibility and he was advanced to this role because of his ability to think through the
big picture of various criminal enterprises. Chris McPartland was a dedicated prosecutor who
always sought to protect the citizens of Suffolk County from people who cheat, steal, and prey
on the weakest elements of our society through their criminal schemes.

Although we worked together at various times over almost twenty years, I would not
characterize Christopher McPartland as a best or close friend. We did not socialize much outside
of the realm of normal office functions, and we did not work closely with each other after 2006.
I am writing to express my opinion of a man who always impressed me as dedicated to

Page Three
June 11, 2020

Hon. Joan Azrack
United States District Judge

protecting the community where he was raised, and later chose to work and raise his family.
Christopher McPartland always impressed me as a family man who is dedicated to his wife and
three daughters.  I believe Chris was active in coaching several of his daughters' teams
as they were developing their skills and becoming respected competitive volleyball players.  I am
also aware that Chris was actively involved in multiple charitable activities within his parish, St.
Philip Neri, in Northport, New York. Chris McPartland is a person who has always been
committed to his family, his community in Northport, and the Suffolk County community.  I
hope this letter will illuminate some of the aspects of Christopher McPartland that you may not
have been made aware of during his trial.

I can be reached by telephone at (631) 514-1605, or via e-mail at jscileppi@gmail.com

Respectfully,

Jeremy J. Scileppi, Esq.

The Honorable Joan M. Azrack

United States District Judge

Eastern District of New York

Long Island Courthouse

100 Federal Plaza

Central Islip, New York 11722


Re: United States v. Christopher McPartland, 17-CR-587 (JMA)


Dear Judge Azrack:

I am writing you this letter in support of my friend Mr. Christopher McPartland.  I have been fortunate to know Chris for over twenty years. He is someone I truly admire as a scholar, public servant, community member, and most importantly friend and father.

I have a very unique job. I am Social Studies teacher in the Northport – East Northport School District.  I am considered to be a "teacher on special assignment." Since September of 1999 my "special assignment" has been to coordinate the school district's K-12 program in Law and Civic Education program.  My role is to support students and teachers in learning about the law, the legal system, our Constitution, and our rights and responsibilities as citizens.  It is in this capacity that I had the good fortune to meet Chris McPartland.

Going back many years, former Suffolk County District Attorney Jim Catterson was a personal friend.  When I got my job in the Northport – East Northport School District, Mr. Catterson offered the full support of his office and introduced me to Chris McPartland.  Working with professionals in the legal field is an integral part of my role as the Law Program Coordinator in the Northport – East Northport Schools. These connections to working professionals in the field enrich our curriculum and enhance or efforts at both teacher professional development and student learning. When I met Chris, I was excited to see that he was not only an Assistant District Attorney eager to provide assistance to my program, he was also a Northport resident with a vested interest in our schools and the local community.

My experiences with Chris McPartland revealed him to be kind, generous, thoughtful, and engaging.

As an attorney myself, I was always impressed by Chris McPartland's intellect and command of the law. This was so clear to me in the many trainings he provided to teachers as part of our annual Law and Civic Education Summer Institutes. These institutes were run as part of a partnership with the New York State Bar Association. Our institutes, held annually at Touro Law Center, served teachers from throughout New York State. Chris would graciously present at our institutes, sharing his knowledge of the law and our legal system. Chris is a great teacher. In front of a classroom he is dynamic and engaging. In his presentations he had an amazing gift to bring the law to life and really help teachers understand how our justice system works. Empowering teachers to provide high quality instruction in law and civics is an important part of my work. As a friend and community partner, Chris had a tremendous impact in working with teachers and helping them gain a better understanding of the law and the legal system. These efforts directly translated to better instruction for countless students throughout New York State. Every time we train a teacher, there is a replicator effect. Each teacher impacts hundreds of students, potentially thousands over the course of their career. I will forever be grateful for the service Chris provided over many years as a partner in our Summer Institute program. As a teacher, Chris has a humility, ease and kindness about him that made him both approachable and impactful. When Chris presented, our teachers were learning from his depth of experience and his tremendous skills as a teacher.

Another program I coordinated from 2000 – 2012 was the Crime Scene Investigation Challenge. This was a forensic science and criminal investigations competition for high school students. At the height of the program, we utilized the field house at Suffolk Community College to host the event. Our largest event involved over 80 teams and over 800 students. Each year Chris served as a volunteer for this event, evaluating teams and rating them on their investigative skills. Again, this is an area where Chris was an invaluable partner. As a law-related professional, he is exactly the person I want to see interacting with the student competitors. He is kind, courteous, knowledgeable, and fair. All the students enjoyed working with him. His knowledge and presence always enriched the program.

One of the ways I have come to know Chris best is as a community member and father. As part of the Law and Civic Education program here at Northport, I coordinate a community service project called "Our Town." This program unites student leaders and their families from all nine schools in our district in a common mission of helping local families in need. Each year we host numerous fundraisers, food drives, toy drives and other events to help the less fortunate. One of Chris' daughters became an active member of Our Town when she was in the 5th grade. She

was appointed to Our Town by her 5th grade teacher at Norwood Avenue School.  One of the underlying principles of Our Town is that it is not a student club, it is about building community through connecting families.  As such, parental involvement and involvement of siblings is key to the success of the program.  I have three sons who are all about the same age as Chris' three daughters.  As we were sharing common experiences in parenting, at the Our Town events, I always enjoyed talking to Chris.  What was always apparent to me with Chris was his tremendous devotion to his girls, their love and respect for their father, and that service to community was something deeply engrained in the values Chris instilled in his children.  Over many years Chris and his daugthers volunteered at countless community fundraisers.  While this may sound fun, they usually entail freezing winter days collecting food outside a grocery store or selling holiday wreathes outdoors in December outside our high school.  A presence over many years was Chris McPartland with his daughters selflessly volunteering his time to assist with our events.  As I shared in reflecting on Chris as a teacher, as a community member I saw the same traits.  Chris always wears a warm and engaging smile.  His love of family, community and others is apparent in his kindness and the joy you can see he shared in helping others.

It has been weighing on my heart for some time to see how I could in some way assist my friend Chris.  I know that you have difficult decisions to make in this case.  I can only pray that you see Chris for the person I know he is, a kind and generous man, a dedicated father, and someone deserving of leniency.

Thank you for your kind consideration of this letter.  I hope it provides some insight into the great man I know Chris McPartland to be.


Respectfully,

*David Scott*

David Scott

24 Midland Avenue, Port Jefferson, NY 11777

# George A. Stamboulidis, Esq.

October 7, 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:     *United States v. Christopher McPartland, 17-CR-587 (JMA)*

Dear Judge Azrack:

I write to you in support of Chris McPartland, who I have known professionally for over 25 years, regarding his character as a professional, ethical, dedicated and effective prosecutor.

I am a former Chief of the Long Island Division of U.S. Attorney's Office for the Eastern District of New York and the current managing partner of the New York office of Baker & Hostetler LLP. I first met Chris in the 1990s when he was an Assistant District Attorney in Suffolk County. During that time, he worked collaboratively with me and other members of the U.S. Attorney's Office on Long Island on at least one organized crime investigation involving a common target who, with Chris's assistance, was ultimately convicted of racketeering.

After I left the U.S. Attorney's Office in 2001, I continued to interact professionally with Chris in several matters I handled in private practice. Notably, in my capacity as monitor of the Brookhaven Town Landfill, I referred several matters to Chris, who had risen to be a supervisory Assistant District Attorney, for potential prosecution. In each of these instances he was very responsive and helpful to me and the Town of Brookhaven.

Finally, in the two years prior to his departure from the District Attorney's office, I continued to work closely with Chris in an effort to resolve a case involving one of my clients. During the entire process, Chris carried himself professionally and never wavered from his duty and commitment to seek justice.

I can appreciate that sentencing an individual is one of the hardest duties a federal judge must undertake, especially when the defendant, as here, is a person who has earned the respect of many based on his long career and positive contributions to the community.  I hope my letter is helpful to you in this difficult task.

The Honorable Joan M. Azrack
October 7, 2020
Page 2

Respectfully submitted,

George A. Stamboulidis, Esq.

Honorable Paul J. Tonna
69 Chichester Road, Huntington
New York 11743

August 9, 2020

The Honorable Joan M. Azrack
United States District Judge
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack:

I am writing on behalf of my friend and longtime colleague Mr. Chris McPartland. I have known Chris for over 26 years and am pleased and honored to write on his behalf, especially regarding my experience to his devotion and effectiveness in eradicating public corruption while I served as a Legislator and Presiding Officer in Suffolk County from January 1994 to December 2005.

I respectfully ask, when contemplating his sentence, to consider the whole of his career in public service. What I read and heard during his trial was not consistent with the Assistant District Attorney I knew while serving in Suffolk County or any behavior experienced in the subsequent years of our personal friendship.

As a former elected official, I could testify to Chris McPartland's dogged and tenacious execution of his responsibilities to prosecute public corruption. It was he and his department's tireless efforts that radically changed the pay-for-play culture, creating a more accountable and honest Suffolk County municipal environment.

Chris has been a devoted public servant, a faithful friend and colleague, a wonderful ally when fighting with corrupt public officials.

Thank you for your kind consideration.

Respectfully,

Honorable Paul J. Tonna
Former Presiding Officer, Suffolk County New York

Ex. C - 62

# CASTRO & TRODDEN, LLC
## ATTORNEYS AT LAW

---

50 KARL AVENUE, SUITE 102
SMITHTOWN, NEW YORK 11787
PHONE: (631) 382-7979   FAX: (631) 382-7974
www.castrotrodden.com

MICHAEL C. CASTRO, ESQ.
BRIAN A. TRODDEN, ESQ.

June 10, 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

                    Re:    United States v. Christopher McPartland,
                           17-CR-587 (JMA)

Dear Judge Azrack:

I am an attorney in private practice for over 15 years. I first met Chris McPartland
in 1998 when I was assigned to Rackets Bureau in the Suffolk County District
Attorney's Office. At that time, Chris was the Deputy Bureau Chief of the
Rackets Bureau. I live in Northport, New York and see Chris and his family
socially and during religious services and religion classes for our daughters at St.
Philip Neri Church. Chris and his family joined my family and me to celebrate my
daughter's Christening.

I recall my first impression of Chris was that he was serious, hard working, detail
oriented and passionate about his work as a prosecutor. An important part of
Chris's job was to be an example of how to be an honest prosecutor. He also took
an active role in teaching, monitoring and guiding the less experienced attorneys
in the office. Chris was regularly reminding the attorneys in the bureau, through
his words and his actions that we needed to maintain a high level of integrity in
doing our job. Chris also took on very challenging investigations and prosecutions
of individuals, regardless of who they were connected to or what their political
affiliations were. Chris worked to make sure that every investigation, search
warrant, wiretap, arrest, grand jury proceeding and trial was prepared, discussed
and reviewed to be sure things were done the right way. Chris set the bar very
high to ensure that everyone in the bureau was aggressively prosecuting crimes,
but doing so with the utmost integrity.

                                                                    Ex. C - 63

I have now known Chris for 22 years.  I have seen Chris and his wife Edie actively work together in raising their daughters to be strong and successful young women. I have also come to know Chris better through spending time with him at St. Philip Neri, walking our dogs together in Northport Village and socializing with him.

In his work and personal life, I have come to know Chris McPartland to be a person of integrity, honesty and high moral character.  The world would be a better place if there were more prosecutors that were capable of being as aggressive as Chris, and were also as fair and honest as Chris.  Chris was also a positive influence on me and many other prosecutors to whom he served as a role model.  I ask that this Court consider Chris McPartland's high moral character and the good he has done for others in determining his sentence.

Respectfully,

Brian A. Trodden