# Exhibit D

# U.S. Department of Justice
# The Federal Bureau of Investigation

### is proud to recognize

*Assistant District Attorney*
*Christopher McPartland*
*of the Suffolk County District Attorney's Office*

for your outstanding record in the prosecution of offenders brought to justice through the combined efforts of local law enforcement agencies and the FBI.  The role of a prosecutor is always demanding but there are special challenges in these complex cases that involve both state and federal laws.  The FBI is grateful for your notable contributions to the criminal justice system.

January 2011
Date

*Robert S. Mueller, III*
Director