**KRANTZ & BERMAN** LLP

Larry H. Krantz
Marjorie E. Berman

Hugh D. Sandler
*Counsel*

Nicolas J. Rovner

*Of Counsel*
Lisa A. Cahill
Wendy Gerstmann Powell

*Writer's E-mail*
lkrantz@krantzberman.com

March 10, 2021

By ECF

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

    Re:   United States v. Christopher McPartland, et al., 17-cr-0587 (JMA)

Dear Judge Azrack:

    Your Honor had previously ordered that the parties file letter briefs, under seal, setting forth their respective positions on whether the Court should unseal (in whole or in part) the sealed filings for Defendants' post-trial motion. The current deadline for filing these letter briefs is tomorrow, March 11, 2021.

    Counsel for the defendants and the government conducted a "meet and confer" today in order to try and reach agreement on this issue, for the Court's consideration. Great progress was made, but all parties agree that a few extra days would be extremely useful.

    Accordingly, with the consent of the government, and the consent of Mr. Spota, we write to request that the deadline for filing these letters be extended to March 15, 2021, to allow us further time to review the voluminous submissions and to confer with the government again as to proposed redactions.

    We thank the Court for its consideration of this request.

                                               Respectfully submitted,

                                               Larry Krantz

cc: All counsel of record (By ECF)