

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NB:LTG:JLG:MRM
F. #2018R00279

*610 Federal Plaza*
*Central Islip, New York 11722*

March 11, 2021

<u>By ECF</u>

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Christopher McPartland and Thomas J. Spota
     <u>Criminal Docket No. 17-587 (JMA)</u>

Dear Judge Azrack:

  We write on behalf of the government in the above captioned matter, to respectfully request an adjournment of the date by which the government is due to file its sentencing memorandum in response to the defense submissions.

  As the Court is aware, on March 5, the government received both defendants' sentencing memoranda, which were of substantial length, and which attached multitudinous exhibits. The government's response to these submissions is presently due to be filed on March 19. Given the voluminous filings to which the government is responding, we respectfully request that our sentencing submission deadline be extended until <u>April 16</u>. As the sentencing of the defendants has been scheduled for June 9 before this Court, the government respectfully submits that this requested adjournment still leaves ample time for the defense to prepare and file replies, if any, and for the Court to review the parties' submissions in advance of sentencing. We have conferred with counsel for both defendants, who indicated that they have no objection to this request. This is the government's first request for an adjournment of the filing date for its sentencing submission.

  Additionally, after having preliminarily reviewed the defense submissions, the government respectfully proposes that this Court consider setting a date for oral argument, in advance of sentencing – perhaps sometime in May – to address the defenses' myriad objections to their Presentence Investigation Reports ("PSRs"), in order to resolve any open issues, finalize the PSRs, and calculate the appropriate advisory Sentencing Guidelines range applicable to each defendant. The government respectfully suggests that resolving these

issues and objections at a pre-sentencing conference would permit the parties to focus their arguments at sentencing in June, with clear direction regarding both the Court's calculation of the applicable Guidelines, and Probation's sentencing recommendation.

Respectfully submitted,

SETH D. DuCHARME
Acting United States Attorney

By:    /s/   Justina L. Geraci
Nicole Boeckmann
Lara Treinis Gatz
Justina L. Geraci
Michael R. Maffei
Assistant U.S. Attorneys
(631) 715-7855/7913/7835/7890

cc:    Larry Krantz, Esq. (via email)
      Alan Vinegrad, Esq. (via email)