BEFORE: JOAN M. AZRACK  DATE: 6/30/2021
UNITED STATES DISTRICT JUDGE  TIME: 1:00 PM (1.5 hrs)

# CRIMINAL CAUSE FOR HEARING

**DOCKET NO. 17-CR-587 (JMA)**

FILED
CLERK
3:21 pm, Jun 30, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENDANT: Christopher McPartland**   **DEF. #: 1**
☒ Present   ☐ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: Larry Krantz, Lisa Cahill**
☐ Federal Defender   ☒ CJA   ☐ Retained

**DEFENDANT: Thomas Spota**   **DEF. #: 2**
☒ Present   ☐ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju**
☐ Federal Defender   ☐ CJA   ☒ Retained

**AUSA: Nicole Boeckmann, Lara Gatz, Justina Geraci, Mike Maffei**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Mary Ann Steiger   COURTROOM DEPUTY: LMP

☒ Case Called.   ☒ Counsel present for all sides.
☒ Hearing held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐ Waiver of speedy trial executed; time excluded from through .
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
   ☐ Detention hearing scheduled for .
☐ Bail hearing held. Disposition:
☐ Next court appearance scheduled for

Defendant   ☐ Released on Bond   ☐ Remains in Custody.

OTHER: