BEFORE: JOAN M. AZRACK         DATE: 8/10/2021
UNITED STATES DISTRICT JUDGE        TIME: 10:30 AM (2.5 hrs)

## CRIMINAL CAUSE FOR SENTENCING

**DOCKET NO. 17-cr-587 (JMA)**

**FILED CLERK**
2:31 pm, Aug 10, 2021
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Christopher McPartland**     **DEF. #: 1**
☒ Present    ☐ Not present    ☐ Custody    ☒ Bail
**DEFENSE COUNSEL: Larry Krantz, Lisa Cahill, Bradley Gershel**
☐ Federal Defender     ☒ CJA     ☐ Retained

**DEFENDANT: Thomas Spota**     **DEF. #: 2**
☒ Present    ☐ Not present    ☐ Custody    ☒ Bail
**DEFENSE COUNSEL: Alan Vinegard, Erin Monju**
☐ Federal Defender     ☐ CJA     ☒ Retained

**AUSA: Nicole Boeckmann, Lara Gatz, Justina Geraci, Michael Maffei**

PROBATION OFFICER: Steve Guttman

COURT REPORTER: Paul Lombardi      COURTROOM DEPUTY: LMP

☒ Case Called.     ☒ Counsel present for all sides.
☒ Sentencing held.     ☐ Sentencing adjourned to _.
☒ Statements of victims heard.
☒ Statements of defendant and counsel heard.
☒ Defendant sentenced on Counts 1 through 4 of the Indictment.

SENTENCE TEXT: **Defendant McPartland: Counts 1 through 3:** Imprisonment: 60 months, to run concurrently on each count.  Supervised release: 2 years on each count, to run concurrently.  Special Assessment: $300.00.  **Count 4:**  Imprisonment: 6 months, to run concurrently to Counts 1 through 3.  Supervised release: 1 year, to run concurrently to Counts 1 through 3.  Special Assessment: $25.00.  Defendant shall surrender to the institution designated by the U.S. Bureau of Prisons by 12:00 PM on November 10, 2021.

**Defendant Spota: Counts 1 through 3:** Imprisonment: 60 months, to run concurrently on each count.  Supervised release: 2 years on each count, to run concurrently.  Fine: $100,000.00.  Special Assessment: $300.00.  **Count 4:**  Imprisonment: 6 months, to run concurrently to Counts 1 through 3.  Supervised release: 1 year, to run concurrently to Counts 1 through 3.  Special Assessment: $25.00.  Defendant shall surrender to the institution designated by the U.S. Bureau of Prisons by 12:00 PM on December 10, 2021.

☐    Remaining open counts are dismissed on
        ☐    Government's motion.    ☐    Court's motion.
☒    Court advised defendants of right to appeal.
☐    Defendant waived right to appeal in plea agreement.
☐    Transcript of the proceeding sealed with the exception of providing a copy to the parties.

OTHER: <u>Motions for bail pending appeal should be filed by 8/31/2021.</u>