UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

For Online Publication Only

FILED
CLERK
8/18/2026 2:36 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

---------------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

CHRISTOPHER MCPARTLAND, and
THOMAS J. SPOTA,

Defendants.
---------------------------------------------------------------------X

**ORDER**
17-CR-587 (JMA)

**AZRACK, United States District Judge:**

The Court is in receipt of the attached emails, dated July 22, 2026, from the Government, requesting the Court's views on the pardon applications of Defendants Spota and McPartland. The Court expressed its views—with respect to, among other things, the nature of Defendants' criminal conduct and the credibility of witness testimony—in written decisions concerning post-trial motions and applications as well as on the record during the sentencing proceedings held on August 10, 2021 and will not express any views beyond that. (See ECF No. 244 (Order Denying Post-Trial Motion); ECF No. 245 (Order Denying Hearing); ECF No. 279 (Order Denying Defendants' Objections to the PSR); ECF No. 314 (Sentencing Transcript).) The Government is directed to share a copy of both this Order and the documents cited above with the Office of the Pardon Attorney of the United States Department of Justice.

**SO ORDERED.**

Dated: August 18, 2026
Central Islip, New York

________/s/ (JMA)_____________
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **From:** | Mirabile, Catherine M. (USANYE) |
| **To:** | Robert Terranova; Lauren Posillico |
| **Subject:** | FW: Request for Comments – Applicant for Pardon: Thomas Joseph Spota III, Docket No: 2:17-cr-00587, Clemency Case No: P339099 (Intranet Quorum IMA00946387) |
| **Date:** | Wednesday, July 22, 2026 12:12:41 PM |
| **Attachments:** | US Attorney pardon template.docx<br>USAO Materials.pdf<br>IQFormatFile.txt |

**CAUTION - EXTERNAL:**

Bob and Lauren:

Below and attached are communications from the Office of the Pardon Attorney regarding the pardon application for defendant Thomas Spota. As noted below, any comments from the Court regarding this clemency application is to be sent to the Pardon Attorney. I will let the Pardon Attorney know that this was forwarded to Judge Azrack today.

Please let me know if you have any questions.
Catherine

**From:** US Pardon Attorney(imailagent) <uspardon.attorney@usdoj.gov>
**Sent:** Wednesday, July 22, 2026 11:57 AM
**To:** Nocella, Joseph (USANYE)
**Cc:** Mirabile, Catherine M. (USANYE) <Catherine.M.Mirabile@usdoj.gov>

**Subject:** Request for Comments – Applicant for Pardon: Thomas Joseph Spota III, Docket No: 2:17-cr-00587, Clemency Case No: P339099 (Intranet Quorum IMA00946387)

July 22, 2026

Joseph Nocella
U.S. Attorney
Eastern District of New York
Re: Thomas Joseph Spota III
Docket No: 2:17-cr-00587
Clemency Case No: P339099
Applicant for pardon

Dear U.S. Attorney Nocella:

The Office of the Pardon Attorney (PARDON) has received the enclosed petition for pardon after completion of sentence and requests your opinion regarding the application. Because

petitioner's offense was prosecuted in your district, your views will carry considerable weight as we formulate our recommendation to the President concerning this application. The following materials are enclosed:

1. A template for your response.
2. The petition for pardon and relevant attachments.
3. Official documentation concerning the offense, including PSR and judgment.

We further request that you forward the application materials to the sentencing judge, the Honorable Joan M. Azrack, with the request that the court send any comments regarding the clemency application to the Pardon Attorney. Please also advise us of the date on which you forwarded our request for comments to the sentencing judge.

We would be grateful to receive your thoughts within 30 days. Please send your response to USPardon.Attorney@usdoj.gov. If you are unable to provide your comments by that date, or if you have any questions, please feel free to contact me at USPardon.Attorney@usdoj.gov. Thank you very much for your assistance.

Sincerely,

Yolanda McCray Jones
Attorney Advisor
Office of the Pardon Attorney

Attachments

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Mirabile, Catherine M. (USANYE) |
| **To:** | Robert Terranova; Lauren Posillico |
| **Subject:** | FW: Request for Comments – Applicant for Pardon: Christopher McPartland, Docket No: 2:17-cr-00587, Clemency Case No: P338915 (Intranet Quorum IMA00945750) |
| **Date:** | Wednesday, July 22, 2026 12:40:02 PM |
| **Attachments:** | US Attorney pardon template.docx<br>USAO Materials.pdf<br>IQFormatFile.txt |

**CAUTION - EXTERNAL:**

Attached is the application for defendant Christopher McPartland.

**From:** US Pardon Attorney(imailagent) <uspardon.attorney@usdoj.gov>
**Sent:** Wednesday, July 22, 2026 12:30 PM
**To:** Nocella, Joseph (USANYE)
**Cc:** Mirabile, Catherine M. (USANYE) <Catherine.M.Mirabile@usdoj.gov>
**Subject:** Request for Comments – Applicant for Pardon: Christopher McPartland, Docket No: 2:17-cr-00587, Clemency Case No: P338915 (Intranet Quorum IMA00945750)

July 22, 2026

Joseph Nocella
U.S. Attorney
Eastern District of New York

Re: Christopher McPartland
Docket No: 2:17-cr-00587
Clemency Case No: P338915
Applicant for pardon

Dear U.S. Attorney Nocella:

The Office of the Pardon Attorney (PARDON) has received the enclosed petition for pardon after completion of sentence and requests your opinion regarding the application. Because petitioner's offense was prosecuted in your district, your views will carry considerable weight as we formulate our recommendation to the President concerning this application. The following materials are enclosed:

1. A template for your response.
2. The petition for pardon and relevant attachments.
3. Official documentation concerning the offense, including PSR, indictment, and judgment.

We further request that you forward the application materials to the sentencing judge, the Honorable Joan M. Azrack, with the request that the court send any comments regarding the clemency application to the Pardon Attorney. Please also advise us of the date on which you forwarded our request for comments to the sentencing judge.

We would be grateful to receive your thoughts within 30 days. Please send your response to USPardon.Attorney@usdoj.gov. If you are unable to provide your comments by that date, or if you have any questions, please feel free to contact me at USPardon.Attorney@usdoj.gov. Thank you very much for your assistance.

Sincerely,

Yolanda McCray Jones
Attorney Advisor
Office of the Pardon Attorney

Attachments

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.